B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

**Name of Debtor (if individual, enter Last, First, Middle):**
DeGrazia, Anthony F.

**Name of Joint Debtor (Spouse) (Last, First, Middle):**

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):
Interest in: Continental Disposal, LLC; DeGrazia Development Co.,Inc.; Tierra Excavation, LLC; Vision Group Realty & Marketing, LLC; DeGrazia Investments, LLC; The Residences At Morgan Street, LLC; E&A Development, LLC; 3465 Lituanica, LLC; 37th Place Homes II, LLC; 3465 Lituanica Commercial, LLC; 95th Street Homes, LLC; Riverside Homes, LLC; 3227-31 S Halsted Condos, LLC; D&G Homes, LLC; 51st Street Townhomes, LLC

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN**
(if more than one, state all):
xxx-xx-6827

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN**
(if more than one, state all):

**Street Address of Debtor (No. & Street, City, and State):**
523 W. 25th Place
Chicago, IL 60616
ZIP CODE 60616-0000

**Street Address of Joint Debtor (No. & Street, City, and State):**
ZIP CODE

**County of Residence or of the Principal Place of Business:**
Cook

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor (if different from street address):**
ZIP CODE

**Mailing Address of Joint Debtor (if different from street address):**
ZIP CODE

**Location of Principal Assets of Business Debtor (if different from street address above):**

**Type of Debtor** (Form of Organization) (Check one box.)
- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
----------------
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/10)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Anthony F. DeGrazia |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Anthony F. DeGrazia |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Anthony F. DeGrazia
Signature of Debtor Anthony F. DeGrazia

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
February 28, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X  /s/ Robert R. Benjamin
Signature of Attorney for Debtor(s)
Robert R. Benjamin 0170429
Printed Name of Attorney for Debtor(s)
Golan & Christie LLP
Firm Name
70 W. Madison
Suite 1500
Chicago, IL 60602
Address

(312) 263-2300 Fax:(312) 263-0939
Telephone Number
February 28, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Anthony F. DeGrazia                                            Case No. _____

                                       Debtor(s)            Chapter    7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Anthony F. DeGrazia
                       Anthony F. DeGrazia

Date:   February 28, 2011

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                                                    Debtor

                                                        Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 675,000.00 | | |
| B - Personal Property | Yes | 4 | 29,903.93 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,337,040.03 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 12 | | 162,963.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 162 | | 30,884,461.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 76 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,005.04 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,850.00 |
| Total Number of Sheets of ALL Schedules | | 260 | | | |
| Total Assets | | | 704,903.93 | | |
| Total Liabilities | | | | 32,384,464.63 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Anthony F. DeGrazia**                                                    ,        Case No. _____

                                                    Debtor

                                                                    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Anthony F. DeGrazia**                                          ,   Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence**<br>**523 W. 25th Place**<br>**Chicago, Illinois 60616**<br><br>**\*Consists of first mortgage to Chase Home Finance ($354,216.00) and second mortgage to Bridgeview Bank Group ($828,250.00)** | **Tenants by entireties** | **J** | **562,500.00** | **1,182,496.00** |
| **33 1/3% Interest - Commercial Property**<br>**3033-3039 S. Archer**<br>**Chicago, Illinois 60608**<br><br>**\*Chicago Community Bank holds a first mortgage of non-debtor interest in 3033-39 S Archer $52,659.00 (est.)** | **Joint Tenants with Laura Disensi and Loretta DeGrazia (both related to debtor)** | **J** | **112,500.00** | **125,301.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **675,000.00** | (Total of this page) |
| Total > | **675,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Anthony F. DeGrazia**                                              ,   Case No. _____
_____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Checking Account** | H | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing apparel** | J | 250.00 |
| 7.  Furs and jewelry. | | **Furs and Jewelry** | - | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Farmers Insurance - $1,100,000.00 Universal Policy** | - | 3,614.93 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **6,864.93**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                            ,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 85% Member Continental Disposal, LLC | - | 0.00 |
| | | 85% DeGrazia Development Co., Inc. | - | 0.00 |
| | | 45% Member Tierra Excavation, LLC | - | 0.00 |
| | | 50% Member Vision Group Realty & Marketing, LLC | - | 0.00 |
| | | 85% Member DeGrazia Investments, LLC | - | 0.00 |
| | | 46% Member The Residences At Morgan Street, LLC | - | 0.00 |
| | | 33 1/3% Member E&A Development, LLC | - | 0.00 |
| | | 33 1/3% Member 3465 Lituanica, LLC | - | 0.00 |
| | | 100% Member 37th Place Homes II, LLC | - | 0.00 |
| | | 33 1/3% Member 3465 Lituanica Commercial LLC | - | 0.00 |
| | | 33 1/3% Member 95th Street Homes, LLC | - | 0.00 |
| | | 33 1/3% Member Riverside Homes, LLC | - | 0.00 |
| | | 50% Member 3227-31 S Halsted Condos, LLC | - | 0.00 |
| | | 50% Member D&G Homes, LLC | - | 0.00 |
| | | 33 1/3% Member 51st Street Townhomes, LLC | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                              ,   Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | 3227-31 S Halsted Condos, LLC - $122,312.00 | - | 0.00 |
| | | 37th Place Homes II, LLC - $221,028.00 | - | 0.00 |
| | | Continental Disposal, LLC - $134,706.00 | - | 0.00 |
| | | DeGrazia Investments, LLC - $13,250.00 | - | 0.00 |
| | | 3437 South Morgan, LLC - $20,000.00 | - | 0.00 |
| | | 51st Residential, LLC - $125,000.00 | - | 0.00 |
| | | DeGrazia Development, Co. - $32,500.00 | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Illinois Real Estate Broker's License | - | 1.00 |

Sub-Total >   1.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 GMAC Yukon SLE** | J | 23,038.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 23,038.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 29,903.93 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Anthony F. DeGrazia**                                          ,   Case No. _____
                                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Residence** | **735 ILCS 5/12-901** | **15,000.00** | **562,500.00** |
| **523 W. 25th Place** | **735 ILCS 5/12-112 Tenants by Entirety** | **562,500.00** | |
| **Chicago, Illinois 60616** | | | |
| | | | |
| **\*Consists of first mortgage to Chase Home Finance ($354,216.00) and second mortgage to Bridgeview Bank Group ($828,250.00)** | | | |
| | | | |
| **33 1/3% Interest - Commercial Property** | **735 ILCS 5/12-1001(b)** | **999.00** | **112,500.00** |
| **3033-3039 S. Archer** | | | |
| **Chicago, Illinois 60608** | | | |
| **\*Chicago Community Bank holds a first mortgage of non-debtor interest in 3033-39 S Archer $52,659.00 (est.)** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Bank Checking Account** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Wearing apparel** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Furs and Jewelry** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Farmers Insurance - $1,100,000.00 Universal Policy** | **735 ILCS 5/12-1001(f)** | **3,614.93** | **3,614.93** |
| | | | |
| **Licenses, Franchises, and Other General Intangibles** | | | |
| **Illinois Real Estate Broker's License** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |

|  | Total: | 585,364.93 | 681,865.93 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Anthony F. DeGrazia**                                          ,   Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **154913433782** <br><br> **Ally Financial** <br> **P.O. Box 380902** <br> **Bloomington, MN 55438** | | J | **2008 GMAC Yukon SLE** <br><br><br><br> Value $          **23,038.00** | | | | 29,242.27 | 6,204.27 |
| Account No. **00617255500** <br><br> **Bridgeview Bank Group** <br> **4753 N. Broadway** <br> **Chicago, IL 60640** | X | - | **Commercial Guaranty** <br> **Secured by:** <br> **1) Single Family Residence- 523 W 25th Place Chicago, IL 60616 (Value: $562,500)** <br> **2)Commercial Property- 3465 Lituanica 2nd & 3rd Floors Chicago, IL 60608(Value: $539,500)** <br> Value $          **562,500.00** | | | | 828,280.00 | 80,496.00 |
| Account No. <br><br> **Chase Home Finance** <br> **P.O. Box 24696** <br> **Columbus, OH 43224** | | J | **First Mortgage** <br> **Single Family Residence** <br> **  523 W. 25th Place** <br> **  Chicago, Illinois 60616** <br> **  *Consists of first mortgage to Chase Home Finance ($354,216.00) and second mortgage to Bridgeview Bank Group ($828,250.00)** <br> Value $          **562,500.00** | | | | 354,216.00 | 0.00 |
| Account No. <br><br> **Recycling Systems Inc** <br> **3152 S California** <br> **Chicago, IL 60608** | | - | **Judgment Lien against 3033-3039 S Archer Chicago, IL 60608** <br><br><br> Value $               **0.00** | | | X | 125,301.76 | 125,301.76 |

**0**   continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 1,337,040.03 | 212,002.03 |
| Total (Report on Summary of Schedules) | 1,337,040.03 | 212,002.03 |

B6E (Official Form 6E) (4/10)

.

In re   **Anthony F. DeGrazia**                                                      ,   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**11**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Anthony F. DeGrazia**                                              ,     Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Gregory Hudalla** <br><br>**Illinois Dept Employment Security Chicago Region - Revenue 527 s. Wells Street, Suite 100 Chicago, IL 60607** | X | - | **Personal Guaranty for Wages** | | | | 63,250.00 | 63,250.00 <br><br> 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 63,250.00 | 63,250.00 |
|---|---|---|---|
| | | 63,250.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Anthony F. DeGrazia** _____,   Case No. _____

_____Debtor_____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **19-11-114-048-0000** <br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | **3,813.39** | **0.00**<br><br>**3,813.39** | |
| Account No. **17-32-416-029-0000** <br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | **2,424.80** | **0.00**<br><br>**2,424.80** | |
| Account No. **17-32-416-018-0000** <br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | **Unknown** | **Unknown**<br><br>**Unknown** | |
| Account No. **17-32-416-019-0000** <br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | **Unknown** | **Unknown**<br><br>**Unknown** | |
| Account No. **17-32-416-020-0000** <br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | **Unknown** | **Unknown**<br><br>**Unknown** | |

Sheet **2** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**0.00**

**6,238.19**

**6,238.19**

B6E (Official Form 6E) (4/10) - Cont.

In re  **Anthony F. DeGrazia**                                      ,      Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **17-32-416-021-0000** <br><br>**Cook County Treasurer <br>118 N Clark St # 112 <br>Chicago, IL 60602** | X | - | **Property Tax <br>(Contingent Corporate Obligation)** | X | | | Unknown | Unknown | Unknown <br><br> Unknown |
| Account No. **17-32-416-031-0000** <br><br>**Cook County Treasurer <br>118 N Clark St # 112 <br>Chicago, IL 60602** | X | - | **Property Tax <br>(Contingent Corporate Obligation)** | X | | | Unknown | Unknown | Unknown <br><br> Unknown |
| Account No. **17-32-402-009-0000** <br><br>**Cook County Treasurer <br>118 N Clark St # 112 <br>Chicago, IL 60602** | X | - | **Property Tax <br>(Contingent Corporate Obligation)** | X | | | 6,457.39 | 0.00 | 6,457.39 |
| Account No. **17-32-402-010-0000** <br><br>**Cook County Treasurer <br>118 N Clark St # 112 <br>Chicago, IL 60602** | X | - | **Property Tax <br>(Contingent Corporate Obligation)** | X | | | 4,695.55 | 0.00 | 4,695.55 |
| Account No. **17-32-402-011-0000** <br><br>**Cook County Treasurer <br>118 N Clark St # 112 <br>Chicago, IL 60602** | X | - | **Property Tax <br>(Contingent Corporate Obligation)** | X | | | 295.67 | 0.00 | 295.67 |

Sheet **3** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 11,448.61 | 11,448.61 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Anthony F. DeGrazia** _____,  Case No. _____

                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **17-32-402-012-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | 1,509.93 | 0.00 | 1,509.93 |
| Account No. **19-01-125-010-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | 717.11 | 0.00 | 717.11 |
| Account No. **19-01-125-011-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | 745.42 | 0.00 | 745.42 |
| Account No. **19-01-125-012-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | 801.96 | 0.00 | 801.96 |
| Account No. **19-01-125-013-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**□□<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | X | | | 682.11 | 0.00 | 682.11 |

Sheet __**4**__ of __**11**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 4,456.53 | 4,456.53 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Anthony F. DeGrazia**                                   ,   Case No. _____
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **19-01-125-014-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | | X | | 630.32 | 0.00 | 630.32 |
| Account No. **17-32-416-018-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | | X | | 14,500.49 | 0.00 | 14,500.49 |
| Account No. **17-32-416-019-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | | X | | 1,120.13 | 0.00 | 1,120.13 |
| Account No. **17-32-416-021-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | | X | | 416.97 | 0.00 | 416.97 |
| Account No. **17-33-313-021-0000**<br><br>**Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** | X | - | **Property Tax**<br>**(Contingent Corporate Obligation)** | | X | | Unknown | Unknown | Unknown |

Sheet __5__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 16,667.91 | 16,667.91 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Anthony F. DeGrazia**                                    , Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **17-33-313-022-0000**<br>Cook County Treasurer<br>118 N Clark St # 112<br>Chicago, IL 60602 | X | - | Property Tax<br>(Contingent Corporate Obligation) | X | | | Unknown | Unknown | Unknown |
| Account No. **17-33-313-023-0000**<br>Cook County Treasurer<br>118 N Clark St # 112<br>Chicago, IL 60602 | X | - | Property Tax<br>(Contingent Corporate Obligation) | X | | | Unknown | Unknown | Unknown |
| Account No. **17-33-313-024-0000**<br>Cook County Treasurer<br>118 N Clark St # 112<br>Chicago, IL 60602 | X | - | Property Tax<br>(Contingent Corporate Obligation) | X | | | Unknown | Unknown | Unknown |
| Account No. **17-32-416-032-0000**<br>Cook County Treasurer<br>118 N Clark St # 112<br>Chicago, IL 60602 | X | - | Property Tax<br>(Contingent Corporate Obligation) | X | | | 3,423.08 | 0.00 | 3,423.08 |
| Account No. **17-32-416-032-0000**<br>Cook County Treasurer<br>118 N Clark St # 112<br>Chicago, IL 60602 | X | - | Property Tax<br>(Contingent Corporate Obligation) | X | | | 720.46 | 0.00 | 720.46 |

Sheet **6** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 4,143.54 | 4,143.54 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    __Anthony F. DeGrazia_____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **17-32-416-020-0000** <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | **413.15** | **0.00** | **413.15** |
| Account No. **26-06-322-004-0000** <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | **13,645.84** | **0.00** | **13,645.84** |
| Account No. **16-35-407-049-0000** <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112** <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | **Unknown** | **Unknown** | **Unknown** |
| Account No. **16-35-407-050-0000** <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | **Unknown** | **Unknown** | **Unknown** |
| Account No. **16-35-407-051-0000** <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | **Unknown** | **Unknown** | **Unknown** |

Sheet __7___ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | **14,058.99** | **0.00** | **14,058.99** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Anthony F. DeGrazia**                                                ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. 17-33-108-006-0000 <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | 685.37 | 0.00 <br><br> 685.37 |
| Account No. 17-33-108-007-0000 <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | 622.09 | 0.00 <br><br> 622.09 |
| Account No. 17-33-108-008-0000 <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | 751.33 | 0.00 <br><br> 751.33 |
| Account No. 17-32-407-013-0000 <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | 3,475.19 | 0.00 <br><br> 3,475.19 |
| Account No. 17-32-407-014-0000 <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112**□□ <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | 2,730.55 | 0.00 <br><br> 2,730.55 |

Sheet __8__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 8,264.53 | 8,264.53 |

B6E (Official Form 6E) (4/10) - Cont.

In re    __Anthony F. DeGrazia_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **17-32-224-001-0000** **Cook County Treasurer** **118 N Clark St # 112** **Chicago, IL 60602** | X | - | **Property Tax** **(Contingent Corporate Obligation)** | | X | | **10,666.44** | | **0.00** **10,666.44** |
| Account No. **17-32-224-002-0000** **Cook County Treasurer** **118 N Clark St # 112** **Chicago, IL 60602** | X | - | **Property Tax** **(Contingent Corporate Obligation)** | | X | | **343.08** | | **0.00** **343.08** |
| Account No. **17-32-223-003-0000** **Cook County Treasurer** **118 N Clark St # 112** **Chicago, IL 60602** | X | - | **Property Tax** **(Contingent Corporate Obligation)** | | X | | **Unknown** | | **Unknown** **Unknown** |
| Account No. **17-32-224-004-0000** **Cook County Treasurer** **118 N Clark St # 112** **Chicago, IL 60602** | X | - | **Property Tax** **(Contingent Corporate Obligation)** | | X | | **Unknown** | | **Unknown** **Unknown** |
| Account No. **17-29-309-036-0000** **Cook County Treasurer** **118 N Clark St # 112** **Chicago, IL 60602** | X | - | **Property Tax** **(Contingent Corporate Obligation)** | | X | | **Unknown** | | **Unknown** **Unknown** |

Sheet **9** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **11,009.52** | **11,009.52** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Anthony F. DeGrazia** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **17-28-31-047-0000**<br><br>Cook County Treasurer<br>118 N Clark St # 112□□<br>Chicago, IL 60602 | | - | Property Tax<br>(Contingent Corporate Obligation)<br>500 W 31st St- CO-DEBTOR? | X | | | 5,890.49 | 0.00 | 5,890.49 |
| Account No. **17-28-309-001-0000**<br><br>Cook County Treasurer<br>118 N Clark St # 112□□<br>Chicago, IL 60602 | | - | Property Tax<br>(Contingent Corporate Obligation)<br>2801 S Halsted- CO-DEBTOR? | X | | | 10,961.33 | 0.00 | 10,961.33 |
| Account No. **17-32-226-001-0000**<br><br>Cook County Treasurer<br>118 N Clark St # 112□□<br>Chicago, IL 60602 | X | - | Property Tax<br>(Contingent Corporate Obligation) | X | | | Unknown | Unknown | Unknown |
| Account No. **25-03-115-021-0000**<br><br>Cook County Treasurer<br>118 N Clark St # 112□□<br>Chicago, IL 60602 | X | - | Property Tax<br>(Contingent Corporate Obligation) | X | | | 5,610.58 | 0.00 | 5,610.58 |
| Account No. **25-03-115-031-0000**<br><br>Cook County Treasurer<br>118 N Clark St # 112□□<br>Chicago, IL 60602 | X | - | Property Tax<br>(Contingent Corporate Obligation) | X | | | Unknown | Unknown | Unknown |

Sheet __10__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 22,462.40 | | 22,462.40 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **25-03-115-032-0000** <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112** <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | Unknown | Unknown <br><br> Unknown |
| Account No. **25-03-115-033-0000** <br><br> **Cook County Treasurer** <br> **118 N Clark St # 112** <br> **Chicago, IL 60602** | X | - | **Property Tax (Contingent Corporate Obligation)** | | X | | Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **IL Department of Revenue** <br> **Springfield, IL 62794-9004** | X | - | **Income/Payroll Taxes (Contingent Corporate Obligation)** | | | | 497.47 | 497.47 <br><br> 0.00 |
| Account No. <br><br> **IL Dept. of Employment Security** <br> **P.O. Box 3637** <br> **Springfield, IL 62708** | X | - | **Payroll Taxes (Contingent Corporate Obligations)** | | X | | 465.85 | 465.85 <br><br> 0.00 |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet __11__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 963.32 <br> 963.32 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 64,213.32 <br> 162,963.54 | 98,750.22 |

B6F (Official Form 6F) (12/07)

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **3 Blocks Up 3427 Elmwood Ave Berwyn, IL 60402** | X | - | | | | | X | | **2,000.00** |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **360 Design Group 2517 South Archer Avenue Chicago, IL 60608** | X | - | | | | | X | | **5,000.00** |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **360 Design Group 2517 South Archer Avenue Chicago, IL 60608** | X | - | | | | | X | | **616.26** |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **360 Design Group 2517 South Archer Avenue Chicago, IL 60608** | X | - | | | | | X | | **12,618.62** |

|  |  |
|---|---|
| __**161**__ continuation sheets attached | Subtotal (Total of this page)    **20,234.88** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**974 Condominium Association c/o Kovitz, Shifrin, Nesbit 750 Lake Cook Rd, Suite 350 Buffalo Grove, IL 60089** | X | - | **Lawsuit- Breach of Contract (Contingent Corporate Obligation)  10 M1 714212** | X | | X | 4,794.98 |
| Account No.<br><br>**A&S Glass Co. 6234 South Kildare Chicago, IL 60629** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 8,200.00 |
| Account No.<br><br>**A-1 Roofing 1425 Chase Ave Elk Grove Village, IL 60007** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 6,695.00 |
| Account No.<br><br>**AAA All County Board Up 3524 W 111th Street Chicago, IL 60655** | X | - | **Contingent Corporate Obligation** | X | | | 4,639.00 |
| Account No.<br><br>**AAA Rental System P.O. Box 918 Homewood, IL 60430-0918** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,167.60 |

Sheet no. _**1**_ of _**161**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        25,496.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                          ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **AABAC Heating & Cooling** 309 W 59th Street #1 Hinsdale, IL 60521 | X | - | | | X | | | 900.00 |
| Account No. | | | | Lawsuit (Madison County, IL) Contingent Corporate Obligation 09-CH-91 | | | | |
| **Abatement Management, Inc** 6990 State Route 111□□ South Roxana, IL 62087 | X | - | | | X | | | **Unknown** |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **ABT Appliances** 1200 N Milwaukee Avenue Glenview, IL 60025 | X | - | | | X | | | 2,236.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Accurate Computer Consulting, Inc.** 1 Old Oak Trail Palos Heights, IL 60463 | X | - | | | X | | | 449.34 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Accurate Computer Consulting, Inc.** 1 Old Oak Trail Palos Heights, IL 60463 | X | - | | | X | | | 875.00 |

Sheet no. __2___ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,460.34

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                         ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **ACPS** **6808 Hobson Valley Drive, Unit 101** **Woodridge, IL 60517** | | - | | | X | | 689.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Acton Mobile Industries** **P.O. Box 758689** **Baltimore, MD 21275-8689** | X | - | | | X | | 65.80 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Adam Bors** **9463 Bay Colony Dr.** **Des Plaines, IL 60018** | X | - | | | X | | 854.70 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **ADT Security** **P.O. Box 371490** **Pittsburgh, PA 15250-7490** | X | - | | | X | | 607.99 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **ADT Security** **P.O. Box 371490** **Pittsburgh, PA 15250-7490** | X | - | | | X | | 930.50 |

Sheet no. __3__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,147.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                        ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADT Security Services**<br>**P.O. Box 371490**<br>**Pittsburgh, PA 15250-7490** | X | - | **Personal Guaranty for Goods and Services** | X | | | 2,759.89 |
| Account No.<br><br>**AEW**<br>**558 W 37th St. PMB 300**<br>**Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,216.43 |
| Account No.<br><br>**Airgas Mid America**<br>**PO Box 802615**<br>**Chicago, IL 60680-2615** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 21,591.51 |
| Account No.<br><br>**Ajax Waste Services**<br>**PO Box 2102**<br>**Joliet, IL 60434** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 42.32 |
| Account No.<br><br>**Al Warren Oil Co.**<br>**P.O. Box 40**<br>**Summit Argo, IL 60501** | X | - | **Personal Guaranty for Goods and Services** | | | | 3,557.49 |

| | |
|---|---|
| Sheet no. __4__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 30,167.64 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Personal Guaranty for Loan | | | | |
| Albert C. Hanna c/o Draper and Kramer Inc. 33 W Monroe St. Suite 1900 Chicago, IL 60603 | X | - | | | | | | 500,000.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Alliance Electric 7831 Lamon Burbank, IL 60459 | X | - | | | X | | | 9,579.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Alliance Electric 7831 Lamon Burbank, IL 60459 | X | - | | | X | | | 8,836.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Alliance Environmental Control P.O. Box 5230 Chicago, IL 60616 | X | - | | | X | | | 1,740.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Alliance Environmental Control P.O. Box 5230 Chicago, IL 60616 | X | - | | | X | | | 5,425.00 |

Sheet no. __5__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    525,580.00

B6F (Official Form 6F) (12/07) - Cont.

In re    __Anthony F. DeGrazia_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Alliance Environmental Control** **P.O. Box 5230** **Chicago, IL 60616** | X | - | | | X | | | 9,475.00 |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Allied North America Insurance** **500 N. Michigan Ave, Ste 2050** **Chicago, IL 60611** | X | - | | | X | | | 9,208.00 |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Allied North America Insurance** **P.O. Box 2044** **Carol Stream, IL 60132** | X | - | | | X | | | 632.00 |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Allied North America Insurance** **500 N. Michigan Ave, Ste 2050** **Chicago, IL 60611** | X | - | | | X | | | 777.00 |
| Account No. | | | | **Goods and Service (Contingent Corporate Obligation)** | | | | |
| **Allied North America Insurance** **500 N. Michigan Ave, Ste 2050** **Chicago, IL 60611** | X | - | | | X | | | 533.00 |

Sheet no. __6___ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,625.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,550.00 |
| Account No.  Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 27,976.11 |
| Account No.  Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 6,018.00 |
| Account No.  Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 13,309.50 |
| Account No.  Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 4,665.00 |

Sheet no. __7___ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,518.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **60021006002109** <br><br> **Amcore Bank** <br> **1210 S Alpine Rd** <br> **Rockford, IL 61108** | X | - | | **Guarantor of mortgage issued by Colfax Homes, LLC which is owned 80% by 95th Street, LLC** | | X | X | **2,100,000.00** |
| Account No. <br><br> **American Heritage** <br> **3054 N. Western** <br> **Chicago, IL 60618** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **1,408.76** |
| Account No. <br><br> **American International Companies** <br> **P.O. Box 409** <br> **Parsippany, NJ 07054-0409** | | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **3,382.00** |
| Account No. <br><br> **American Truck Products & Asses.** <br> **P.O. Box 701** <br> **Chicago Heights, IL 60412** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **262.94** |
| Account No. <br><br> **Amerisafe** <br> **3990 Enterprise Court** <br> **Aurora, IL 60504** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **1,072.54** |

Sheet no. __8___ of __161__ sheets attached to Schedule of                                   Subtotal                  **2,106,126.24**
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Amor Perez**<br>**9419 Southmoor Ave Apt. 17**<br>**Highland, IN 46322** | X | - | | **Reimbursement for Expenses (Contingent corporate obligation)** | X | | | 480.77 |
| Account No.<br><br>**Appraisal Research Counselors**<br>**400 East Randolph Street, Suite 715**<br>**Chicago, IL 60601-7388** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,000.00 |
| Account No.<br><br>**Aries Capital**<br>**350 West Erie**<br>**Chicago, IL 60610** | X | - | | **Interest on second mortgage debt for 89th & State LLC property (Personal gauranty)** | | | | 1,500,000.00 |
| Account No.<br><br>**Around The Clock**<br>**3942 N. Central St.**<br>**Chicago, IL 60634** | | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 140.20 |
| Account No.<br><br>**Ashland**<br>**16414 Collections Center Drive**<br>**Chicago, IL 60693** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 688.40 |

Sheet no. __9__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,503,309.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Astro Insulation, Inc.**<br>**4418 Route 31**<br>**Ringwood, IL 60072** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,245.00 |
| Account No. **Acct # _____**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 331.07 |
| Account No.<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 141.64 |
| Account No.<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 232.30 |
| Account No. **773 846 0688 459 5**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 439.23 |

Sheet no. __**10**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,389.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                              ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** | X | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 44.85 |
| Account No. <br><br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** | X | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 15.00 |
| Account No. **773 545 8351 392 5** <br><br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** | X | - | | | **Services: 6759 W Forest Preserve Dr (Contingent Corporate Obligation)** | X | | | 123.04 |
| Account No. **773 283 1252 050 2** <br><br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** | X | - | | | **Services: 6759 W Forest Preserve Dr (Contingent Corporate Obligation)** | X | | | 55.45 |
| Account No. <br><br> **AT&T Real Yellow Pages** <br> **8519 Innovation Way** <br> **Chicago, IL 60682** | X | - | | | **Personal Guaranty for Goods and Services** | | | | 9,247.07 |

Sheet no. __11__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 9,485.41 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony F. DeGrazia** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Austin Bank** <br> **c/o ROBBINS SALOMON & PATT** <br> **25 E WASHINGTON Suite 1000** <br> **Chicago, IL 60602** | X | - | **Lawsuit- Mortgage Foreclosure** <br> **09 CH 16843** | | X | X | **Unknown** |
| Account No. <br><br> **Austin Bank** <br> **1301 W Taylor** <br> **Chicago, IL 60607** | X | - | **Guarantor of 51st Residential LLC obligation** | | X | X | **954,826.66** |
| Account No. <br><br> **B & H Industries** <br> **80 W. Seegers Rd.** <br> **Arlington Heights, IL 60005** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **59.85** |
| Account No. <br><br> **B & R Welding Company** <br> **375 E. 60th Street** <br> **Chicago, IL 60637** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **9,489.00** |
| Account No. <br><br> **Bank of America** <br> **Correspondence Unit CA6-919-01-41** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | X | - | **Guarantor of loan from Bank of America to Autumn Green at Wright Campus Condominium Investors, LLC.** | | X | | **11,900,000.00** |

Sheet no. __12__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,864,375.51**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                              ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Barbaro Construction Co., Inc. 2453 S. Archer., Suite C Chicago, IL 60616 | X | - | | | X | | | 55,700.00 |
| Account No. | | | | Personal Guaranty for Goods and Services | | | | |
| Bathworks 3956 N. Elston Ave Chicago, IL 60618 | X | - | | | | | | 1,731.20 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Beeper Carpet Cleaners 7949 W. Westport Dr. Frankfort, IL 60423 | X | - | | | X | | | 154.90 |
| Account No. | | | | Lawsuit- Mortgage Foreclosure      10 CH 28400 | | | | |
| Belmont Bank c/o GOMBERG & SHARFMAN LTD 208 S LASALLE SUITE Chicago, IL 60604 | X | - | | | | X | X | Unknown |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Best Imaging Solutions 20 E. Randolph, Mezzanine Level Chicago, IL 60601 | X | - | | | X | | | 15.00 |

Sheet no. __13__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          57,601.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Beverly Asphalt Paving Co.**<br>**1514 W. Pershing Road**<br>**Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 13,825.00 |
| Account No.  <br><br>**Brian Webster**<br>**c/o LEVIN RIBACK LAW GROUP**<br>**60 W RANDOLPH 333**<br>**Chicago, IL 60601** | X | - | **Lawsuit- Personal Injury Claim**<br>  **06 L 009455** | | X | X | 50,000.00 |
| Account No.  <br><br>**Bridgeview Bank and Trust**<br>**7940 S Harlem Bridgeview, Il 60455**<br>**Bridgeview, IL 60455** | X | - | **Contingent Corporate Obligation** | X | | | 3,613.82 |
| Account No.  00617255500<br><br>**Bridgeview Bank Group**<br>**4753 N. Broadway**<br>**Chicago, IL 60640** | | - | **Guarantor of Mortgage: 3465 Lituancia, LLC** | | X | | 828,280.59 |
| Account No.  <br><br>**Bright Pages**<br>**PO Box 3505**<br>**New York, NY 10008-3505** | | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,848.00 |

Sheet no. __14__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

897,567.41

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**   ,   Case No. _____
                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal Guaranty for Goods and Services | | | | |
| Brook Furniture Rental 222 N. LaSalle Street, Suite 140 Chicago, IL 60601 | X | - | | | | | | 696.84 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Brook Furniture Rental 4078 Payshere Circle Chicago, IL 60674 | X | - | | | X | | | 7,944.67 |
| Account No. | | | | Personal Guaranty for Goods and Services | | | | |
| Builders Cabinets 401 N. Western Ave. Chicago, IL 60612 | X | - | | | | | | 11,970.62 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Builders Cabinets 401 N. Western Ave. Chicago, IL 60612 | X | - | | | X | | | 2,150.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Builders Cabinets 401 N. Western Ave. Chicago, IL 60612 | X | - | | | X | | | 2,567.99 |

Sheet no. __15__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,330.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                        ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Builders Cabinets** **401 N. Western Ave.** **Chicago, IL 60612** | X | - | | | X | | | 5,414.44 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Builders Cabinets** **401 N. Western Ave.** **Chicago, IL 60612** | X | - | | | X | | | 24,166.34 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Cananwill Inc.** **P.O.Box 19639** **Newark, NJ 07195-0639** | X | - | | | X | | | 784.02 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Caterpillar Financial Services Corp** **P.O. Box 730669** **Dallas, TX 75373-0669** | X | - | | | X | | | 21,063.52 |
| Account No. | | | | Lawsuit- Replevin 09 L 050472 | | | | |
| **Center Capital Corp** **c/o DRESSLER & PETERS LLC** **111 W WASHINGTON SUITE 190** **Chicago, IL 60602** | X | - | | | | X | X | 30,001.00 |

Sheet no. __16__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        81,429.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Central Tile Services** 15252 W 143rd Street Homer Glen, IL 60491 | X | - | | | | X | | | 51,521.72 |
| Account No. | | | | | Lawsuit- Mortgage Foreclosure  (Contingent Corp Obligation)  08 CH 28805 | | | | |
| **Chase Home Finance LLC** c/o FANDRE SCOTT J 171 N CLARK ST Chicago, IL 60601 | X | - | | | | X | X | X | Unknown |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Chicago Agent Publishing, LLC** 2000 N. Racine Chicago, IL 60614 | X | - | | | | X | | | 825.00 |
| Account No. | | | | | Realtor Fees | | | | |
| **Chicago Association of Realtors** 3154 Paysphere Circle Chicago, IL 60674 | | - | | | | X | | | 270.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Chicago Carpet Center, Inc.** 1550 W. PERSHING ROAD P. O. BOX 09730 Chicago, IL 60608 | X | - | | | | X | | | 1,250.00 |

Sheet no. __17__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,866.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                            ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chicago Community Bank c/o MARTIN & KARCAZES LTD 161 N.CLARK ST. SUITE 550 Chicago, IL 60601** | X | - | **Lawsuit- Mortgage Foreclosure 10 CH 09237** | | X | X | **Unknown** |
| Account No. **Chicago Community Bank c/o MARTIN & KARCAZES LTD 161 N.CLARK ST. SUITE 550 Chicago, IL 60601** | X | - | **Lawsuit- Mortgage Foreclosure 09 CH 47952** | | X | X | **Unknown** |
| Account No. **Chicago Community Bank c/o MARTIN & KARCAZES LTD 161 N.CLARK ST. SUITE 550 Chicago, IL 60601** | X | - | **Lawsuit- Mortgage Foreclosure 10 CH 04098** | | X | X | **Unknown** |
| Account No. **Chicago Community Bank c/o MARTIN & KARCAZES LTD 161 N.CLARK ST. SUITE 550 Chicago, IL 60601** | X | - | **Lawsuit- Mortgage Foreclosure (Contingent Corp Obligation) 10 CH 06221** | X | X | X | **Unknown** |
| Account No. **Chicago Community Bank c/o MARTIN & KARCAZES LTD 161 N.CLARK ST. SUITE 550 Chicago, IL 60601** | X | - | **Lawsuit- Mortgage Foreclosure (Contingent Corp Obligation) 10 CH 28259** | X | X | X | **Unknown** |

Sheet no. __18__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony F. DeGrazia** ,                              Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11533068** <br><br> **Chicago Community Bank** <br> **1110 W. 35th Street** <br> **Chicago, IL 60609** | X | - | Personal guaranty on deficiency claim | | | | 126,317.00 |
| Account No. <br><br> **Chicago Community Bank** <br> **1110 W. 35th St** <br> **Chicago, IL 60609** | X | - | Interest- Bank holding first Mortgage (personal guaranty) | | | | 55,198.54 |
| Account No. **115 35302** <br><br> **Chicago Community Bank** <br> **1110 W. 35th St** <br> **Chicago, IL 60609** | X | - | Guarantor of commercial note with 3227-31 S Halsted Condominiums LLC | | | | 2,477,404.00 |
| Account No. <br><br> **Chicago Messenger Service** <br> **1600 S. Ashland Ave.** <br> **Chicago, IL 60608-2013** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 41.74 |
| Account No. <br><br> **Chicago Party Rental** <br> **9480 W. 55th Street** <br> **La Grange, IL 60525** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,722.39 |

Sheet no. __19__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,660,683.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                                          ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chicago Spies**<br>**4407 N. Milwaukee**<br>**Chicago, IL 60630** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **65.24** |
| Account No.<br><br>**CitiMortgage**<br>**c/o Codilis & Associates, P.C.**<br>**15 W 030 North Frontage Rd, Ste 100**<br>**Burr Ridge, IL 60527** | X | - | **Lawsuit- Mortgage Foreclosure**<br>   **10 CH 007004**<br>   **(Contingent Corporate Obligation)** | X | | | **Unknown** |
| Account No. **Citation # S000287515**<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | | - | **Corporate Obligation** | X | | | **340.50** |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | | - | **Lawsuit- Municiple Code Violation**<br>**(Contingent Corp. Obligation)**<br>   **09 BS 1037A** | X | X | X | **1,040.00** |
| Account No.<br><br>**City of Chicago**<br>**Department of Buildings**<br>**120 North Rachine Ave**<br>**Chicago, IL 60607** | X | - | **Lawsuit/Administrative Complaint**<br>   **(Contingent Corporate Obligation)**<br>   **508T0190723** | X | X | X | **Unknown** |

Sheet no. __**20**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,445.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                          ,          Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | X | - | **Collection**<br>**(Contingent Corporate Obligation)**<br>**BSW 0305948** | X | | X | 1,070.45 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | X | - | **Violations and fees (Contingent Corporate Obligation)** | X | | | 1,643.43 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | X | - | **Violations (Contingent Corporate Obligation)** | X | | | 15,929.00 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | X | - | **Fines and Violations** | X | | | 390.00 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | X | - | **Environmental Tickets (Contingent Corporate Obligation)** | X | | | 1,340.00 |

Sheet no. __21__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,372.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Violations (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | X | - | | X | | | 1,540.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| City of Chicago Business Affairs 121 North LaSalle St. Room 800 Chicago, IL 60602 | X | - | | X | | | 125.00 |
| Account No. | | | Fines and Violations (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | X | - | | X | | | 100.00 |
| Account No. | | | Tickets and violations (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | X | - | | X | | | 1,380.00 |
| Account No. | | | Fines and Violations (Contingent corporate obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | X | - | | X | | | 1,452.00 |

Sheet no. __22__ of __161__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)       | 4,597.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **806668-615262**<br><br>**City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** | X | - | **3553 W 38th, #4 (Contingent Corporate Obligation)** | X | | | 74.59 |
| Account No. **80668-615263**<br><br>**City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** | X | - | **3553 W 38th, #3 (Contingent Corporate Obligation)** | X | | | 19.09 |
| Account No. **80668-615264**<br><br>**City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** | X | - | **3553 W 38th, (Contingent Corporate Obligation)** | X | | | 18.21 |
| Account No. **821851-615265**<br><br>**City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** | X | - | **3529 W 38th, #4 (Contingent Corporate Obligation)** | X | | | 160.39 |
| Account No. **777941-615411**<br><br>**City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** | X | - | **3533 W 38th, (Contingent Corporate Obligation)** | X | | | 18.21 |

Sheet no. __**23**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    290.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia** ,   Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 867775-626792<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | Services: 10 E 90th Street, Chicago IL<br>(Contingent Corporate Obligation) | X | | | 14.09 |
| Account No. 867775-626793<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | Services: 12 E 90th Street, Chicago IL<br>(Contingent Corporate Obligation) | X | | | 47.82 |
| Account No. 792993-437965<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | Services: 55 E 89th Place, Chicago IL<br>(Contingent Corporate Obligation) | X | | | 2.62 |
| Account No. 806668-615234<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | Services: 3744 S Halsted St, Chicago IL<br>(Contingent Corporate Obligation) | X | | | Unknown |
| Account No. 741043-530930<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | Services: 3738-40 S Halsted St, Chicago IL<br>(Contingent Corporate Obligation) | X | | | 72.83 |

Sheet no. __24__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      137.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia** ,    Case No. _____
    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **806668-615232**<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | | | Services: 3740 S Halsted St, Chicago IL<br>(Contingent Corporate Obligation) | | X | | **Unknown** |
| Account No. **806668-615233**<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | | | Services: 3742 S Halsted St, Chicago IL<br>(Contingent Corporate Obligation) | | X | | **18.43** |
| Account No. **806668-615235**<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | | | Services: 3746 S Halsted St, Chicago IL<br>(Contingent Corporate Obligation) | | X | | **Unknown** |
| Account No. **805179-614848**<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | | | Services: 807 W 37th Place TH#2, Chicago IL<br>(Contingent Corporate Obligation) | | X | | **55.31** |
| Account No. **805179-6148 4870**<br><br>City of Chicago- Water Management<br>333 S State Street<br>Customer Service, Suite LL10<br>Chicago, IL 60602 | X | - | | | Services: 807 W 37th Place TH#3, Chicago IL<br>(Contingent Corporate Obligation) | | X | | **Unknown** |

Sheet no. __**25**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73.74**

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 805179-614871 | | | Services: 807 W 37th PlaceTH #4, Chicago IL (Contingent Corporate Obligation) | | | | |
| City of Chicago- Water Management 333 S State Street Customer Service, Suite LL10 Chicago, IL 60602 | X | - | | X | | | 152.14 |
| Account No. 615781-530979 | | | Services: 811 W 37th Place, Chicago IL (Contingent Corporate Obligation) | | | | |
| City of Chicago- Water Management 333 S State Street Customer Service, Suite LL10 Chicago, IL 60602 | X | - | | X | | | 3.28 |
| Account No. 733240-606515 | | | Services: 830 W 37th Place, Chicago IL (Contingent Corporate Obligation) | | | | |
| City of Chicago- Water Management 333 S State Street Customer Service, Suite LL10 Chicago, IL 60602 | X | - | | X | | | 207.60 |
| Account No. 733240-606516 | | | Services: 832 W 37th Place, Chicago IL (Contingent Corporate Obligation) | | | | |
| City of Chicago- Water Management 333 S State Street Customer Service, Suite LL10 Chicago, IL 60602 | X | - | | X | | | 44.22 |
| Account No. | | | Personal Guaranty for Goods and Services | | | | |
| Clear Channel Outdoor P.O. Box 847247 Dallas, TX 75284-7247 | X | - | | | | | 9,000.00 |

Sheet no. __26__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,407.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony F. DeGrazia**                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| CM Expert Flooring Company 6225 N Whipple St Chicago, IL 60659 | X | - | | X | | | |
| | | | | | | | 5,000.00 |
| Account No. | | | Lawsuit- Mortgage Foreclosure 08 CH 43605 consolidated with 09 CH 08524 | | | | |
| Cole Taylor Bank c/o GOLDBERG KOHN LTD 55 E MONROE #3300 Chicago, IL 60603 | X | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Lawsuit- Mortgage Foreclosure 08 CH 26035 | | | | |
| Cole Taylor Bank c/o GOLDBERG KOHN LTD 55 E MONROE #3300 Chicago, IL 60603 | X | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Lawsuit- Mortgage Foreclosure 08 CH 43599 | | | | |
| Cole Taylor Bank c/o GOLDBERG KOHN LTD 55 E MONROE #3300 Chicago, IL 60603 | X | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Personal Guaranty of Corporate Obligation | | | | |
| Cole Taylor Bank P.O. Box 804427 Chicago, IL 60680 | X | - | | | | | |
| | | | | | | | 1,799,858.34 |

Sheet no. __27__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,804,858.34 |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Anthony F. DeGrazia**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Cole Taylor Bank** <br> **c/o GOLDBERG KOHN LTD** <br> **55 E MONROE #3300** <br> **Chicago, IL 60603** | X | - | | | **Lawsuit- Mechanic Lien** <br> **09 CH 08529** | | | | **Unknown** |
| Account No. <br><br> **Colleen Harper** <br> **c/o MARINO HERMAN J** <br> **53 W JACKSON #1442** <br> **Chicago, IL 60604** | X | - | | | **Lawsuit- DECLARATORY JUDGMENT** <br> **(Contingent Corporate Obligation)** <br> **08 CH 34113** | X | X | X | **Unknown** |
| Account No. 07857158601 <br><br> **Collier County** <br> **Public Utilities Division** <br> **4420 Mercantile Ave** <br> **Naples, FL 34104** | | - | | | **Services** | | | | **558.67** |
| Account No. 175504603 <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | | **Services: 3529 W 38th #1 (Contingent Corporate Obligation)** | X | | | **181.93** |
| Account No. 2307000024 <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | | **Services: 3529 W 38th #2 (Contingent Corporate Obligation)** | X | | | **185.26** |

Sheet no. __28__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **925.86**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,          Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **59144066**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3529 W 38th #3 (Contingent Corporate Obligation) | X | | | 178.81 |
| Account No. **57088089**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3529 W 38th #4 (Contingent Corporate Obligation) | X | | | 729.93 |
| Account No. **99020112**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3529 W 38th #5 (Contingent Corporate Obligation) | X | | | 50.90 |
| Account No. **141100030**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3533 W 38th #1 (Contingent Corporate Obligation) | X | | | 118.83 |
| Account No. **195083062**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3533 W 38th #2 (Contingent Corporate Obligation) | X | | | 12.72 |

Sheet no. __29__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,091.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1077005005**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3533 W 38th #3 (Contingent Corporate Obligation) | X | | | 205.83 |
| Account No. **154056041**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3533 W 38th #1 (Contingent Corporate Obligation) | X | | | 175.33 |
| Account No. **1755165024**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3533 W 38th #5 (Contingent Corporate Obligation) | X | | | 151.54 |
| Account No. **4513063006**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3541 W 38th #1 (Contingent Corporate Obligation) | X | | | 360.50 |
| Account No. **2055034049**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | Services: 3541 W 38th #2 (Contingent Corporate Obligation) | X | | | 202.64 |

Sheet no. __**30**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,095.84

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia_____,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1809011024** | | | | Services: 3541 W 38th #3 (Contingent Corporate Obligation) | | | | |
| COM ED Bill Payment Center Chicago, IL 60668-0001 | X | - | | | X | | | |
| | | | | | | | | 195.01 |
| Account No. **1749136017** | | | | Services: 3541 W 38th #4 (Contingent Corporate Obligation) | | | | |
| COM ED Bill Payment Center Chicago, IL 60668-0001 | X | - | | | X | | | |
| | | | | | | | | 218.13 |
| Account No. **117052070** | | | | Services: 3545 W 38th #1 (Contingent Corporate Obligation) | | | | |
| COM ED Bill Payment Center Chicago, IL 60668-0001 | X | - | | | X | | | |
| | | | | | | | | 185.10 |
| Account No. **2625011021** | | | | Services: 3545 W 38th #2 (Contingent Corporate Obligation) | | | | |
| COM ED Bill Payment Center Chicago, IL 60668-0001 | X | - | | | X | | | |
| | | | | | | | | 19.19 |
| Account No. **477058003** | | | | Services: 3545 W 38th #3 (Contingent Corporate Obligation) | | | | |
| COM ED Bill Payment Center Chicago, IL 60668-0001 | X | - | | | X | | | |
| | | | | | | | | 171.75 |

Sheet no. __31__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

789.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                        ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **41138030** <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | **Services: 3545 W 38th #4 (Contingent Corporate Obligation)** | X | | | 67.18 |
| Account No. **343147031** <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | **Services: 3553 W 38th #1 (Contingent Corporate Obligation)** | X | | | 102.70 |
| Account No. **681024028** <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | **Services: 3553 W 38th #2 (Contingent Corporate Obligation)** | X | | | 172.35 |
| Account No. **2673088001** <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | **Services: 3553 W 38th #3 (Contingent Corporate Obligation)** | X | | | 93.16 |
| Account No. **387027045** <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | **Services: 3553 W 38th #4 (Contingent Corporate Obligation)** | X | | | 120.66 |

Sheet no. __**32**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

556.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **151112015** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | X | - | **Services: 10 E 90th Street, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 426.33 |
| Account No. **1348035013** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 12 E 90th Street, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 243.49 |
| Account No. **229080004** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 14 E 90th Street, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 339.06 |
| Account No. **2207041023** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 8947 S State Temp** <br> **(Contingent Corporate Obligation)** | X | | | 5.31 |
| Account No. **675131147** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2839-53 Pitney Ct, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 312.05 |

Sheet no. __33__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,326.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                     ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3075092057** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2833 Board St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 658.79 |
| Account No. **783123007** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2835 Board St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 744.14 |
| Account No. **1983031064** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2841 S Board St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 443.82 |
| Account No. **21101020** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2843 S Board St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 683.28 |
| Account No. **2523067103** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2830 S Lock St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 12.10 |

Sheet no. __34__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,542.13**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1947049033** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 28360 S Lock St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 697.95 |
| Account No. **3603002047** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2838 S Lock St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 125.62 |
| Account No. **83107931** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2842 S Lock St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 2,364.59 |
| Account No. **5745041066** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2844 S Lock St, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 386.39 |
| Account No. **2453135023** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2841 S Pitney Ct, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 360.50 |

Sheet no. __**35**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,935.05

B6F (Official Form 6F) (12/07) - Cont.

In re      **Anthony F. DeGrazia**                                              ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1445085040** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | Services: 2845 S Pitney Ct, Chicago IL (Contingent Corporate Obligation) | X | | | 386.40 |
| Account No. **4217064067** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | Services: 2846 S Pitney Ct, Chicago IL (Contingent Corporate Obligation) | X | | | 130.43 |
| Account No. **45114110** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | Services: 2828 S Pitney Ct, Chicago IL (Contingent Corporate Obligation) | X | | | 241.05 |
| Account No. **3181065004** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | Services: 2849 S Pitney Ct, Chicago IL (Contingent Corporate Obligation) | X | | | 392.68 |
| Account No. **1151146030** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | Services: 2850 S Pitney Ct, Chicago IL (Contingent Corporate Obligation) | X | | | 18.19 |

Sheet no. __36__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,168.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4315105012** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2851 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 620.88 |
| Account No. **4329097014** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2852 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 214.73 |
| Account No. **6611106002** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2853 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 222.72 |
| Account No. **5995141042** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 2854 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 273.12 |
| Account No. **8412645024** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 807 W 37th Pl #2, Chicago IL (Contingent Corporate Obligation)** | X | | | 124.01 |

Sheet no. __**37**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,455.46

B6F (Official Form 6F) (12/07) - Cont.

In re    __Anthony F. DeGrazia_____,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2163100036** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3742 S Halsted, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 52.60 |
| Account No. **1008123010** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3744 S Halsted, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 4.48 |
| Account No. **1408110002** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3746 S Halsted, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 340.39 |
| Account No. **83112065** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3465 S Lituanica Ave Unit 2, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 274.27 |
| Account No. **755120015** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3465 S Lituanica Ave Unit 3, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 56.59 |

Sheet no. __38__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

728.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                          ,            Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **73076061** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3465 S Lituanica Ave Unit 4, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 126.39 |
| Account No. **2298087066** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3465 S Lituanica Ave Store, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 29,073.22 |
| Account No. **2298087084** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3465 S Lituanica Ave Store, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 1,446.41 |
| Account No. **7126058023** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 3465 S Lituanica Ave Bldg, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 28.67 |
| Account No. **37361048037** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 6759 W Forest Preserve Dr Unit 410, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 58.82 |

Sheet no. __**39**__ of __**161**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,733.51

B6F (Official Form 6F) (12/07) - Cont.

In re  __Anthony F. DeGrazia_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 1779161046 <br><br> COM ED <br> Bill Payment Center <br> Chicago, IL 60668-0001 | X | - | | Services: 6759 W Forest Preserve Dr Unit 304, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 328.88 |
| Account No. 3667052121 <br><br> COM ED <br> Bill Payment Center <br> Chicago, IL 60668-0001 | X | - | | Services: 6759 W Forest Preserve Dr Unit 204, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 56.95 |
| Account No. 216095046 <br><br> COM ED <br> Bill Payment Center <br> Chicago, IL 60668-0001 | X | - | | Services: 6759 W Forest Preserve Dr bldg Chicago IL <br> (Contingent Corporate Obligation) | X | | | 3,578.22 |
| Account No. 2907034022 <br><br> COM ED <br> Bill Payment Center <br> Chicago, IL 60668-0001 | X | - | | Services: 4255 N Oak Park Ave Temp 3, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 785.28 |
| Account No. 7704068009 <br><br> COM ED <br> Bill Payment Center <br> Chicago, IL 60668-0001 | X | - | | Services: 2400 E 95th St Temp, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 2,423.47 |

Sheet no. __40__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            7,172.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **29057065** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 201, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | **1,633.75** |
| Account No. **853097015** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 205, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | **104.55** |
| Account No. **387089107** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 207, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | **Unknown** |
| Account No. **671035000** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 208, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | **290.59** |
| Account No. **541123013** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 209, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | **6.29** |

Sheet no. __41__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,035.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Anthony F. DeGrazia__                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **193069064** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 210, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 103.75 |
| Account No. **41112047** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 301, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 1,712.01 |
| Account No. **949093010** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 302, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 12.98 |
| Account No. **595094036** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 303, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 8.47 |
| Account No. **475041055** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 304, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 80.36 |

Sheet no. __42__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,917.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                        ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 591163192<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 305, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 158.67 |
| Account No. 521168098<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 306, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 75.50 |
| Account No. 735143058<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 307, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 9.03 |
| Account No. 749073005<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 309, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 157.45 |
| Account No. 141022077<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 310, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 132.47 |

Sheet no. __43__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

533.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **743017021** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 311, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 138.48 |
| Account No. **52126032** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 401, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 251.60 |
| Account No. **373058032** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 402, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 256.94 |
| Account No. **923118049** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 404, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 34.48 |
| Account No. **855019091** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 405, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 48.67 |

Sheet no. __**44**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

730.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 843132123 <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | | | **Services: 974 W 35th Place Unit 407, Chicago IL** <br>**(Contingent Corporate Obligation)** | X | | | 31.14 |
| Account No. 237004116 <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | | | **Services: 974 W 35th Place Unit 401, Chicago IL** <br>**(Contingent Corporate Obligation)** | X | | | 24.81 |
| Account No. 909124018 <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | | | **Services: 974 W 35th Place Unit 409, Chicago IL** <br>**(Contingent Corporate Obligation)** | X | | | Unknown |
| Account No. 267041127 <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | | | **Services: 974 W 35th Place Unit 410, Chicago IL** <br>**(Contingent Corporate Obligation)** | X | | | 85.03 |
| Account No. 175121052 <br><br>**COM ED** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** | X | - | | | **Services: 974 W 35th Place Unit 411, Chicago IL** <br>**(Contingent Corporate Obligation)** | X | | | 99.06 |

Sheet no. __45__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                240.04

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                              ,     Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **735086030**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 501, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | **34.61** |
| Account No. **75043088**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 502, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | **142.68** |
| Account No. **749105002**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 504, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | **138.67** |
| Account No. **873030114**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 505, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | **1,186.30** |
| Account No. **391062052**<br><br>**COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 506, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | **19.07** |

Sheet no. __**46**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,521.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,        Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **101013058** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | Services: 974 W 35th Place Unit 510, Chicago IL <br> **(Contingent Corporate Obligation)** | X | | | 5.74 |
| Account No. **519135123** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | Services: 974 W 35th Place Unit 511, Chicago IL <br> **(Contingent Corporate Obligation)** | X | | | 216.25 |
| Account No. **335076026** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | Services: 974 W 35th Place Unit 601, Chicago IL <br> **(Contingent Corporate Obligation)** | X | | | 3,205.69 |
| Account No. **501045030** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | Services: 974 W 35th Place Unit 602, Chicago IL <br> **(Contingent Corporate Obligation)** | X | | | 220.90 |
| Account No. **231168040** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | Services: 974 W 35th Place Unit 605, Chicago IL <br> **(Contingent Corporate Obligation)** | X | | | 37.82 |

Sheet no. __47__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      3,686.40

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **445009058** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 606, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 54.80 |
| Account No. **43162081** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 608, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 113.46 |
| Account No. **687114101** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 609, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 35.57 |
| Account No. **451081057** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 610, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 96.79 |
| Account No. **395157043** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | | **Services: 974 W 35th Place Unit 611, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 105.19 |

Sheet no. __**48**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          405.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                      ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **621157033** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 702, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 106.32 |
| Account No. **391160026** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 703, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 106.71 |
| Account No. **185170094** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 704, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 111.30 |
| Account No. **265136034** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place Unit 705, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 205.94 |
| Account No. **579116055** <br><br> **COM ED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | X | - | **Services: 974 W 35th Place BLDG, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 28,798.63 |

Sheet no. __49__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    29,328.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                        ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7619104001** | | | | Services: 974 W 35th Place TEMP-3 PHS, Chicago IL (Contingent Corporate Obligation) | | | | |
| **COM ED** **Bill Payment Center** **Chicago, IL 60668-0001** | X | - | | | X | | | |
| | | | | | | | | 8.21 |
| Account No. **996047002** | | | | Services: 974 W 35th Place STORE, Chicago IL (Contingent Corporate Obligation) | | | | |
| **COM ED** **Bill Payment Center** **Chicago, IL 60668-0001** | X | - | | | X | | | |
| | | | | | | | | 20.05 |
| Account No. **655101036** | | | | Services: 974 W 35th Place STORE EAST, Chicago IL (Contingent Corporate Obligation) | | | | |
| **COM ED** **Bill Payment Center** **Chicago, IL 60668-0001** | X | - | | | X | | | |
| | | | | | | | | 8,058.85 |
| Account No. | | | | Breach of Contract (Contingent Corporate Obligation) 09 M1 112085 | | | | |
| **Commonwealth Edison Company** **c/o COMMONWEALTH EDISON CLAIM** **THREE LINCOLN CENTER** **Villa Park, IL 60181** | X | - | | | X | X | X | |
| | | | | | | | | 28,373.12 |
| Account No. | | | | Lawsuit- Breach of Contract (Contingent Corporate Obligation) 10 M1 131297 | | | | |
| **Commraider** **c/o ADLER ARTHUR B & ASSOC** **25 E WASHINGTON #500** **Chicago, IL 60602** | X | - | | | X | X | X | |
| | | | | | | | | 2,914.17 |

Sheet no. __**50**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 39,374.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia** _____ ,   Case No. _____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **CommRaider** **9701 S. Keen Ave** **Palos Hills, IL 60465** | X | - | | X | | | 2,914.77 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC** **1300 W. Exchange** **Chicago, IL 60609** | X | - | | | | | 466.46 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC** **1300 W. Exchange** **Chicago, IL 60609** | X | - | | X | | | 283.80 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC** **1300 W. Exchange** **Chicago, IL 60609** | | - | | X | | | 297.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC** **1300 W. Exchange** **Chicago, IL 60609** | X | - | | X | | | 455.00 |

Sheet no. _**51**_ of _**161**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **4,417.03**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC 1300 W. Exchange Chicago, IL 60609** | X | - | | X | | | |
| | | | | | | | 2,531.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC 1300 W. Exchange Chicago, IL 60609** | X | - | | X | | | |
| | | | | | | | 2,050.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC 1300 W. Exchange Chicago, IL 60609** | X | - | | X | | | |
| | | | | | | | 1,255.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC 1300 W. Exchange Chicago, IL 60609** | X | - | | X | | | |
| | | | | | | | 1,732.64 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Continental Disposal, LLC 1300 W. Exchange Chicago, IL 60609** | X | - | | X | | | |
| | | | | | | | 375.00 |

Sheet no. __52__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,943.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,      Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 63,796.80 |
| Account No.<br><br>**Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 14,276.80 |
| Account No.<br><br>**Contractors Access Equipment**<br>**2222 South Halsted St.**<br>**Chicago, IL 60608** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,450.00 |
| Account No.<br><br>**Convention Center Drive, LLC**<br>**600 W. Jackson Street**<br>**Suite 275**<br>**Chicago, IL 60661** | | - | **Rental damages.** | | X | | 18,000.00 |
| Account No.<br><br>**Convention Center Drive, LLC**<br>**c/o Mark IV Realty Group**<br>**600 W Jackson, Ste 275**<br>**Chicago, IL 60661** | | - | **Non-residential Lease** | | X | | 11,464.00 |

Sheet no. __**53**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

108,987.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cowan Electric, Inc.**<br>P.O. Box 5066<br>Elgin, IL 60121 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 315.00 |
| Account No. **Q9CRAN102401**<br><br>**Cranberry Crossing Village Assoc**<br>TIB Bank Lockbox<br>P.O. Box 61767<br>Fort Myers, FL 33906-1767 | | J | | Homeowners Association Dues | | | | 831.43 |
| Account No.<br><br>**CredStar**<br>P.O. Box 405897<br>Atlanta, GA 30384-5897 | | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 11.40 |
| Account No.<br><br>**Cremieux Supply Co.**<br>3015 S. Archer Ave<br>Chicago, IL 60608-5512 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 96.31 |
| Account No.<br><br>**CTS Central Tile Services**<br>15252 W. 143rd Street- Suite A<br>Homer Glen, IL 60491 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,984.00 |

Sheet no. __54__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,238.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| CTS Central Tile Services 15252 W. 143rd Street- Suite A Homer Glen, IL 60491 | X | - | | X | | | 8,211.74 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| CTS Central Tile Services 15252 W. 143rd Street- Suite A Homer Glen, IL 60491 | X | - | | X | | | 23,577.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| CTS Central Tile Services 15252 W. 143rd Street- Suite A Homer Glen, IL 60491 | X | - | | X | | | 35,002.52 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Cubellis MGDF P.O.Box S47855 Boston, MA 02284-7855 | X | - | | X | | | 13,864.90 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Cubellis MGDF P.O.Box S47855 Boston, MA 02284-7855 | X | - | | | | | 57,268.00 |

Sheet no. __55__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

137,924.16

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.                                         Goods and Service (Contingent Corporate Obligation) | | | | | | | | | |
| Cubellis MGDF P.O.Box S47855 Boston, MA 02284-7855 | X | - | | | | X | | | 23,729.66 |
| Account No.                                         Goods and Service (Contingent Corporate Obligation) | | | | | | | | | |
| D&M Rolloff Inc. P.O. Box 95335 Palatine, IL 60095 | X | - | | | | X | | | 1,780.00 |
| Account No.                                         Goods and Service (Contingent Corporate Obligation) | | | | | | | | | |
| Daley & George, Ltd.☐☐ 20 S. Clark St., Suite 400 Chicago, IL 60603 | X | - | | | | X | | | 3,090.06 |
| Account No.                                         Goods and Service (Contingent Corporate Obligation) | | | | | | | | | |
| Daley & George, Ltd.☐☐ 20 S. Clark St., Suite 400 Chicago, IL 60603 | X | - | | | | X | | | 1,197.11 |
| Account No.                                         Goods and Service (Contingent Corporate Obligation) | | | | | | | | | |
| Daley & George, Ltd.☐☐ 20 S. Clark St., Suite 400 Chicago, IL 60603 | X | - | | | | X | | | 19,331.56 |

Sheet no. __56__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          49,128.39

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                              ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                                                              Daley & George, Ltd.□□ 20 S. Clark St., Suite 400 Chicago, IL 60603 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 450.00 |
| Account No.                                                              Daley & George, Ltd.□□ 20 S. Clark St., Suite 400 Chicago, IL 60603 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 225.00 |
| Account No.                                                              Daniel Weinbach & Partners, LTD 53 West Jackson, Suite 250 Chicago, IL 60604 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 338.62 |
| Account No.                                                              DeBat Media P.O. Box 578309 Chicago, IL 60657-8309 | X | - | | Personal Guaranty for Goods and Services | | | | 1,500.00 |
| Account No.                                                              DeBat Media P.O. Box 578309 Chicago, IL 60657-8309 | X | - | | Personal Guaranty for Goods and Services | | | | 1,500.00 |

Sheet no. __**57**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,013.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal Guaranty for Goods and Services | | | | |
| **DeBat Media**<br>**P.O. Box 578309**<br>**Chicago, IL 60657-8309** | X | - | | | | | 2,000.00 |
| Account No. | | | Fees<br>Contingent Corporate Obligation | | | | |
| **DeGrazia Development**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | X | - | | X | | | 8,210.31 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | X | - | | X | | | 1,018.23 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | X | - | | X | | | 264.25 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | X | - | | X | | | 18,965.66 |

Sheet no. __58__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     30,458.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                        ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| DeGrazia Development Company 1300 W. Exchange Chicago, IL 60609 | X | - | | X | | | 33,775.35 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Dunn-Rite Plumbing 9205 South 84th Avenue Hickory Hills, IL 60457 | X | - | | X | | | 125.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Eddie's Welding Equipment 2719 Fifth Street, Unit J Stafford, TX 77477 | X | - | | X | | | 711.16 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Emerald Insurance 12855 S. Cicero Avenue Alsip, IL 60803 | X | - | | X | | | 223.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Eric Gonzalez 4544 S Komensky Chicago, IL 60632 | X | - | | X | | | 102.59 |

Sheet no. __59__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,937.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                          ,          Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Essex Insurance Company** **4521 Highwoods Parkway** **Glen Allen, VA 23060** | X | - | | | | X | | | 1,525.60 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Essex Insurance Company** **4521 Highwoods Parkway** **Glen Allen, VA 23060-6148** | X | - | | | | X | | | 1,525.60 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Everlights** **231267 Momentum Place** **Chicago, IL 60689-5311** | X | - | | | | X | | | 2,583.29 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Exclusive Stone** **1361 W. Jarvis** **Elk Grove Village, IL 60007** | X | - | | | | X | | | 9,150.85 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Exclusive Stone** **1361 W. Jarvis** **Elk Grove Village, IL 60007** | X | - | | | | X | | | 1,600.00 |

Sheet no. __60__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,385.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Exclusive Stone 1361 W. Jarvis Elk Grove Village, IL 60007** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 3,669.00 |
| Account No. **Exclusive Stone 1361 W. Jarvis Elk Grove Village, IL 60007** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 7,370.00 |
| Account No. **Exclusive Stone 1361 W. Jarvis Elk Grove Village, IL 60007** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 10,031.00 |
| Account No. **Exodus 6659 Sturbridge PL. Youngstown, OH 44514** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 10,503.09 |
| Account No. **Exterior Pro Inc. 1745 Evergreen Lane Park Ridge, IL 60068** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 6,780.00 |

Sheet no. __61__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,353.09

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Extreme Guard & K-9 Security, Inc. 2925 225th Street Chicago Heights, IL 60411 | X | - | | X | | | 5,500.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| FedEx P.O. Box 94515 Palatine, IL 60094-4515 | X | - | | X | | | 21.66 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| FedEx P.O. Box 94515 Palatine, IL 60094-4515 | | - | | X | | | 29.49 |
| Account No. | | | Guarantor of commercial loan for Riverside Homes, LLC | | | | |
| Ferro DiPiazza Inc. c/o Thomas DiPiazza & Richard Ferro 3611 S. Normal Chicago, IL 60609-1723 | X | - | | | | | 1,000,000.00 |
| Account No. | | | Lawsuit- Breach of Contract (Contingent Corporate Obligation) 09 M1 116194 | | | | |
| FireStar Communications Inc c/o SHELIST LAW FIRM LLC 415 N LASALLE STREET Chicago, IL 60610 | X | - | | X | X | X | 9,616.00 |

Sheet no. __62__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,015,167.15 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia** _____ ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| FireStar Communications Inc c/o SHELIST LAW FIRM LLC 415 N LASALLE STREET Chicago, IL 60610 | X | - | | | X | | | 11,592.73 |
| Account No. | | | | Personal Guaranty for Goods and Services | | | | |
| FireStar Communications Inc c/o SHELIST LAW FIRM LLC 415 N LASALLE STREET Chicago, IL 60610 | X | - | | | | | | 22,863.32 |
| Account No. | | | | Personal Guaranty for Goods and Services | | | | |
| FireStar Communications, Inc 211 E Ontario, Suite 700 Chicago, IL 60611 | X | - | | | | | | 37,846.47 |
| Account No. | | | | Personal Guaranty for Goods and Services | | | | |
| FireStar Interactive 211 East Ontario, Suite 700 Chicago, IL 60611 | X | - | | | | | | 3,520.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| FireStar Interactive 211 East Ontario, Suite 700 Chicago, IL 60611 | X | - | | | X | | | 2,111.90 |

| | | |
|---|---|---|
| Sheet no. __63__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 77,934.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ ,                Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Insurance Funding** <br>**8075 Innovation Way** <br>**Chicago, IL 60682** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 12,131.70 |
| Account No. <br><br>**First Insurance Funding** <br>**8075 Innovation Way** <br>**Chicago, IL 60682** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 76,652.17 |
| Account No. <br><br>**First Niagra Bank** <br>**c/o DEBORAH S. ASHEN LTD LAW** <br>**217 N JEFFERSON #600** <br>**Chicago, IL 60661** | X | - | | **Lawsuit- Breach of Contract** <br> **09 L 008157** | | | X | 37,601.00 |
| Account No. <br><br>**First Niagra Bank** <br>**6950 S Transit Rd** <br>**Lockport, NY 14095** | X | - | | **Personal Gauranty of Interest on Equipment Loans** | | | | 8,940.49 |
| Account No. <br><br>**FitzGerald Associates Architects** <br>**912 West Lake Street** <br>**Chicago, IL 60607** | | - | | **Architectural Services (Contingent Corporate Obligation)** | X | | | 12,000.00 |

Sheet no. __64__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

147,325.36

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **02575620** <br><br> **Florida Power and Light** <br>**c/o ONLINE COLLECTIONS** <br>**P.O. Box 1489** <br>**Winterville, NC 28590-1489** | | H | | Services | | | | **41.55** |
| Account No. <br><br> **Forth Group** <br>**22 E. Cullterton #1** <br>**Chicago, IL 60616-4877** | | - | | Goods and Service (Contingent Corporate Obligation) | X | | | **459.37** |
| Account No. <br><br> **Frank Mirabella,Donna-Joe Mirabella** <br>**& Genevieve Mirabella** <br>**3314 S Normal Ave** <br>**Chicago, IL 60616-3513** | X | - | | Personal Guaranty for Corporate Loan | | | | **50,000.00** |
| Account No. <br><br> **Frank Mirabella,Donna-Joe Mirabella** <br>**& Genevieve Mirabella** <br>**3314 S Normal Ave** <br>**Chicago, IL 60616-3513** | X | - | | Personal Gaurantor for Corporate Loan | | | | **100,000.00** |
| Account No. <br><br> **Frank Mirabella,Donna-Joe Mirabella** <br>**& Genevieve Mirabella** <br>**3314 S Normal Ave** <br>**Chicago, IL 60616-3513** | X | - | | Personal Gauranty for corporate Loan | | | | **100,000.00** |

Sheet no. __65__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**250,500.92**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Frank O'Neill** **6321 Skilbourn** **Chicago, IL 60629** | X | - | | | X | | | |
| | | | | | | | | 290.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Frank Pineda**□□ **3220 S. Lowe Ave** **Chicago, IL 60616** | X | - | | | X | | | |
| | | | | | | | | 989.59 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Fremont Investment & Loan** **PO Box 25100** **Santa Ana, CA 92799** | X | - | | | X | | | |
| | | | | | | | | 1,975.57 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Fronczak Hardware** **2606 W 47th St** **Chicago, IL 60632** | X | - | | | X | | | |
| | | | | | | | | 1,366.71 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Frontier Hauling LLC** **P.O. Box 190815** **Saint Louis, MO 63119** | X | - | | | X | | | |
| | | | | | | | | 424.50 |

Sheet no. __66__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,046.37

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Garcia Caulking** <br> **3914 W 51st Street** <br> **Chicago, IL 60632** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 750.00 |
| Account No. <br><br> **Garcia Caulking** <br> **3914 W 51st Street** <br> **Chicago, IL 60632** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 475.00 |
| Account No. <br><br> **Garcia Caulking** <br> **3914 W 51st Street** <br> **Chicago, IL 60632** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 900.00 |
| Account No. <br><br> **Garcia Caulking** <br> **3914 W 51st Street** <br> **Chicago, IL 60632** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,300.00 |
| Account No. <br><br> **Garcia Caulking** <br> **3914 W 51st Street** <br> **Chicago, IL 60632** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 10,030.00 |

Sheet no. __67__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,455.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Genesis Attachments LLC**<br>**24124 Network Place**<br>**Chicago, IL 60673-1241** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,589.82 |
| Account No. **RAM0002**<br><br>**Genesis Attachments, LLC**<br>**24124 Network Place**<br>**Chicago, IL 60673** | | - | Goods and Services | | | | 283.33 |
| Account No.<br><br>**GEO Bilhorn**<br>**918 Prairie Lawn**<br>**Glenview, IL 60025** | X | - | Personal Guaranty for Goods and Services | | | | 322.14 |
| Account No.<br><br>**George Bilhorn & Co**<br>**918 Prairie Lawn Road**<br>**Glenview, IL 60025-4054** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 3,232.00 |
| Account No.<br><br>**GMAC**<br>**PO Box 9001952**<br>**Louisville, KY 40290-1952** | X | - | Company Car (Contingent Corporate Obligation) | X | | | 26.58 |

Sheet no. __68__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,453.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Grand Aberdeen Service** 1100 W Grand Ave. Chicago, IL 60622 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 209.00 |
| Account No. **Great Lakes Equipment Co.** P.O. Box 1331 Elmhurst, IL 60126-8331 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,440.60 |
| Account No. **Green Acres Lawn Care** PO Box 1315 New Lenox, IL 60451 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 24,350.00 |
| Account No. **Green Investment Group, Inc** c/o Edward Eshoo 500 N Dearborn Ste 1200 Chicago, IL 60654 | X | - | | Lawsuit- Breach of Contract (Contingent Corporate Obligation) 10 L 00850 (Madison County) | X | X | X | 50,001.00 |
| Account No. **Gregory Hudalla** c/o SOSTRIN AND SOSTRIN PC 33 W. Monroe Street, #1510 Chicago, IL 60603 | | - | | Lawsuit-Illinois Wage Payment & Collection 08-003478 (08WC 07315) | | X | X | 688,000.00 |

Sheet no. __69__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 764,000.60 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Gregory Hudalla**<br>**c/o SOSTRIN AND SOSTRIN PC**<br>**33 W. Monroe Street, #1510**<br>**Chicago, IL 60603** | X | - | | **Lawsuit- Mechanic Lien**<br>**(Contingent Corporate Obligation)**<br>**09 CH 08525** | X | X | | **Unknown** |
| Account No.<br><br>**Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** | X | - | | **Reimbursement (Contingent Corporate Obligation)** | X | | | **70.00** |
| Account No.<br><br>**Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** | X | - | | **Reimbursement (Contingent Corporate Obligation)** | X | | | **509.42** |
| Account No.<br><br>**Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** | X | - | | **Reimbursement (Contingent Corporate Obligation)** | X | | | **2,241.79** |
| Account No.<br><br>**Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** | X | - | | **Reimbursement (Contingent Corporate Obligation)** | X | | | **3,909.96** |

Sheet no. __70__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,731.17**

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gregory Hudalla<br>315 Havens Drive<br>Downers Grove, IL 60515 | X | - | Reinbursement (Contingent Corporate Obligation) | X | | | 844.93 |
| Account No.<br><br>Guerard, Kalina & Butkus<br>100 West Roosevelt Road<br>Wheaton, IL 60187 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 405.00 |
| Account No.<br><br>Heartland Recycling, LLC<br>c/o CONNOLLY STEVEN J<br>115 WEST 55TH STREET<br>Clarendon Hills, IL 60514 | X | - | Lawsuit- Breach of Contract (Contingent Corporate Obligation) 09 M5 001400 | X | X | X | 6,457.69 |
| Account No.<br><br>Helders Motor Service Co.<br>3201 S. Kostner Ave<br>Chicago, IL 60623 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 3,828.50 |
| Account No.<br><br>Helson's Garage Door Store, Ltd.<br>5737 S. Harlem Ave<br>Chicago, IL 60638 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 330.00 |

Sheet no. __71__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,866.12

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ ,                    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. Helson's Garage Door Store, Ltd. 5737 S. Harlem Ave Chicago, IL 60638 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 910.02 |
| Account No. Helson's Garage Door Store, Ltd. 5737 S. Harlem Ave Chicago, IL 60638 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 275.00 |
| Account No. Helson's Garage Door Store, Ltd. 5737 S. Harlem Ave Chicago, IL 60638 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 543.00 |
| Account No. Helson's Garage Door Store, Ltd. 5737 S. Harlem Ave Chicago, IL 60638 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 700.00 |
| Account No. Hertz Equipment Rental Corporation P.O. Box 650280 Dallas, TX 75265-0280 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 22.98 |

Sheet no. __72__ of __161__ sheets attached to Schedule of                    Subtotal                    2,451.00
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Hertz Equipment Rental Corporation P.O. Box 650280 Dallas, TX 75265-0280 | X | - | | | | X | | | 1,253.85 |
| Account No. | | | | | Personal guaranty for equipment rental | | | | |
| Hertz Equipment Rental Corporation P.O. Box 650280 Dallas, TX 75265-0280 | X | - | | | | | | | 10,000.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Holiday Inn 3800 Homer Adams Parkway Alton, IL 62002 | X | - | | | | X | | | 5,087.58 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Hydraulic Design & Repair 110 S. Broad Street Griffith, IN 46319 | X | - | | | | X | | | 25.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214 | X | - | | | | X | | | 5.05 |

Sheet no. __73__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **16,371.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 15.70 |
| Account No. **Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 94.64 |
| Account No. **Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 148.05 |
| Account No. **IL Environmental Protection Agency 1021 N Grand Ave E. P.O.Box 19276 Springfield, IL 62794-9276** | X | - | Fees (Contingent Corporate Obligation) | X | | | 3,697.12 |
| Account No. **IL Environmental Protection Agency 1021 N Grand Ave E. P.O.Box 19276 Springfield, IL 62794-9276** | X | - | Fees (Contingent Corporate Obligation) | X | | | 4,034.76 |

Sheet no. _**74**_ of _**161**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,990.27**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **IL Environmental Protection Agency** <br> **1021 N Grand Ave E.** <br> **P.O.Box 19276** <br> **Springfield, IL 62794-9276** | X | - | **EPA Fees (Contingent Corporate Obligation)** | X | | | 1.03 |
| Account No. <br><br> **IL Environmental Protection Agency** <br> **1021 N Grand Ave E.** <br> **P.O.Box 19276** <br> **Springfield, IL 62794-9276** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 3,379.20 |
| Account No. <br><br> **Illinois American Water** <br> **PO Box 94551** <br> **Palatine, IL 60094-4551** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,519.81 |
| Account No. <br><br> **Illinois Tollway** <br> **P.O. Box 5201** <br> **Lisle, IL 60532-5201** | X | - | **Goods and Service (Contingent Corporate Obligation)** | | | | 259.00 |
| Account No. <br><br> **Ilmo Products Company** <br> **PO Box 790** <br> **Jacksonville, IL 62651-0790** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 993.56 |

Sheet no. __75__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,152.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                           ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Ingenii, LLC**<br>**112 S. Elmwood Ave.**<br>**Oak Park, IL 60302** | X | - | | X | | | 2,966.18 |
| Account No. | | | Personal Guaranty for Goods and Services | | | | |
| **Intelli-Space Modular Buildings**<br>**P.O. Box 898**<br>**Oswego, IL 60543** | X | - | | | | | 3,600.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **J.L. Nash Enterprises Inc.**<br>**PO Box 130**<br>**Jerseyville, IL 62052** | X | - | | X | | | 4,280.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Jaime Ochoa**☐☐<br>**7301 W. 61st Place**<br>**Summit Argo, IL 60501** | X | - | | | | | 335.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Jaime Ochoa**☐☐<br>**7301 W. 61st Place**<br>**Summit Argo, IL 60501** | X | - | | X | | | 1,514.11 |

Sheet no. __76__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,695.29**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                              ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Jaime Ochoa**⬜⬜ **7301 W. 61st Place Summit Argo, IL 60501** | X | - | | X | | | 60.90 |
| Account No. | | | Lawsuit- Mechanic lien (Contingent Corporate Obligation) 06 CH 27299 | | | | |
| **Jerry Ryce Masonry Inc c/o SAPERSTEIN GERALD W 555 SKOKIE BLVD # 50 Northbrook, IL 60062** | X | - | | X | | | Unknown |
| Account No. | | | Lawsuit- Breach of Contract (Contingent Corporate Obligation) 06 M2 003135 | | | | |
| **Jerry Ryce Masonry Inc c/o SAPERSTEIN GERALD W 555 SKOKIE BLVD # 50 Northbrook, IL 60062** | X | - | | X | | | Unknown |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Jerry Ryce Masonry Inc. 3736 S Campbell Avenue Chicago, IL 60632** | X | - | | X | | | 2,900.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **John Heating Inc. 2940 S Wentworth Chicago, IL 60616** | X | - | | X | | | 5,000.00 |

Sheet no. __**77**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,960.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| John's Heating, Inc<br>2940 S. Wentworth<br>Chicago, IL 60616-2715 | X | - | | X | | | 18,000.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Jones & Jacobs<br>77 West Washington Street<br>Suite 2100<br>Chicago, IL 60602 | X | - | | X | | | 687.50 |
| Account No. | | | Lawsuit- Mortgage Foreclosure (Contingent Corporate Obligation) 10 CH 28720 | | | | |
| JP Morgan Chase Bank NA<br>c/o FISHER & SHAPIRO LLC<br>2121 WAUKEGAN #301<br>BANNOCKBURN, IL 60015 | X | - | | X | X | X | 0.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Junior's Tire Service, Inc<br>2240 W. 141St Street<br>Dixmoor, IL 60424 | X | - | | X | | | 125.00 |
| Account No. | | | Personal Guaranty for Goods and Services | | | | |
| K& H Corp<br>2358 Hearle Ave<br>Twin Lakes, WI 53181 | X | - | | | | | 8,500.00 |

Sheet no. __78__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              27,312.50

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                          ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lawsuit- Mechanic lien/Foreclosure 09 CH 08529 consolidated with 08 CH 43603 | | | | |
| K&G Services, LTD c/o RIECK & CROTTY P C 55 W MONROE Chicago, IL 60603 | X | - | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Lawsuit- Mechanic lien/Foreclosure 08 CH 26035 | | | | |
| K&G Services, LTD c/o RIECK & CROTTY P C 55 W MONROE Chicago, IL 60603 | X | - | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Lawsuit- Mechanic lien/Foreclosure 08 CH 26041 | | | | |
| K&G Services, LTD c/o RIECK & CROTTY P C 55 W MONROE Chicago, IL 60603 | X | - | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Lawsuit- Mechanic lien/Foreclosure (Contingent Corporate Obligation) 08 CH 26045 | | | | |
| K&G Services, LTD c/o ROBBINS SALOMON & PATT 25 E WASHINGTON 1000 Chicago, IL 60602 | X | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Lawsuit- Mechanic lien/Foreclosure (Contingent Corporate Obligation) 09 CH 08530 | | | | |
| K&G Services, LTD c/o RIECK & CROTTY P C 55 W MONROE Chicago, IL 60603 | X | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __79__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lawsuit- Mechanic lien (Contingent Corporate Obligation) 09 CH 08519 | | | | |
| K&G Services, LTD c/o RIECK & CROTTY P C 55 W MONROE Chicago, IL 60603 | X | - | | | X | X | X | Unknown |
| Account No. | | | | Lawsuit- Mechanic lien (Contingent Corporate Obligation) 09 CH 08520 | | | | |
| K&G Services, LTD c/o RIECK & CROTTY P C 55 W MONROE Chicago, IL 60603 | X | - | | | X | X | X | Unknown |
| Account No. | | | | Lawsuit- Mechanic lien 09 CH 08524 | | | | |
| K&G Services, LTD c/o RIECK & CROTTY P C 55 W MONROE Chicago, IL 60603 | X | - | | | | | X | Unknown |
| Account No. | | | | Lawsuit- Mechanic lien 09 CH 08523 | | | | |
| K&G Services, LTD c/o RIECK & CROTTY P C 55 W MONROE Chicago, IL 60603 | X | - | | | | X | X | Unknown |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| KC Perfect Tile 3633 N. Oriole Chicago, IL 60634 | X | - | | | X | | | 1,260.00 |

Sheet no. __80__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 1,260.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal Guaranty for Goods and Services | | | | |
| Kostova Properties 3224 Locust #555 Saint Louis, MO 63103 | X | - | | | | | 1,845.00 |
| Account No. | | | Personal Guaranty for Goods and Services | | | | |
| Kuhn Equipment 1050 Drop Off Drive Summerville, SC 29483 | X | - | | | | | 54,407.22 |
| Account No. | | | Lawsuit- Mechanic Lien  10 CH 28883 | | | | |
| Kuhn Equipment Sales Co, Inc c/o EMALFARB SWAN & BAIN 440 CENTRAL AV. Highland Park, IL 60035 | X | - | | | | | 649,333.36 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| L&M Cultured Marble Co. 3421 W. 48th Pl. Chicago, IL 60632 | X | - | | X | | | 111.19 |
| Account No. | | | Lawsuit- Breach of Contract (Contingent Corporate Obligation) 09 cv 5081 | | | | |
| Laborer's Pension Fund c/o Office of Fund Counsel 111 West Jackson Blvd. #1415 Chicago, IL 60604 | X | - | | X | X | | 28,976.24 |

| Sheet no. _81_ of _161_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 734,673.01 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re     __Anthony F. DeGrazia_____,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Landmark Engineering Corp. 7808 W. 103rd St. Palos Hills, IL 60465 | X | - | | | | X | | | 622.50 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Landstar Inway, Inc. 12793 Collections Ctr Dr Chicago, IL 60693 | X | - | | | | X | | | 3,800.00 |
| Account No. | | | | | Lawsuit- Mechanics Lien   09 CH 13716 | | | | |
| Laughill Construction, LLC c/o DALEY & GEORGE LTD 20 S CLARK ST#400 Chicago, IL 60603 | X | - | | | | | X | X | 418,000.00 |
| Account No. | | | | | Architectural Services Contingent Corporate Obligation | | | | |
| LDL Architects 2517 S. Archer Ave Chicago, IL 60608 | X | - | | | | X | | | 15,945.65 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Lee Mechanical Contractors P.O. Box 663 Park Hills, MO 63601 | X | - | | | | X | | | 8,153.62 |

Sheet no. __82__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

446,521.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                        ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Leibson, McGrath, Mankedick, LLC<br>c/o BEERMANN SWERDLOVE W<br>161 N CLARK ST #2600<br>Chicago, IL 60601** | X | - | **Lawsuit- Breach of Contract<br>07 L 009513** | | X | X | <br><br><br><br>16,634.00 |
| Account No.<br><br>**Leibson, McGrath, Mankedick, LLC<br>400 Skokie Blvd. Suite 590<br>Northbrook, IL 60062** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | <br><br><br><br>13,510.14 |
| Account No.<br><br>**Leibson, McGrath, Mankedick, LLC<br>c/o BEERMANN SWERDLOVE W<br>161 N CLARK ST #2600<br>Chicago, IL 60601** | X | - | **Personal Guaranty for Goods and Services** | | | | <br><br><br><br>15,841.50 |
| Account No.<br><br>**Liberty Mutual Insurance Group<br>75 Remittance Dr, Suite 1837<br>Chicago, IL 60675-1837** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | <br><br><br><br>1.00 |
| Account No.<br><br>**Lifto-matic Elevator<br>P.O. Box 114<br>Lombard, IL 60148** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | <br><br><br><br>1,050.00 |

Sheet no. __83__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 47,036.64 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                              , Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lily White Products**⬜⬜ <br> **626 West 47th St.** <br> **Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | | | | **336.92** |
| Account No. <br><br> **Lindahl Brothers, Inc.** <br> **622 East Green Street** <br> **Bensenville, IL 60106-2579** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **250.00** |
| Account No. <br><br> **Local 150** <br> **6200 Joliet Road** <br> **Countryside, IL 60525** | X | - | **Previous Payment Agreement (Contingent Corporate Obligation)** | X | | | **Unknown** |
| Account No. <br><br> **Local 150:Pension, Welfare & Fringe** <br> **6200 Joliet Road** <br> **Countryside, IL 60525** | X | - | **Union Dues (Personal Guaranty)** | | | | **44,636.77** |
| Account No. <br><br> **Local 520:Pension, Welfare & Fringe** <br> **520 Engineers Road** <br> **Granite City, IL 62040** | X | - | **Union Dues (Personal Guaranty)** | | | | **29,472.07** |

Sheet no. **84** of **161** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **74,695.76**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Union Dues (Personal Guaranty) | | | | |
| Local 731:Pension, Welfare & Fringe 1000 Burr Ridge Pkwy Burr Ridge, IL 60527 | X | - | | | | X | | | |
| | | | | | | | | | 7,452.71 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Lorman Education Services PO Box 509 Eau Claire, WI 54702-0509 | X | - | | | | X | | | |
| | | | | | | | | | 194.50 |
| Account No. | | | | | Lawsuit- Breach of Contract 09 M1 108181 (Contingent Corporate Obligation) | | | | |
| Lou-Bob Oil Company c/o POPUCH STEVEN L 650 N DEARBORN#750 Chicago, IL 60610 | X | - | | | | | X | X | |
| | | | | | | | | | 4,255.75 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Louik/Schneider & Associates, Inc. 54 W Hubbard St Suite 210 Chicago, IL 60610 | X | - | | | | X | | | |
| | | | | | | | | | 2,484.74 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Louik/Schneider & Associates, Inc. 54 W Hubbard St Suite 210 Chicago, IL 60610 | X | - | | | | X | | | |
| | | | | | | | | | 1,388.46 |

Sheet no. __85__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,776.16

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Louik/Schneider & Associates, Inc.**<br>**54 W Hubbard St**<br>**Suite 210**<br>**Chicago, IL 60610** | X | - | **Personal Guaranty for Goods and Services** | X | | | **25,506.11** |
| Account No.<br><br>**Louis K Walter, Jr. & Assoc., Inc.**<br>**215 Industrial Lane**<br>**Wheeling, IL 60090-6301** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **2,190.00** |
| Account No.<br><br>**Louis K Walter, Jr. & Assoc., Inc.**<br>**215 Industrial Lane**<br>**Wheeling, IL 60090-6301** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **8,225.00** |
| Account No.<br><br>**Louis K Walter, Jr. & Assoc., Inc.**<br>**215 Industrial Lane**<br>**Wheeling, IL 60090-6301** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **3,200.00** |
| Account No.<br><br>**Louis K Walter, Jr. & Assoc., Inc.**<br>**215 Industrial Lane**<br>**Wheeling, IL 60090-6301** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **3,225.00** |

Sheet no. __86__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **42,346.11**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                     ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **M & M Drywall Specialist 7831 Lamon Burbank, IL 60459** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 839.88 |
| Account No. **M & M Drywall Specialist 7831 Lamon Burbank, IL 60459** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,110.00 |
| Account No. **M&M Drywall Specialists, Inc c/o TRISTAN & GONZALEZ LLC 11 E ADAMS SUITE 110 Chicago, IL 60603** | X | - | | Lawsuit- Breach of Contract 08 L 000075 | | | X | 59,407.00 |
| Account No. **M&M Flooring 3836 S. Union Ave. Chicago, IL 60609** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 3,500.00 |
| Account No. **M&M Flooring 3836 S. Union Ave. Chicago, IL 60609** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 600.00 |

Sheet no. __87__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,456.88

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony F. DeGrazia** ,                    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**M.C. Exterior Finishes**<br>**936 W. Villa Drive**<br>**Des Plaines, IL 60016** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 856.00 |
| Account No.<br><br>**Maggio Rent-A-Fence**<br>**2225 West North Avenue**<br>**Melrose Park, IL 60160-1107** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 3,176.77 |
| Account No.<br><br>**Maggio Rent-A-Fence**<br>**2225 West North Avenue**<br>**Melrose Park, IL 60160-1107** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,493.80 |
| Account No.<br><br>**Magnum Transportation, Inc.**<br>**c/o DOERRER JOHN A**<br>**1705 N RUTHERFORD**<br>**Elmwood Park, IL 60707** | X | - | **Lawsuit- Breach of Contract (Contingent Corporate Obligation)**<br>**08 L 012014** | X | | X | 45,947.95 |
| Account No.<br><br>**Magnum Transportation, Inc.**<br>**3619 South Normal**<br>**Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,342.66 |

Sheet no. __88__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,817.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Magnum Transportation, Inc. 3619 South Normal Chicago, IL 60609 | X | - | | X | | | 4,122.50 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Magnum Transportation, Inc. 3619 South Normal Chicago, IL 60609 | X | - | | X | | | 11,760.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Magnum Transportation, Inc. 3619 South Normal Chicago, IL 60609 | X | - | | X | | | 1,750.01 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Magnum Transportation, Inc. c/o DOERRER JOHN A 1705 N RUTHERFORD Elmwood Park, IL 60707 | X | - | | X | | | 35,396.94 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Mark Gonzalez 1012 W Diversey Pkwy Chicago, IL 60657 | X | - | | X | | | 50.00 |

Sheet no. __89__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        53,079.45

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony F. DeGrazia** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Mary Robinson and Michael Chambers COLEMAN MARTIN & BROWN 70 E LAKE ST #540 Chicago, IL 60601** | X | - | | Lawsuit- Breach of Contract (Contingent Corporate Obligation) 10 L 006867 | X | X | X | 50,001.00 |
| Account No. **Master Fence 3745 Cooper Place Crete, IL 60417** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 450.00 |
| Account No. **Mauge, Inc. 1629 N. Milwaukee Ave. Chicago, IL 60647** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,187.50 |
| Account No. **Mauge, Inc. 1629 N. Milwaukee Ave. Chicago, IL 60647** | | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 360.00 |
| Account No. **Mauge, Inc. 1629 N. Milwaukee Ave. Chicago, IL 60647** | X | - | | Personal Guaranty for Goods and Services | | | | 900.00 |

Sheet no. __90__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **52,898.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                  ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Mauge, Inc.**☐☐ **1629 N. Milwaukee Ave.**☐☐ **Chicago, IL 60647** | X | - | | X | | | 1,587.50 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Maxwell Plumbing 19715 LaGrange Road Mokena, IL 60448** | X | - | | X | | | 22,985.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Maxwell Plumbing 19715 LaGrange Road Mokena, IL 60448** | X | - | | X | | | 6,198.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Maxwell Plumbing 19715 LaGrange Road Mokena, IL 60448** | X | - | | X | | | 2,917.10 |
| Account No. | | | Personal Guaranty for Debt Service on Truck Loan | | | | |
| **MB Financial Bank, N.A. 1200 N. Ashland Chicago, IL 60622** | X | - | | | | | 6,318.51 |

Sheet no. __91__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,006.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                      ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **McAllister Equipment Co.** <br> **12500 S Cicero Ave** <br> **Alsip, IL 60803** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,830.71 |
| Account No. <br><br> **McAllister Equipment Co.** <br> **12500 S Cicero Ave** <br> **Alsip, IL 60803** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 253.90 |
| Account No. 6004-3002-0043-3339 <br><br> **Menards** <br> **P.O. Box 17602** <br> **Baltimore, MD 21297** | X | - | **Goods and Services (Contingent Corporate Obligation)** | X | | | 218.86 |
| Account No. <br><br> **Mersino Dewatering, Inc** <br> **c/o TELLER LEVIT SILVERTRUST** <br> **11 EAST ADAMS 8THFL** <br> **Chicago, IL 60603** | X | - | **Lawsuit- Breach of Contract** <br>   **09 m1 132268** | X | | X | 21,151.23 |
| Account No. <br><br> **Mersino Dewatering, Inc** <br> **10162 E. Coldwater** <br> **Detroit, MI 48243** | X | - | **Personal Guaranty for Goods and Services** | | | | 27,000.00 |

Sheet no. __92__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,454.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 686.00 |
| Account No.<br><br>**Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 200.00 |
| Account No.<br><br>**Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,629.00 |
| Account No.<br><br>**Midway Moving & Storage, Inc.**<br>**4100 Ferdinand Ave.**<br>**Chicago, IL 60624** | X | - | | **Contingent Corporate Obligation** | X | | | 1,888.80 |
| Account No.<br><br>**Midwest Material Mgt**<br>**566 Rock Road Drive, Unit 1**<br>**Dundee, IL 60118** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 73,800.00 |

Sheet no. __93__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,203.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Midwest Siding Supply Inc.** 1001 Aucutt Rd. Montgomery, IL 60538 | X | - | | | X | | | 400.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Morningfields** 800 W Devon Park Ridge, IL 60068 | X | - | | | X | | | 189.72 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **MP Snow Plow Service, LLC** 3401 South Hoyne Avenue Chicago, IL 60608 | X | - | | | X | | | 4,210.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **MP Snow Plow Service, LLC** 3401 South Hoyne Avenue Chicago, IL 60608 | X | - | | | X | | | 25.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **MRG Excavation & Concrete Spclsts** 7831 Lamon Ave. Burbank, IL 60459 | X | - | | | X | | | 3,800.00 |

Sheet no. __94__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          8,624.72

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| MRG Excavation & Concrete Spclsts 7831 Lamon Ave. Burbank, IL 60459 | X | - | | | X | | | 16,850.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| NAI Hiffman Attention: Douglas Mueller One Oakbrook Terrace, Suite 600 Oak Brook Terrace, IL 60181 | X | - | | | X | | | 39,845.26 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| National Power Rodding Corp 2500 W Arthington Street Chicago, IL 60612-4108 | X | - | | | X | | | 3,531.08 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Nawkaw Corporation 4N352 84 Court Hanover Park, IL 60133 | X | - | | | X | | | 4,500.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Nawkaw Corporation 4N352 84 Court Hanover Park, IL 60133 | X | - | | | X | | | 1,745.00 |

Sheet no. __95__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 66,471.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**NCCI- Illinois<br>1374 Vos Court<br>Antioch, IL 60002-2746** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 1,165.00 |
| Account No.<br><br>**Near North National Title. LLC<br>222 North LaSalle Street<br>Chicago, IL 60601** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 200.00 |
| Account No.<br><br>**Near North National Title. LLC<br>222 North LaSalle Street<br>Chicago, IL 60601** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 84.00 |
| Account No. **01060874**<br><br>**Near North National Title. LLC<br>222 North LaSalle Street<br>Chicago, IL 60601** | | - | | **Guarantor of Personal Undertaking for Wright Campus Condominium Investors LLC** | | X | | |
| | | | | | | | | Unknown |
| Account No.<br><br>**Nedjeljko Vasiljevic<br>2625 W. Berwyn Ave #1<br>Chicago, IL 60625** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 1,610.00 |

Sheet no. __96__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    3,059.00

B6F (Official Form 6F) (12/07) - Cont.

In re  __Anthony F. DeGrazia_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>**Nedjeljko Vasiljevic**<br>**2625 W. Berwyn Ave #1**<br>**Chicago, IL 60625** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 610.00 |
| Account No.<br><br>**New Era Painting, Inc.**<br>**3935 W. 67th Place**<br>**Chicago, IL 60629** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,500.00 |
| Account No.<br><br>**New Generation Imports, Inc.**<br>**825 Bonnie Lane**<br>**Elk Grove Village, IL 60007** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,235.92 |
| Account No.<br><br>**New West Realty, LLC**<br>**1440 W. Taylor Street**<br>**Chicago, IL 60607** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 45,120.00 |
| Account No.<br><br>**North Star Trust Company**<br>**Land Trust Services**<br>**P.O.Box 371**<br>**Gurnee, IL 60031** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 200.00 |

Sheet no. __97__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,665.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Northland Capital**<br>**333 33rd Ave. South**<br>**Saint Cloud, MN 56301** | X | - | | Personal Guaranty for Lease payments | | | | 71.19 |
| Account No. **3-08354419**<br><br>**Northwestern Medical Faculty Founda**<br>**38693 Eagle Way**<br>**Chicago, IL 60678-1386** | | - | | Medical Services | | | | 73.20 |
| Account No.<br><br>**Office of Emergency Mgmt. & Comm**<br>**121 N LaSalle St**<br>**City Hall**<br>**Chicago, IL 60602** | X | - | | Fees (Contingent Corporate Obligation) | X | | | 29,575.04 |
| Account No.<br><br>**Office of the Circuit Court Clerk**<br>**Judicial Office Facility**<br>**505 County Farm Road**<br>**Wheaton, IL 60187** | X | - | | Tickets and violations (Contingent Corporate Obligation) | X | | | 1,870.00 |
| Account No.<br><br>**Olaf Landscaping**<br>**3720 W 78th Place**<br>**Chicago, IL 60652** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 4,275.00 |

Sheet no. __98__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,864.43**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Anthony F. DeGrazia_____,      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Olaf Landscaping 3720 W 78th Place Chicago, IL 60652 | X | - | | | X | | | 16,416.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Olaf Landscaping□□ 3720 W 78th Place□□ Chicago, IL 60652 | X | - | | | X | | | 7,210.00 |
| Account No. | | | | Lawsuit- Subcontractors Notice & Claim for Mechanics Lein | | | | |
| Old Style Iron Works, Inc 7843 S Claremont Ave Chicago, IL 60620 | X | - | | | | X | X | Unknown |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Old Style Iron Works, Inc 7843 S Claremont Ave Chicago, IL 60620 | X | - | | | X | | | 36,500.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| OPC Communications Inc 9654 West 131st Street Palos Park, IL 60464 | | - | | | X | | | 360.00 |

Sheet no. __99__ of __161__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)          60,486.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                              ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Oscar Franco (Grand Express) 5334 W Grand Ave Chicago, IL 60639 | X | - | | | | | | | 721.96 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Osco Fuel P.O. box 70 Lemont, IL 60439-0070 | X | - | | | | | X | | 72.63 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Osco Incorporated 13351 Main Street Lemont, IL 60439 | X | - | | | | | X | | 379.98 |
| Account No. | | | | | Fines (Contingent Corporate Obligation) | | | | |
| OSHA 1600 167th Street, Suite 9 Calumet City, IL 60409 | X | - | | | | | X | | 3,040.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| PAPA CTO Services 120 W. Madison Chicago, IL 60602 | X | - | | | | | X | | 40,373.00 |

Sheet no. __**100**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **44,587.57**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>PAPA CTO Services<br>120 W. Madison<br>Chicago, IL 60602 | X | - | Goods and Service (Contingent Corporate Obligation) | | X | | 6,587.50 |
| Account No.<br><br>PAPA CTO Services<br>120 W. Madison<br>Chicago, IL 60602 | X | - | Goods and Service (Contingent Corporate Obligation) | | X | | 750.00 |
| Account No.<br><br>PAPA CTO Services<br>120 W. Madison<br>Chicago, IL 60602 | X | - | Goods and Service (Contingent Corporate Obligation) | | X | | 2,471.00 |
| Account No.<br><br>PAPA CTO Services<br>120 W. Madison<br>Chicago, IL 60602 | X | - | Goods and Service (Contingent Corporate Obligation) | | X | | 11,112.54 |
| Account No.<br><br>PAPA CTO Services<br>120 W. Madison<br>Chicago, IL 60602 | X | - | Goods and Service (Contingent Corporate Obligation) | | X | | 7,064.26 |

Sheet no. _**101**_ of _**161**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       27,985.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                         ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **PAPA CTO Services** 120 W. Madison Chicago, IL 60602 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 350.00 |
| Account No. **Parksite Appliance Solutions** 33170 Treasury Center Chicago, IL 60694 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,095.37 |
| Account No. **Parksite Appliance Solutions** 33170 Treasury Center Chicago, IL 60694 | X | - | | Personal Guaranty for Goods and Services | | | | 3,794.61 |
| Account No. **Parksite Appliance Solutions** 33170 Treasury Center Chicago, IL 60694 | X | - | | Personal Guaranty for Goods and Services | | | | 741.00 |
| Account No. **Parksite Appliance Solutions** 33170 Treasury Center Chicago, IL 60694 | X | - | | Personal Guaranty for Goods and Services | | | | 838.30 |

Sheet no. __**102**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,819.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                     ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal Guaranty for Goods and Services | | | | |
| **Parkside Appliance Solutions** **33170 Treasury Center** **Chicago, IL 60694** | X | - | | | | | | 4,221.44 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Parkside Appliance Solutions** **33170 Treasury Center** **Chicago, IL 60694** | X | - | | | X | | | 1,255.08 |
| Account No. | | | | Lawsuit- Breach of Contract  08 L 010564 | | | | |
| **Patricia Smith and Shirlee Smith** **c/o WOLFE & POLOVIN** **180 N LASALLE #2420** **Chicago, IL 60601** | X | - | | | | X | X | 487,000.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Patriot Electric** **10746 Eagle Ridge Dr** **Orland Park, IL 60467** | X | - | | | X | | | 1,840.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Patten Industries** **635 W Lake Street** **Elmhurst, IL 60126-1465** | X | - | | | X | | | 35,243.81 |

Sheet no. __**103**_ of __**161**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

529,560.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,         Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Paul Woznicki, L.L.C.** <br>**221 N. LaSalle Street, 38th Floor** <br>**Chicago, IL 60601** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,000.00 |
| Account No. <br><br>**PC Marble, Inc** <br>**5859 117th Place** <br>**Alsip, IL 60803-6018** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 379.00 |
| Account No. <br><br>**PC Marble, Inc** <br>**5859 117th Place** <br>**Alsip, IL 60803-6018** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 719.48 |
| Account No. 1000017149 <br><br>**Penny Mac** <br>**P.O. Box 514387** <br>**Los Angeles, CA 90051-4387** | | J | **Single Family Home** <br>    **9012 Cherry Oaks Trail** <br>    **Naples, FL 34114** | | | | 651,500.00 |
| Account No. 9 5000 4853 7664 <br><br>**Peoples Energy** <br>**Attn: Customer Service** <br>**130 East Randolph Drive** <br>**Chicago, IL 60601** | X | - | **Services: 8 E 90th Street, Chicago IL (Contingent Corporate Obligation)** | X | | | 496.98 |

Sheet no. __104__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

655,095.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                          ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9 5000 4853 7734** <br><br> **Peoples Energy** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | **Services: 10 E 90th Street, Chicago IL (Contingent Corporate Obligation)** | | X | | 622.59 |
| Account No. **9 5000 4853 7772** <br><br> **Peoples Energy** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | **Services: 12 E 90th Street, Chicago IL (Contingent Corporate Obligation)** | | X | | 615.61 |
| Account No. **9 5000 4853 7819** <br><br> **Peoples Energy** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | **Services: 14 E 90th Street, Chicago IL (Contingent Corporate Obligation)** | | X | | 636.48 |
| Account No. **4 500041678954** <br><br> **Peoples Energy** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | **Services: 801 W 37th Place Unit 1, Chicago IL (Contingent Corporate Obligation)** | | X | | 112.04 |
| Account No. **4 500041679017** <br><br> **Peoples Energy** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | **Services: 801 W 37th Place Unit 1, Chicago IL (Contingent Corporate Obligation)** | | X | | 19.72 |

Sheet no. __**105**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,006.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 4 500041679060 | | - | | Services: 801 W 37th Place Unit 2, Chicago IL (Contingent Corporate Obligation) | | X | | |
| Peoples Energy Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | | | | | | | 519.02 |
| Account No. 4 500041679089 | X | - | | Services: 801 W 37th Place Unit 3, Chicago IL (Contingent Corporate Obligation) | | X | | |
| Peoples Energy Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | | | | | | | 171.96 |
| Account No. 4 500041679322 | X | - | | Services: 801 W 37th Place Unit 4, Chicago IL (Contingent Corporate Obligation) | | X | | |
| Peoples Energy Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | | | | | | | 752.28 |
| Account No. 0 5000 5398 7346 | X | - | | Services: 3465 S Lituanica Ave Unit 1, Chicago IL (Contingent Corporate Obligation) | | X | | |
| Peoples Energy Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | | | | | | | 337.73 |
| Account No. 0 5000 4885 7227 | X | - | | Services: 3465 S Lituanica Ave Unit 2, Chicago IL (Contingent Corporate Obligation) | | X | | |
| Peoples Energy Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | | | | | | | 858.96 |

Sheet no. __106__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,639.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                              ,          Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2 5000 4885 7271** <br><br> **Peoples Energy** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | **Services: 3465 S Lituanica Ave Unit 3, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 368.41 |
| Account No. **2 5000 4709 8529** <br><br> **Peoples Energy** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | **Services: 3465 S Lituanica Ave Unit 3, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 89.27 |
| Account No. **2 5000 4885 7336** <br><br> **Peoples Energy** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | **Services: 3465 S Lituanica Ave Unit 1, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 214.39 |
| Account No. **4500041503130** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | **Services: 3533 W 38th #2 (Contingent Corporate Obligation)** | X | | | 1,034.57 |
| Account No. **550047711540** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | **Services: 3533 W 38th #3 (Contingent Corporate Obligation)** | X | | | 106.00 |

Sheet no. __**107**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,812.64

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7500046464515 | | | Services: 3533 W 38th #3 (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | X | | | 901.51 |
| Account No. 550047711588 | | | Services: 3533 W 38th #4 (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | X | | | 42.19 |
| Account No. 450044304715 | | | Services: 3553 W 38th #4 (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | X | | | 733.22 |
| Account No. 450041503125 | | | Services: 3533 W 38th, Town Home #A (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | - | | | | | 33.59 |
| Account No. | | | Services: 3553 W 38th, Town Home #C (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | X | | | 3,015.72 |

Sheet no. __108__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,726.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **450041503159** | | | | Services: 3533 W 38th, Town Home #C (Contingent Corporate Obligation) | | | | |
| **Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601** | X | - | | | X | | | 32.67 |
| Account No. **450041503197** | | | | Services: 3533 W 38th, Town Home #E (Contingent Corporate Obligation) | | | | |
| **Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601** | X | - | | | X | | | 31.19 |
| Account No. **4500423545180** | | | | Services: 3529 W 38th, Town Home #E (Contingent Corporate Obligation) | | | | |
| **Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601** | X | - | | | X | | | 329.48 |
| Account No. **450041503178** | | | | Services: 3533 W 38th, Town Home #D (Contingent Corporate Obligation) | | | | |
| **Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601** | X | - | | | X | | | 31.19 |
| Account No. **450041503642** | | | | Services: 3864 W 51st, Town Home #1 (Contingent Corporate Obligation) | | | | |
| **Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601** | X | - | | | X | | | 4,449.26 |

Sheet no. __**109**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,873.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                        ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4500049605551** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2833 S Board St, Chicago IL (Contingent Corporate Obligation) | X | | | 922.82 |
| Account No. **5500049661900** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2835 S Board St, Chicago IL (Contingent Corporate Obligation) | X | | | 946.76 |
| Account No. **4500049764723** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2841 S Board St, Chicago IL (Contingent Corporate Obligation) | X | | | 419.07 |
| Account No. **500045516267** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2841 S Board St, Chicago IL (Contingent Corporate Obligation) | X | | | **Unknown** |
| Account No. **500049527418** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2843 S Board St, Chicago IL (Contingent Corporate Obligation) | X | | | 2,748.66 |

Sheet no. **110** of **161** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 5,037.31 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **450049661760** | | | | Services: 2847 S Board St, Chicago IL (Contingent Corporate Obligation) | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | | X | | | 909.36 |
| Account No. **450046959345** | | | | Services: 2847 S Board St, Chicago IL (Contingent Corporate Obligation) | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | | X | | | 36.20 |
| Account No. **50049660676** | | | | Services: 2836 S Lock St, Chicago IL (Contingent Corporate Obligation) | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | | X | | | 799.33 |
| Account No. **750049661141** | | | | Services: 2838 S Lock St, Chicago IL (Contingent Corporate Obligation) | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | | X | | | 228.41 |
| Account No. **350052558688** | | | | Services: 2842 S Lock St, Chicago IL (Contingent Corporate Obligation) | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | | X | | | 537.11 |

Sheet no. _**111**_ of _**161**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       2,510.41

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 3500049661543 <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2842 S Lock St, Chicago IL **(Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 3,846.87 |
| Account No. 500043158749 <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2844 S Lock St, Chicago IL **(Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 689.06 |
| Account No. 50045612912 <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2839 S Pitney Ct, Chicago IL **(Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 122.98 |
| Account No. 50045613099 <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2841 S Pitney Ct, Chicago IL **(Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 24.50 |
| Account No. 500045613140 <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 2843 S Pitney Ct, Chicago IL **(Contingent Corporate Obligation)** | X | | | |
| | | | | | | | | 96.07 |

Sheet no. __112__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,779.48 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,          Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **500045613155**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 2845 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 182.68 |
| Account No. **500045613193**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 2847 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 18.40 |
| Account No. **500045613244**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 2849 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 297.05 |
| Account No. **500045613277**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 2851 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 34.33 |
| Account No. **500045613282**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 2853 S Pitney Ct, Chicago IL (Contingent Corporate Obligation)** | X | | | 218.04 |

Sheet no. __113__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

750.50

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **2 5000 4406 1958** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 201, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 807.72 |
| Account No. **2 5000 4406 2472** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 204, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 20.33 |
| Account No. **2 5000 4406 2491** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 205, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 56.74 |
| Account No. **2 5000 4406 2504** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 206, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 147.44 |
| Account No. **2 5000 4406 2537** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 207, Chicago IL** <br> **(Contingent Corporate Obligation)** | X | | | 127.10 |

Sheet no. __114__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
    1,159.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2 5000 4406 2542** | | | | Services: 974 W 35th Place Unit 208, Chicago IL | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | **(Contingent Corporate Obligation)** | X | | | 5.78 |
| Account No. **2 5000 4406 2561** | | | | Services: 974 W 35th Place Unit 210, Chicago IL | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | **(Contingent Corporate Obligation)** | X | | | 16.70 |
| Account No. **2 5000 4406 2768** | | | | Services: 974 W 35th Place Unit 301, Chicago IL | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | **(Contingent Corporate Obligation)** | X | | | 1,337.30 |
| Account No. **2 5000 4406 2753** | | | | Services: 974 W 35th Place Unit 302, Chicago IL | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | **(Contingent Corporate Obligation)** | X | | | 187.02 |
| Account No. **2 5000 4406 2701** | | | | Services: 974 W 35th Place Unit 304, Chicago IL | | | | |
| **Peoples Gas** **Attn: Customer Service** **130 East Randolph Drive** **Chicago, IL 60601** | X | - | | **(Contingent Corporate Obligation)** | X | | | 18.77 |

Sheet no. __**115**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,565.57

B6F (Official Form 6F) (12/07) - Cont.

In re    __Anthony F. DeGrazia__ _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2 5000 4406 2698** | | | | Services: 974 W 35th Place Unit 305, Chicago IL (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | | X | | | 8.68 |
| Account No. **2 5000 4406 2683** | | | | Services: 974 W 35th Place Unit 306, Chicago IL (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | | X | | | 81.36 |
| Account No. **2 5000 4406 2645** | | | | Services: 974 W 35th Place Unit 308, Chicago IL (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | | X | | | 5.23 |
| Account No. **2 5000 4406 2626** | | | | Services: 974 W 35th Place Unit 309, Chicago IL (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | | X | | | 89.44 |
| Account No. **2 5000 4406 2612** | | | | Services: 974 W 35th Place Unit 310, Chicago IL (Contingent Corporate Obligation) | | | | |
| Peoples Gas Attn: Customer Service 130 East Randolph Drive Chicago, IL 60601 | X | - | | | X | | | 20.38 |

Sheet no. __116__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

205.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                   ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2 5000 4406 2607**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | **Services: 974 W 35th Place Unit 311, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 183.73 |
| Account No. **2 5000 4406 2791**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | **Services: 974 W 35th Place Unit 401, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 293.66 |
| Account No. **2 5000 4406 2804**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | **Services: 974 W 35th Place Unit 402, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 111.27 |
| Account No. **2 5000 4406 2838**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | **Services: 974 W 35th Place Unit 404, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 15.10 |
| Account No. **2 5000 4406 2861**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | **Services: 974 W 35th Place Unit 406, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 16.70 |

Sheet no. __117__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

620.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2 5000 406 2876**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 408, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 5.17 |
| Account No. **2 5000 4406 3206**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 501, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 408.22 |
| Account No. **2 5000 4406 3174**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 502, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 119.13 |
| Account No. **2 5000 4406 3140**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 503, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 22.82 |
| Account No. **2 5000 4406 3121**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 504, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 27.70 |

Sheet no. __118__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

583.04

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2 5000 4406 3070**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 505, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 519.63 |
| Account No. **2 5000 4406 3066**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 506, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 95.65 |
| Account No. **2 5000 4406 3047**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 507, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 54.74 |
| Account No. **2 5000 4406 3032**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 508, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 142.42 |
| Account No. **2 5000 4406 3028**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | **Services: 974 W 35th Place Unit 509, Chicago IL**<br>**(Contingent Corporate Obligation)** | X | | | 42.79 |

Sheet no. __119__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

855.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2 5000 4406 3009**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | Services: 974 W 35th Place Unit 510, Chicago IL<br>**(Contingent Corporate Obligation)** | X | | | 74.18 |
| Account No. **2 5000 4406 3210**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | Services: 974 W 35th Place Unit 601, Chicago IL<br>**(Contingent Corporate Obligation)** | X | | | 403.83 |
| Account No. **2 5000 4406 3328**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | Services: 974 W 35th Place Unit 602, Chicago IL<br>**(Contingent Corporate Obligation)** | X | | | 379.16 |
| Account No. **2 5000 4406 3333**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | Services: 974 W 35th Place Unit 603, Chicago IL<br>**(Contingent Corporate Obligation)** | X | | | 213.98 |
| Account No. **2 5000 4406 3385**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | Services: 974 W 35th Place Unit 605, Chicago IL<br>**(Contingent Corporate Obligation)** | X | | | 183.57 |

Sheet no. __**120**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,254.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2 5000 4406 3403** <br><br> **Peoples Gas** <br> **Attn: Customer Service**☐☐ <br> **130 East Randolph Drive**☐☐ <br> **Chicago, IL 60601** | X | - | | Services: 974 W 35th Place Unit 606, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 657.94 |
| Account No. **2 5000 4406 3417** <br><br> **Peoples Gas** <br> **Attn: Customer Service**☐☐ <br> **130 East Randolph Drive**☐☐ <br> **Chicago, IL 60601** | X | - | | Services: 974 W 35th Place Unit 607, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 53.86 |
| Account No. **2 5000 4406 3436** <br><br> **Peoples Gas** <br> **Attn: Customer Service**☐☐ <br> **130 East Randolph Drive**☐☐ <br> **Chicago, IL 60601** | X | - | | Services: 974 W 35th Place Unit 608, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 172.48 |
| Account No. **2 5000 4406 3455** <br><br> **Peoples Gas** <br> **Attn: Customer Service**☐☐ <br> **130 East Randolph Drive**☐☐ <br> **Chicago, IL 60601** | X | - | | Services: 974 W 35th Place Unit 609, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 94.09 |
| Account No. **2 5000 4406 3460** <br><br> **Peoples Gas** <br> **Attn: Customer Service**☐☐ <br> **130 East Randolph Drive**☐☐ <br> **Chicago, IL 60601** | X | - | | Services: 974 W 35th Place Unit 610, Chicago IL <br> (Contingent Corporate Obligation) | X | | | 1,925.83 |

Sheet no. __**121**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,904.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **2 5000 4406 3474**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 611, Chicago IL**<br>**(Contingent Corporate Obligation)** | | X | | 142.97 |
| Account No. **2 5000 4406 3493**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 702, Chicago IL**<br>**(Contingent Corporate Obligation)** | | X | | 206.51 |
| Account No. **2 5000 4406 3506**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 703, Chicago IL**<br>**(Contingent Corporate Obligation)** | | X | | 304.61 |
| Account No. **2 5000 4406 3525**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 704, Chicago IL**<br>**(Contingent Corporate Obligation)** | | X | | 231.42 |
| Account No. **2 5000 4406 3563**<br><br>**Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | X | - | | | **Services: 974 W 35th Place Unit 705, Chicago IL**<br>**(Contingent Corporate Obligation)** | | X | | 104.49 |

Sheet no. **122** of **161** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    990.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2 5000 4406 1840** <br><br> **Peoples Gas** <br> **Attn: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | X | - | | Services: 974 W 35th Place BLDG, Chicago IL (Contingent Corporate Obligation) | X | | | 71.52 |
| Account No. <br><br> **Pirtek** <br> **1916 Woodson Road** <br> **Saint Louis, MO 63114** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 6,937.17 |
| Account No. <br><br> **Pit Stop** <br> **2351 Powis Road** <br> **West Chicago, IL 60185** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 3,527.14 |
| Account No. <br><br> **Pitney Bowes** <br> **Equipment Lease-Mail Machines** <br> **PO Box 856390** <br> **Louisville, KY 40285** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 115.39 |
| Account No. <br><br> **Pitney Bowes** <br> **Equipment Lease-Mail Machines** <br> **PO Box 856390** <br> **Louisville, KY 40285** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 825.93 |

Sheet no. __123__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        11,477.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Plante & Moran, PLLC**□□ <br> **225 W. Washington Street** □□ <br> **Suite 2700** □□ <br> **Chicago, IL 60606** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,000.00 |
| Account No. <br><br> **Plante & Moran, PLLC**□□ <br> **225 W. Washington Street** □□ <br> **Suite 2700** □□ <br> **Chicago, IL 60606** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 2,000.00 |
| Account No. <br><br> **Plante & Moran, PLLC**□□ <br> **225 W. Washington Street** □□ <br> **Suite 2700** <br> **Chicago, IL 60606** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 2,500.00 |
| Account No. <br><br> **Plante & Moran, PLLC**□□ <br> **225 W. Washington Street** □□ <br> **Suite 2700** □□ <br> **Chicago, IL 60606** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 3,750.00 |
| Account No. <br><br> **Plante & Moran, PLLC**□□ <br> **225 W. Washington Street** □□ <br> **Suite 2700** □□ <br> **Chicago, IL 60606** | | - | Goods and Service (Contingent Corporate Obligation) | X | | | 2,000.00 |

Sheet no. __124_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,250.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Plante & Moran, PLLC 225 W. Washington Street Suite 2700 Chicago, IL 60606 | X | - | | | X | | | 2,850.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Plante & Moran, PLLC 225 W. Washington Street Suite 2700 Chicago, IL 60606 | X | - | | | X | | | 2,500.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Plante & Moran, PLLC 225 W. Washington Street Suite 2700 Chicago, IL 60606 | X | - | | | X | | | 122,895.64 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Plante & Moran, PLLC 225 W. Washington Street Suite 2700 Chicago, IL 60606 | X | - | | | X | | | 6,050.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Plante & Moran, PLLC 225 W. Washington Street Suite 2700 Chicago, IL 60606 | X | - | | | X | | | 3,500.00 |

Sheet no. __125_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

137,795.64

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,                Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,500.00 |
| Account No.<br><br>**Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,500.00 |
| Account No.<br><br>**Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,500.00 |
| Account No.<br><br>**Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 7,125.00 |
| Account No.<br><br>**Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,500.00 |

Sheet no. __126__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,125.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                   ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **PNC Bank c/o PIERCE & ASSOCIATES 1 N DEARBORN #1300 Chicago, IL 60602** | X | - | | Lawsuit- Mortgage Foreclosure (Contingent Corportate Obligation) 10 CH 04042 | X | X | X | **Unknown** |
| Account No. **Prairie Material Sales, Inc.□□ P.O. Box 917□□ Bedford Park, IL 60499** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | **180.00** |
| Account No. **Premium Trust Acct. P.O. Box 740042 Atlanta, GA 30374-0042** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | **20,894.20** |
| Account No. **Professional Ins. Services 3525 W. Peterson Ave Ste 601 Chicago, IL 60659-9954** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | **4,923.00** |
| Account No. **Progressive Insurance PO Box 30108 Tampa, FL 33630-3108** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | **402.00** |

Sheet no. __127__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,399.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                          ,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Progressive Insurance** **PO Box 30108** **Tampa, FL 33630-3108** | X | - | | X | | | 685.50 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Prosperity Electric** **277 W. Raye St** **Chicago Heights, IL 60411** | X | - | | X | | | 473.55 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Purchase Power** **PO BOX 856042** **Louisville, KY 40285-6042** | X | - | | X | | | 208.99 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **R.H. Donnelley** **8519 Innovation Way** **Chicago, IL 60682-0085** | X | - | | X | | | 6,123.15 |
| Account No. | | | Bank Draw Attestation Fees (contingent corporate obligation) | | | | |
| **R.R. Rasmussen & Assoc.** **1510 Old Deerfield Rd** **Highland Park, IL 60035** | X | - | | X | | | 625.00 |

Sheet no. __128__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,116.19

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lawsuit- Premises Liability (Contingent Corporate Obligation) 08 L 012456 | | | | |
| Ramone L Davis c/o KAVATHAS & CASTANES 33 N DEARBORN Chicago, IL 60602 | X | - | | | X | X | |
| | | | | | | | 50,001.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Rapid Recovery -CHI 8971 W. Bloomfield Road Peoria, AZ 85381 | X | - | | X | | | |
| | | | | | | | 3,823.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Ray's Lawn Care 3324 S. Leavitt St. Chicago, IL 60608 | X | - | | X | | | |
| | | | | | | | 1,775.00 |
| Account No. | | | Personal guaranty for loan | | | | |
| Raymond Tominello 2806 S. Shields Chicago, IL 60616 | | - | | | | | |
| | | | | | | | 200,000.00 |
| Account No. | | | Lawsuit- Breach of Contract 08 L 003510 | | | | |
| Recycling Systems, Inc c/o CLARK HILL PLC 150 N MICHIGAN#2700 Chicago, IL 60601 | X | - | | | | X | |
| | | | | | | | 125,302.00 |

Sheet no. __129__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

380,901.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Reliable Electric** <br>**2853 South Emerald** <br>**Chicago, IL 60616** | X | - | **Personal Guaranty for Goods and Services** | | | | 7,369.44 |
| Account No. <br><br>**RentalMax of Chicago** <br>**8522 S. Pulaski Rd.** <br>**Chicago, IL 60652** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 453.10 |
| Account No. <br><br>**Residential Credit Solutions** <br>**c/o CODILIS ERNEST J JR** <br>**15W030 N FRONTAGE RD** <br>**Burr Ridge, IL 60527** | X | - | **Lawsuit- Mortgage Foreclosure** <br>**  (Contingent Corporate Obligation)** <br>**  10 CH 24441** | X | X | X | Unknown |
| Account No. <br><br>**Rex Radiator** <br>**1440 West 38th Street** <br>**Chicago, IL 60609-2114** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,800.00 |
| Account No. <br><br>**Reyes & Bonoma, Ltd.** <br>**1 N LaSalle** <br>**Suite 4500** <br>**Chicago, IL 60602** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,370.00 |

Sheet no. __130__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,992.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                            ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Reyes Decorating 9233 S. 50th Oak Lawn, IL 60453 | X | - | | | Goods and Service (Contingent Corporate Obligation) | | | | 2,400.00 |
| Account No.  Reyes Painting 9233 S. 50th Oak Lawn, IL 60453 | X | - | | | Goods and Service (Contingent Corporate Obligation) | | X | | 200.00 |
| Account No.  Reyes Painting 9233 S. 50th Oak Lawn, IL 60453 | X | - | | | Goods and Service (Contingent Corporate Obligation) | | X | | 250.00 |
| Account No.  Reyes Painting 9233 S. 50th Oak Lawn, IL 60453 | X | - | | | Goods and Service (Contingent Corporate Obligation) | | X | | 5,130.00 |
| Account No.  Reyes Painting 9233 S. 50th Oak Lawn, IL 60453 | X | - | | | Goods and Service (Contingent Corporate Obligation) | | X | | 2,705.00 |

Sheet no. _**131**_ of _**161**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          10,685.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony F. DeGrazia** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Richard Indyke 221 N LaSalle Suite 1200 Chicago, IL 60601 | X | - | | X | | | 7,805.50 |
| Account No. | | | Co-obligor of Corporate Debt to Recycling Systems, Inc. | | | | |
| Richard Lilly 836 W 36th Street Chicago, IL 60609 | | - | | | X | | Unknown |
| Account No. | | | Lawsuit- Mechanics Lien  (Contingent Coporate Obligation) | | | | |
| Richco Structures 1409 Red Maple Rd De Pere, WI 54115 | X | - | | X | X | X | Unknown |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Richco Structures 1409 Red Maple Rd De Pere, WI 54115 | X | - | | X | | | 1,622.93 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Ricoh Americas Corporation Lease Administration 1000 Omega Dr Ste 1170 Pittsburgh, PA 15250-7992 | X | - | | X | | | 1,931.09 |

Sheet no. __132__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,359.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Personal Guaranty for Goods and Services | | | | |
| Robert's Sheet Metal Works 4347 W. Kinzie Chicago, IL 60624 | X | - | | | | | | | 50,246.65 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Roberto Chavez 1525 S. 61st Ct. Cicero, IL 60804 | X | - | | | | X | | | 4,100.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Roland Machinery Co. NW 7899, P.O. Box 1450 Minneapolis, MN 55485-7899 | X | - | | | | X | | | 959.89 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Rose Pest Solutions 1809 W. North Ave Chicago, IL 60622-1307 | X | - | | | | X | | | 302.51 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Roseland Draperies & Blinds 25 W. Sauk Trail Chicago Heights, IL 60411 | X | - | | | | X | | | 625.00 |

Sheet no. __**133**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,234.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                                                  ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Roy Fry, Inc**<br>**13624 Eileen Court**<br>**Orland Park, IL 60462** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 51.00 |
| Account No.<br><br>**RSI Recycling Systems, Inc.**<br>**3152 South California**<br>**Chicago, IL 60608** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 37,781.27 |
| Account No.<br><br>**RSI Recyling Systems, Inc.**<br>**3152 S California**<br>**Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 8,662.48 |
| Account No. 58770<br><br>**Rudy Sabbagha, MD**<br>**680 Lake Shore Drive**<br>**Suite 1430**<br>**Chicago, IL 60611** | X | - | **Guarantor for Medical Expenses** | | | | 2,014.51 |
| Account No. R58286602006<br><br>**Rush University Medical Center**<br>**c/o Nationwide Credit & Collection**<br>**815 Commerce Drive, Ste 100**<br>**Oak Brook, IL 60523** | | - | **Medical Services**<br>  **NCC# 011002056368** | | | | 54.98 |

Sheet no. __**134**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,564.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,                Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **453051**<br><br>**Rush University Medical Group**<br>**c/o Trustmark Recovery Services**<br>**541 Otis Bowen Drive**<br>**Munster, IN 46321** | - | | Medical Services<br>TRS# 102512104 | | | | 120.00 |
| Account No.<br><br>**Ryan Harris**<br>**9 Townsquare Blvd.**<br>**Columbiana, OH 44408** | X - | | Goods and Service (Contingent Corporate Obligation) | X | | | 750.00 |
| Account No.<br><br>**Salsbury Industries**<br>**1010 East 62nd St.**<br>**Los Angeles, CA 90001** | X - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,372.25 |
| Account No.<br><br>**Sara Whitely Design**<br>**142 Touisset ave.**<br>**Swansea, MA 02777** | X - | | Goods and Service (Contingent Corporate Obligation) | X | | | 24,189.94 |
| Account No.<br><br>**Sara Whitely Design**<br>**142 Touisset ave.**<br>**Swansea, MA 02777** | X - | | Goods and Service (Contingent Corporate Obligation) | X | | | 6,011.44 |

Sheet no. __**135**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,443.63

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                          ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.  Sargents Equipment & Repair Service P.O. Box 2387 Palatine, IL 60067 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 555.09 |
| Account No.  Satellite Industries 2530 Xenium Ln N Minneapolis, MN 55441 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 227.17 |
| Account No.  Satellite Shelters, Inc. 2530 Xenium Lane N. Minneapolis, MN 55441-3695 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 3,785.27 |
| Account No.  Schaaf Window Co., Inc. 18445 Thompson Court Tinley Park, IL 60477 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 486.43 |
| Account No.  Schaaf Window Co., Inc. 18445 Thompson Court Tinley Park, IL 60477 | X | - | | Personal Guaranty for Goods and Services | | | | 172.65 |

Sheet no. __136__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,226.61

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal Guaranty for Goods and Services | | | | |
| Schaaf Window Co., Inc. 18445 Thompson Court Tinley Park, IL 60477 | X | - | | | | | 41,187.48 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Schaaf Window Co., Inc. 18445 Thompson Court Tinley Park, IL 60477 | X | - | | X | | | 22,056.64 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Schaaf Window Co., Inc. 18445 Thompson Court Tinley Park, IL 60477 | X | - | | X | | | 16,629.22 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Schoenberg Finkel Newman LLC 222 South Riverside Plaza Suite 2100 Chicago, IL 60606 | X | - | | X | | | 9,903.99 |
| Account No. | | | Franchise Fees (Contingent Corporate Obligation) | | | | |
| Secretary of State 213 State Capitol Springfield, IL 62756 | X | - | | X | | | 4,445.00 |

Sheet no. __137__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    94,222.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Franchise Fees (Contingent Corporate Obligation) | | | | |
| Secretary of State 213 State Capitol Springfield, IL 62756 | X | - | | | X | | | |
| | | | | | | | | 78.00 |
| Account No. | | | | Franchise Fees (Contingent Corporate Obligation) | | | | |
| Secretary of State 213 State Capitol Springfield, IL 62756 | X | - | | | X | | | |
| | | | | | | | | 250.00 |
| Account No. | | | | Fees (Contingent Corporate Obligation) | | | | |
| Secretary of State 213 State Capitol Springfield, IL 62756 | X | - | | | X | | | |
| | | | | | | | | 500.00 |
| Account No. | | | | Franchise Fees (Contingent Corporate Obligation) | | | | |
| Secretary of State 213 State Capitol Springfield, IL 62756 | X | - | | | X | | | |
| | | | | | | | | 1,942.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Selections Solutions 70 West Burton Pl. Chicago, IL 60610 | X | - | | | X | | | |
| | | | | | | | | 2,535.17 |

Sheet no. __**138**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,305.17

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia_____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Selections Solutions 70 West Burton Pl. Chicago, IL 60610 | X | - | | | X | | | |
| | | | | | | | | 4,727.45 |
| Account No. | | | | Personal Guaranty for Goods and Services | | | | |
| Service Sanitation 135 Blaine Street Gary, IN 46406 | X | - | | | | | | |
| | | | | | | | | 1,857.87 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Service Sanitation 135 Blaine Street Gary, IN 46406 | X | - | | | X | | | |
| | | | | | | | | 1,755.83 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Sign Options 2996 S Archer Ave Chicago, IL 60608 | X | - | | | X | | | |
| | | | | | | | | 54.50 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Sign Options 2996 S Archer Ave Chicago, IL 60608 | | - | | | X | | | |
| | | | | | | | | 681.07 |

Sheet no. __139__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,076.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                     ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sign Options**<br>**2996 S Archer Ave**<br>**Chicago, IL 60608** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 725.94 |
| Account No.<br><br>**Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** | X | - | **Personal Guaranty for Goods and Services** | | | | 1,007.50 |
| Account No.<br><br>**Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 698.75 |
| Account No.<br><br>**Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** | | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,250.00 |
| Account No.<br><br>**Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 48.75 |

Sheet no. __**140**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,730.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                              ,       Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Smyth Accounting & Financial 977 Elm Ct. Naperville, IL 60540 | X | - | | | | X | | | |
| | | | | | | | | | 438.75 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Smyth Accounting & Financial 977 Elm Ct. Naperville, IL 60540 | X | - | | | | X | | | |
| | | | | | | | | | 585.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Smyth Accounting & Financial 977 Elm Ct. Naperville, IL 60540 | X | - | | | | X | | | |
| | | | | | | | | | 9,475.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Smyth Accounting & Financial 977 Elm Ct. Naperville, IL 60540 | X | - | | | | X | | | |
| | | | | | | | | | 32.50 |
| Account No. **80397** | | | | | Medical Services | | | | |
| Souma Diagnostics, Ltd. P.O. Box 11690 Chicago, IL 60611-1690 | | - | | | | | | | |
| | | | | | | | | | 68.00 |

Sheet no. __141__ of __161__ sheets attached to Schedule of       Subtotal                                      10,599.25
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southside Fuel Center Plus, Inc**<br>**970 West Pershing**<br>**Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,824.85 |
| Account No.<br><br>**Southside Fuel Center Plus, Inc**<br>**970 West Pershing**<br>**Chicago, IL 60609** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 21,757.44 |
| Account No. 753431744<br><br>**Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 737.58 |
| Account No.<br><br>**Stahl Cowen Crowley LLC**<br>**55 West Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,862.00 |
| Account No.<br><br>**Stahl Cowen Crowley LLC**<br>**55 West Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 5,642.75 |

Sheet no. __142__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,824.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Stahl Cowen Crowley LLC**<br>**55 West Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 293.50 |
| Account No. <br><br>**Stahl's Fund ATTN: Jeffrey J Stahl**<br>**c/o PFS Wright LLC/ Stahl, Cowen, C**<br>**55 W Monroe Street, Suite 1200**<br>**Chicago, IL 60603** | X | - | Personal Guaranty for investment | | X | | 150,000.00 |
| Account No. 1015 40739 <br><br>**Standard Bank & Trust**<br>**7800 W 95th Street**<br>**Hickory Hills, IL 60457** | X | - | Guarantor of commercial note with 3465 Lituanica LLC | | | | 302,254.00 |
| Account No. <br><br>**Staples**<br>**Dept.00-05063938**<br>**The Lakes, NV 88901-6721** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 603.20 |
| Account No. <br><br>**State Auto Insurance Companies**<br>**PO Box 182738**<br>**Columbus, OH 43218-2738** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 820.00 |

Sheet no. __143__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

453,970.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **State Farm** **P.O. Box 680001** **Dallas, TX 75368** | X | - | | X | | | |
| | | | | | | | 1,290.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **State Farm** **P.O. Box 680001** **Dallas, TX 75368** | X | - | | X | | | |
| | | | | | | | 593.76 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **State Farm** **P.O. Box 680001** **Dallas, TX 75368** | X | - | | X | | | |
| | | | | | | | 3,473.53 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **State Farm** **P.O. Box 680001** **Dallas, TX 75368** | X | - | | X | | | |
| | | | | | | | 371.99 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Stealth Security** **736 Burnham Avenue** **Calumet City, IL 60409** | X | - | | X | | | |
| | | | | | | | 197.88 |

Sheet no. __**144**_ of __**161**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,927.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Stepp Equipment** **5400 Stepp Drive** **Summit Argo, IL 60501** | X | - | | | X | | | 1,739.13 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Stock Building Supply LLC** **1331 Davis Road**□□ **Elgin, IL 60123** | X | - | | | X | | | 2,218.68 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Stock Building Supply LLC** **1331 Davis Road**□□ **Elgin, IL 60123** | X | - | | | X | | | 1,315.56 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Stock Building Supply LLC** **1331 Davis Road**□□ **Elgin, IL 60123** | X | - | | | X | | | 22,322.53 |
| Account No. | | | | Lawsuit- Breach of Contract 09 AR 1290 | | | | |
| **Stock Building Supply, LLC** **1331 Davis Road**□□ **Elgin, IL 60123** | X | - | | | | X | X | 29,207.75 |

Sheet no. __145__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 56,803.65 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Studnicka & Associates, Ltd.**□□ **2025 Jackson Branch Dr.**□□ **New Lenox, IL 60451** | X | - | | | X | | | **2,850.00** |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Studnicka & Associates, Ltd.**□□ **2025 Jackson Branch Dr.**□□ **New Lenox, IL 60451** | X | - | | | X | | | **500.00** |
| Account No. | | | | Lawsuit- Mechanic Lein | | | | |
| **System Electric Inc 2727 South Mary Street Chicago, IL 60608** | X | - | | | | X | X | **Unknown** |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Technology Insurance Company P.O. Box 740042 Atlanta, GA 30374-0042** | X | - | | | X | | | **1,162.00** |
| Account No. | | | | Breach of Contract  (Contingent Corporate Obligation) 09 cv 4491 | | | | |
| **Terrence J Hancock c/o DOWD, BLOCH & BENNETT 8 South Michigan Avenue, 19th Floor Chicago, IL 60603** | X | - | | | X | | X | **16,829.97** |

Sheet no. __**146**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,341.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                        ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lawsuit- Personal Injury 09 L 001834 | | | | |
| Terry Cornell Jr c/o GOLDSTEIN FLUXGOLD LTD LO 33 N DEARBORN ST1930 Chicago, IL 60602 | X | - | | | | X | X | 50,001.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| The Blueprint Shoppe, Inc.□□ 5130 North Elston Avenue□□ Chicago, IL 60630 | X | - | | | X | | | 869.70 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| The Blueprint Shoppe, Inc.□□ 5130 North Elston Avenue□□ Chicago, IL 60630 | X | - | | | X | | | 239.40 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| The Blueprint Shoppe, Inc.□□ 5130 North Elston Avenue□□ Chicago, IL 60630 | X | - | | | X | | | 1,389.74 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| The Blueprint Shoppe, Inc.□□ 5130 North Elston Avenue□□ Chicago, IL 60630 | X | - | | | X | | | 430.90 |

Sheet no. __147__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 52,930.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **The Blueprint Shoppe, Inc.**□□ **5130 North Elston Avenue**□□ **Chicago, IL 60630** | X | - | | | X | | | 316.56 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **The Blueprint Shoppe, Inc.**□□ **5130 North Elston Avenue**□□ **Chicago, IL 60630** | X | - | | | X | | | 25.20 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **The Blueprint Shoppe, Inc.**□□ **5130 North Elston Avenue**□□ **Chicago, IL 60630** | X | - | | | X | | | 492.72 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **The Dust Connection 42358 46th Street**□□ **Lawrence, MI 49064** | X | - | | | X | | | 192.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **The Dust Connection 42358 46th Street Lawrence, MI 49064** | X | - | | | X | | | 465.00 |

Sheet no. __**148**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,491.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** | | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 1,410.00 |
| Account No.<br><br>**The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 2,910.00 |
| Account No.<br><br>**The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** | X | - | | **Personal Guaranty for Goods and Services** | | | | 400.00 |
| Account No.<br><br>**The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 1,710.00 |
| Account No.<br><br>**The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 190.00 |

Sheet no. __**149**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,620.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                           ,            Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **The Dust Connection** <br> **42358 46th Street** <br> **Lawrence, MI 49064** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 80.00 |
| Account No. <br><br> **The Hartford** <br> **P.O. Box 2907** <br> **Hartford, CT 06104-2907** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 2,186.00 |
| Account No. <br><br> **The Parksite Group** <br> **33170 Treasury Center** <br> **Chicago, IL 60694** | X | - | | Appliances <br>   Personal Guaranty | | | | 4,038.93 |
| Account No. <br><br> **The Parksite Group** <br> **33170 Treasury Center** <br> **Chicago, IL 60694** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,991.67 |
| Account No. <br><br> **The Security Professionals, Inc.** <br> **5650 S. Archer Avenue** <br> **Chicago, IL 60638** | X | - | | Goods and Service (Contingent Corporate Obligation) | | | | 1,500.16 |

Sheet no. __**150**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,796.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Travelers Insurance Claim Remittance Center Hartford, CT 06183-1008** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 865.97 |
| Account No.<br><br>**The Travelers Insurance Claim Remittance Center Hartford, CT 06183-1008** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,068.00 |
| Account No.<br><br>**The Travelers Insurance Claim Remittance Center Hartford, CT 06183-1008** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,508.00 |
| Account No.<br><br>**Thoesen Tractor & Equipment Co 3142 Lincoln Highway Chicago Heights, IL 60411-7728** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 37,846.94 |
| Account No.<br><br>**Thompson Rental 21 W 550 North Ave Lombard, IL 60148** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,783.40 |

Sheet no. __151__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,072.31

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **To The Top Home Elevators** 557 N. Wolf Road Wheeling, IL 60090 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 12,250.00 |
| Account No. **Tony's Carpet** 3415 N Pioneer Avenue Chicago, IL 60634-2827 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 513.00 |
| Account No. **Total Alpha Enviromental** 5 Pembroke Ct. Bloomingdale, IL 60108 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,000.00 |
| Account No. **Truck Tire Sales, Inc.** 426 West Pershing Road Chicago, IL 60609 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,283.46 |
| Account No. **Truck Tire Sales, Inc.** 426 West Pershing Road Chicago, IL 60609 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 808.41 |

Sheet no. __152__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,854.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                    ,        Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                                        Truck Tire Sales, Inc. 426 West Pershing Road Chicago, IL 60609 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 187.05 |
| Account No.                                        Truck Tire Sales, Inc. 426 West Pershing Road Chicago, IL 60609 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 136.15 |
| Account No.                                        Truck Tire Sales, Inc. 426 West Pershing Road Chicago, IL 60609 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 135.77 |
| Account No.                                        United Rent-A-Fence 1213 Capitol Dr. #6 Addison, IL 60101 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 296.00 |
| Account No.                                        University Opthalmology Assoc LTD 1725 W Harrison St #918 Chicago, IL 60612 | | - | | Medical Services | | | | 90.00 |

Sheet no. __153__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                844.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony F. DeGrazia**                                        ,        Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Plumbing**<br>**54 E Saint Charles Road Suite 1**<br>**Villa Park, IL 60181** | X | - | **Goods and Service (Contingent Corporate Obligation)** | | | | 4,800.00 |
| Account No.<br><br>**US Plumbing**<br>**54 E Saint Charles Road Suite 1**<br>**Villa Park, IL 60181** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,273.08 |
| Account No.<br><br>**US Plumbing**<br>**54 E Saint Charles Road Suite 1**<br>**Villa Park, IL 60181** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 4,700.00 |
| Account No.<br><br>**V3 Companies**<br>**7325 Janes Ave**<br>**Suite 100**<br>**Woodridge, IL 60517** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,957.72 |
| Account No.<br><br>**V3 Companies**<br>**7325 Janes Ave**<br>**Suite 100**<br>**Woodridge, IL 60517** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 3,487.87 |

Sheet no. __154_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,218.67

B6F (Official Form 6F) (12/07) - Cont.

In re   __Anthony F. DeGrazia_____,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **V3 Companies 7325 Janes Ave Suite 100 Woodridge, IL 60517** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 15,782.64 |
| Account No. **Vacant Property Security 329 West 18th Street, Suite 714 Chicago, IL 60616** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,653.60 |
| Account No. **Vacant Property Security⬚⬚ 329 West 18th Street, Suite 714⬚⬚ Chicago, IL 60616** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 742.50 |
| Account No. **Vans Iron Works, Inc 9738 Warwick Court Munster, IN 46321** | | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 385.00 |
| Account No. **Vans Iron Works, Inc 9738 Warwick Court Munster, IN 46321** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 290.00 |

Sheet no. __155_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,853.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**                                                   ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Vans Iron Works, Inc**<br>**9738 Warwick Court**<br>**Munster, IN 46321** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 550.00 |
| Account No.<br><br>**Vari Architects**<br>**824 N. Racine Ave**<br>**Chicago, IL 60622** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 935.00 |
| Account No.<br><br>**Vari Architects**<br>**824 N. Racine Ave**<br>**Chicago, IL 60622** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 5,000.00 |
| Account No.<br><br>**Vari Architects**<br>**824 N. Racine Ave**<br>**Chicago, IL 60622** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 43,900.00 |
| Account No.<br><br>**Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 561.03 |

Sheet no. __156__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,946.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                                      ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Vision Group Realty & Marketing, LLC 1300 W. Exhange Chicago, IL 60609 | X | - | | | X | | | |
| | | | | | | | | 2,500.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Vision Group Realty & Marketing, LLC 1300 W. Exhange Chicago, IL 60609 | X | - | | | X | | | |
| | | | | | | | | 1,050.00 |
| Account No. | | | | Lawsuit- Breach of Contract  10 L 004786 | | | | |
| Volvo Financial Services c/o ULMER & BERNE LLP 500 W MADISON #3600 Chicago, IL 60661 | X | - | | | | X | X | |
| | | | | | | | | 83,576.12 |
| Account No. | | | | Debt Service on equipment (Personal Guaranty) | | | | |
| Volvo Financial Services P.O.Box 7247-0236 Philadelphia, PA 19170-0236 | X | - | | | | | | |
| | | | | | | | | 7,088.10 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| W-T Land Surveying, Inc. 39 E. Scully Drive Schaumburg, IL 60193 | X | - | | | X | | | |
| | | | | | | | | 325.00 |

Sheet no. __157__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,539.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wastequip Manufacturing Company**<br>**c/o TELLER LEVIT SILVERTRUST**<br>**11 EAST ADAMS 8THFL**<br>**Chicago, IL 60603** | X | - | **Lawsuit- Breach of Contact**<br>**(Contingent Corporate Obligation)**<br>**08 L 010748** | X | | X | 43,822.00 |
| Account No.<br><br>**Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 425.00 |
| Account No.<br><br>**Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 800.00 |
| Account No.<br><br>**Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 199.00 |
| Account No.<br><br>**Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,750.00 |

Sheet no. __**158**__ of __**161**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,996.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony F. DeGrazia**                                    ,        Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Wawel P.A. Inc.** **4 Robinhood Court** **Lincolnshire, IL 60069** | X | - | | | X | | | |
| | | | | | | | | 18,590.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Wesley D. Carpentry Inc.** **5742 S Neva** **Chicago, IL 60638** | X | - | | | X | | | |
| | | | | | | | | 1,080.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Wesley D. Carpentry Inc.** **5742 S Neva** **Chicago, IL 60638** | X | - | | | X | | | |
| | | | | | | | | 5,500.00 |
| Account No. **Z54 1001551** | | | | Medical Services | | | | |
| **West Loop University Medicine, LTD** **1730 Park St, Suite 101** **Naperville, IL 60563-1290** | | - | | | | | | |
| | | | | | | | | 14.20 |
| Account No. | | | | Fees (Contingent Corporate Obligation) | | | | |
| **Wight Construction** **2500 North Frontage Road** **Darien, IL 60561** | X | - | | | X | | | |
| | | | | | | | | 25.00 |

Sheet no. __159__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                25,209.20

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony F. DeGrazia__ ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Reimbursement (Contingent Corporate Obligation) | | | | |
| William Burns 5256 S Paulina Chicago, IL 60609 | X | - | | X | | | 1,150.07 |
| Account No. | | | Claim for contribution of co-obligor | | | | |
| William Kaplan 111 E. Wacker Drive Suite 2400 Chicago, IL 60601 | X | - | | X | X | X | Unknown |
| Account No. | | | Lawsuit- Mechanic Lein (Contingent Coporate Obligation) | | | | |
| Willie Bros. Co 15800 South Lamon Oak Forest, IL 60452 | X | - | | | X | X | Unknown |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Windy City Heavy Equipment 12500 S. Cicero Ave. Alsip, IL 60803 | X | - | | X | | | 1,798.30 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Wirtz Rentals Co 5707 Archer Rd, Summit Argo, IL 60501 | X | - | | X | | | 1,696.00 |

Sheet no. __160__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,644.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony F. DeGrazia**
                                                                                              ,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **Wisco** PO Box 88666 Chicago, IL 60680-1666 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,358.59 |
| Account No.  **YZ Carpet Distributors** 3306 S. Halsted St. Chicago, IL 60608 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 7,220.44 |
| Account No.  **Zimmerman Trucking & Excavating** 4603 Hedge Road Roxana, IL 62084 | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,698.75 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __161_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 10,277.78 |
| Total (Report on Summary of Schedules) | 30,884,461.06 |

B6G (Official Form 6G) (12/07)

In re    **Anthony F. DeGrazia**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Convention Center Drive, LLC**<br>**600 W. Jackson Street**<br>**Suite 275**<br>**Chicago, IL 60661** | **Non-Residential lease of real property: 8/26/09**<br>**3001 S. Archer, Chicago, Illinois - premises**<br>**vacated March, 2010** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Anthony F. DeGrazia**
_____,   Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Buildings**<br>**120 North Rachine Ave**<br>**Chicago, IL 60607** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Old Style Iron Works, Inc**<br>**7843 S Claremont Ave**<br>**Chicago, IL 60620** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Lifto-matic Elevator**<br>**P.O. Box 114**<br>**Lombard, IL 60148** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Louis K Walter, Jr. & Assoc., Inc.**<br>**215 Industrial Lane**<br>**Wheeling, IL 60090-6301** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Old Style Iron Works, Inc**<br>**7843 S Claremont Ave**<br>**Chicago, IL 60620** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **PAPA CTO Services**<br>**120 W. Madison**<br>**Chicago, IL 60602** |

**75**

_____ continuation sheets attached to Schedule of Codebtors

In re   **Anthony F. DeGrazia**
_____ ,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Schaaf Window Co., Inc.**<br>**18445 Thompson Court**<br>**Tinley Park, IL 60477** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Truck Tire Sales, Inc.**<br>**426 West Pershing Road**<br>**Chicago, IL 60609** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Vari Architects**<br>**824 N. Racine Ave**<br>**Chicago, IL 60622** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Chicago Community Bank**<br>**1110 W. 35th St**<br>**Chicago, IL 60609** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **3227-31 S Halsted Condominiums, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **3437 Morgan LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **3437 Morgan LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **360 Design Group**<br>**2517 South Archer Avenue**<br>**Chicago, IL 60608** |
| **3437 Morgan LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Alliance Environmental Control**<br>**P.O. Box 5230**<br>**Chicago, IL 60616** |
| **3437 Morgan LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Daley & George, Ltd.**<br>**20 S. Clark St., Suite 400**<br>**Chicago, IL 60603** |

Sheet __1__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3437 Morgan LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Maggio Rent-A-Fence**<br>**2225 West North Avenue**<br>**Melrose Park, IL 60160-1107** |
| **3437 Morgan LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Vacant Property Security**<br>**329 West 18th Street, Suite 714**<br>**Chicago, IL 60616** |
| **3437 Morgan LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Bridgeview Bank Group**<br>**4753 N. Broadway**<br>**Chicago, IL 60640** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **A-1 Roofing**<br>**1425 Chase Ave**<br>**Elk Grove Village, IL 60007** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Bathworks**<br>**3956 N. Elston Ave**<br>**Chicago, IL 60618** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Bridgeview Bank and Trust**<br>**7940 S Harlem Bridgeview, Il 60455**<br>**Bridgeview, IL 60455** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Builders Cabinets**<br>**401 N. Western Ave.**<br>**Chicago, IL 60612** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Exclusive Stone**<br>**1361 W. Jarvis**<br>**Elk Grove Village, IL 60007** |
| **3456 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Garcia Caulking**<br>**3914 W 51st Street**<br>**Chicago, IL 60632** |

Sheet __2__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | GEO Bilhorn<br>918 Prairie Lawn<br>Glenview, IL 60025 |
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Parksite Appliance Solutions<br>33170 Treasury Center<br>Chicago, IL 60694 |
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Plante & Moran, PLLC<br>225 W. Washington Street<br>Suite 2700<br>Chicago, IL 60606 |
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Reliable Electric<br>2853 South Emerald<br>Chicago, IL 60616 |
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Reyes Decorating<br>9233 S. 50th<br>Oak Lawn, IL 60453 |
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Schaaf Window Co., Inc.<br>18445 Thompson Court<br>Tinley Park, IL 60477 |
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Smyth Accounting & Financial<br>977 Elm Ct.<br>Naperville, IL 60540 |
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | The Travelers Insurance<br>Claim Remittance Center<br>Hartford, CT 06183-1008 |
| 3456 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | US Plumbing<br>54 E Saint Charles Road Suite 1<br>Villa Park, IL 60181 |
| 3465 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Standard Bank & Trust<br>7800 W 95th Street<br>Hickory Hills, IL 60457 |
| 3465 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | COM ED<br>Bill Payment Center<br>Chicago, IL 60668-0001 |
| 3465 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | COM ED<br>Bill Payment Center<br>Chicago, IL 60668-0001 |
| 3465 Lituanica, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | COM ED<br>Bill Payment Center<br>Chicago, IL 60668-0001 |

Sheet __3__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3465 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **3465 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **3465 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **3465 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **3465 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **3465 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **3465 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **3465 Lituanica, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **34th & Racine LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **34th & Racine LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **34th & Racine LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **34th & Racine LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |

Sheet __4__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                    ,    Case No. _____

                                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **36th Street Townhomes LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **36th Street Townhomes LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes II, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes II, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes II, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes II, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes II, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes II, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes II, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Brook Furniture Rental**<br>**222 N. LaSalle Street, Suite 140**<br>**Chicago, IL 60601** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **CTS Central Tile Services**<br>**15252 W. 143rd Street- Suite A**<br>**Homer Glen, IL 60491** |

Sheet __5__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**
_____ ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **DeGrazia Development**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Helson's Garage Door Store, Ltd.**<br>**5737 S. Harlem Ave**<br>**Chicago, IL 60638** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Jerry Ryce Masonry Inc.**<br>**3736 S Campbell Avenue**<br>**Chicago, IL 60632** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **LDL Architects**<br>**2517 S. Archer Ave**<br>**Chicago, IL 60608** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Mauge, Inc.**<br>**1629 N. Milwaukee Ave.**<br>**Chicago, IL 60647** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Menards**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Midway Moving & Storage, Inc.**<br>**4100 Ferdinand Ave.**<br>**Chicago, IL 60624** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **MP Snow Plow Service, LLC**<br>**3401 South Hoyne Avenue**<br>**Chicago, IL 60608** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Olaf Landscaping**<br>**3720 W 78th Place**<br>**Chicago, IL 60652** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **PAPA CTO Services**<br>**120 W. Madison**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Ray's Lawn Care**<br>**3324 S. Leavitt St.**<br>**Chicago, IL 60608** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Schaaf Window Co., Inc.**<br>**18445 Thompson Court**<br>**Tinley Park, IL 60477** |

Sheet __6__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**_____,   Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Schoenberg Finkel Newman LLC**<br>**222 South Riverside Plaza**<br>**Suite 2100**<br>**Chicago, IL 60606** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Sign Options**<br>**2996 S Archer Ave**<br>**Chicago, IL 60608** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Stock Building Supply LLC**<br>**1331 Davis Road**<br>**Elgin, IL 60123** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Studnicka & Associates, Ltd.**<br>**2025 Jackson Branch Dr.**<br>**New Lenox, IL 60451** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **The Blueprint Shoppe, Inc.**<br>**5130 North Elston Avenue**<br>**Chicago, IL 60630** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **The Parksite Group**<br>**33170 Treasury Center**<br>**Chicago, IL 60694** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Vacant Property Security**<br>**329 West 18th Street, Suite 714**<br>**Chicago, IL 60616** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Wesley D. Carpentry Inc.**<br>**5742 S Neva**<br>**Chicago, IL 60638** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Chicago Community Bank**<br>**1110 W. 35th Street**<br>**Chicago, IL 60609** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cole Taylor Bank**<br>**P.O. Box 804427**<br>**Chicago, IL 60680** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |

Sheet __7__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                         ,   Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __8__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re  **Anthony F. DeGrazia**                                                    Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **37th Place Homes, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**☐☐<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**☐☐<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**☐☐<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**☐☐<br>**Chicago, IL 60602** |

Sheet  __9__  of  __75__  continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                         ,   Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **37th Place Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **M&M Drywall Specialists, Inc**<br>**c/o TRISTAN & GONZALEZ LLC**<br>**11 E ADAMS SUITE 110**<br>**Chicago, IL 60603** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __10__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**_____,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __11__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |

Sheet __12__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **38th Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **42nd Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **42nd Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **42nd Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **42nd Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **42nd Street Townhomes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |

Sheet __13__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Chicago Community Bank**<br>**c/o MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** |
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Allied North America Insurance**<br>**500 N. Michigan Ave, Ste 2050**<br>**Chicago, IL 60611** |
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **DeBat Media**<br>**P.O. Box 578309**<br>**Chicago, IL 60657-8309** |
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Maggio Rent-A-Fence**<br>**2225 West North Avenue**<br>**Melrose Park, IL 60160-1107** |
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** |
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Sign Options**<br>**2996 S Archer Ave**<br>**Chicago, IL 60608** |
| **500 West 31st, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Stahl Cowen Crowley LLC**<br>**55 West Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603** |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment Sales Co, Inc**<br>**c/o EMALFARB SWAN & BAIN**<br>**440 CENTRAL AV.**<br>**Highland Park, IL 60035** |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Total Alpha Enviromental**<br>**5 Pembroke Ct.**<br>**Bloomingdale, IL 60108** |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Extreme Guard & K-9 Security, Inc.**<br>**2925 225th Street**<br>**Chicago Heights, IL 60411** |

Sheet __14__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                              ,   Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Helson's Garage Door Store, Ltd.**<br>**5737 S. Harlem Ave**<br>**Chicago, IL 60638** |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Master Fence**<br>**3745 Cooper Place**<br>**Crete, IL 60417** |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **NAI Hiffman**<br>**Attention: Douglas Mueller**<br>**One Oakbrook Terrace, Suite 600**<br>**Oak Brook Terrace, IL 60181** |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **51st Place Enterprises, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **DeBat Media**<br>**P.O. Box 578309**<br>**Chicago, IL 60657-8309** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Amcore Bank**<br>**1210 S Alpine Rd**<br>**Rockford, IL 61108** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Austin Bank**<br>**1301 W Taylor**<br>**Chicago, IL 60607** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Alliance Environmental Control**<br>**P.O. Box 5230**<br>**Chicago, IL 60616** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Allied North America Insurance**<br>**500 N. Michigan Ave, Ste 2050**<br>**Chicago, IL 60611** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Appraisal Research Counselors**<br>**400 East Randolph Street, Suite 715**<br>**Chicago, IL 60601-7388** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Best Imaging Solutions**<br>**20 E. Randolph, Mezzanine Level**<br>**Chicago, IL 60601** |

Sheet __15__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Business Affairs**<br>**121 North LaSalle St. Room 800**<br>**Chicago, IL 60602** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cubellis MGDF**<br>**P.O.Box S47855**<br>**Boston, MA 02284-7855** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Daley & George, Ltd.**<br>**20 S. Clark St., Suite 400**<br>**Chicago, IL 60603** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **FireStar Communications, Inc**<br>**211 E Ontario, Suite 700**<br>**Chicago, IL 60611** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **FireStar Interactive**<br>**211 East Ontario, Suite 700**<br>**Chicago, IL 60611** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Louik/Schneider & Associates, Inc.**<br>**54 W Hubbard St**<br>**Suite 210**<br>**Chicago, IL 60610** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Studnicka & Associates, Ltd.**<br>**2025 Jackson Branch Dr.**<br>**New Lenox, IL 60451** |

Sheet __16__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re      **Anthony F. DeGrazia**
_____,      Case No. _____
                                      Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **The Blueprint Shoppe, Inc.**<br>**5130 North Elston Avenue**<br>**Chicago, IL 60630** |
| **51st Street Residential, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Belmont Bank**<br>**c/o GOMBERG & SHARFMAN LTD**<br>**208 S LASALLE SUITE**<br>**Chicago, IL 60604** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Austin Bank**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON Suite 1000**<br>**Chicago, IL 60602** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Terry Cornell Jr**<br>**c/o GOLDSTEIN FLUXGOLD LTD LO**<br>**33 N DEARBORN ST1930**<br>**Chicago, IL 60602** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **ADT Security**<br>**P.O. Box 371490**<br>**Pittsburgh, PA 15250-7490** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **CM Expert Flooring Company**<br>**6225 N Whipple St**<br>**Chicago, IL 60659** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Dunn-Rite Plumbing**<br>**9205 South 84th Avenue**<br>**Hickory Hills, IL 60457** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Eric Gonzalez**<br>**4544 S Komensky**<br>**Chicago, IL 60632** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Reyes Painting**<br>**9233 S. 50th**<br>**Oak Lawn, IL 60453** |

Sheet __17__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                              ,   Case No. _____

                                                      Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Essex Insurance Company**<br>**4521 Highwoods Parkway**<br>**Glen Allen, VA 23060** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Frank O'Neill**<br>**6321 Skilbourn**<br>**Chicago, IL 60629** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Frank Pineda**<br>**3220 S. Lowe Ave**<br>**Chicago, IL 60616** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Fremont Investment & Loan**<br>**PO Box 25100**<br>**Santa Ana, CA 92799** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Garcia Caulking**<br>**3914 W 51st Street**<br>**Chicago, IL 60632** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Helson's Garage Door Store, Ltd.**<br>**5737 S. Harlem Ave**<br>**Chicago, IL 60638** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Jaime Ochoa**<br>**7301 W. 61st Place**<br>**Summit Argo, IL 60501** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **M & M Drywall Specialist**<br>**7831 Lamon**<br>**Burbank, IL 60459** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **M&M Flooring**<br>**3836 S. Union Ave.**<br>**Chicago, IL 60609** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Mark Gonzalez**<br>**1012 W Diversey Pkwy**<br>**Chicago, IL 60657** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Nawkaw Corporation**<br>**4N352 84 Court**<br>**Hanover Park, IL 60133** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Osco Incorporated**<br>**13351 Main Street**<br>**Lemont, IL 60439** |

Sheet __18__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re      **Anthony F. DeGrazia**                                        Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Parksite Appliance Solutions**<br>**33170 Treasury Center**<br>**Chicago, IL 60694** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Prairie Material Sales, Inc.**<br>**P.O. Box 917**<br>**Bedford Park, IL 60499** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **State Farm**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Parksite Group**<br>**33170 Treasury Center**<br>**Chicago, IL 60694** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Truck Tire Sales, Inc.**<br>**426 West Pershing Road**<br>**Chicago, IL 60609** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** |
| **51st Street Townhomes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Chicago Community Bank**<br>**c/o  MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Chicago Community Bank**<br>**c/o MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Allied North America Insurance**<br>**500 N. Michigan Ave, Ste 2050**<br>**Chicago, IL 60611** |

Sheet __19__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                                    ,   Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Daley & George, Ltd.**<br>**20 S. Clark St., Suite 400**<br>**Chicago, IL 60603** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **The Blueprint Shoppe, Inc.**<br>**5130 North Elston Avenue**<br>**Chicago, IL 60630** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **885 E 87th LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Mary Robinson and Michael Chambers**<br>**COLEMAN MARTIN & BROWN**<br>**70 E LAKE ST #540**<br>**Chicago, IL 60601** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Willie Bros. Co**<br>**15800 South Lamon**<br>**Oak Forest, IL 60452** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **ABT Appliances**<br>**1200 N Milwaukee Avenue**<br>**Glenview, IL 60025** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **ADT Security**<br>**P.O. Box 371490**<br>**Pittsburgh, PA 15250-7490** |

Sheet __20__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                    ,   Case No. _____
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Aries Capital**<br>**350 West Erie**<br>**Chicago, IL 60610** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **American Heritage**<br>**3054 N. Western**<br>**Chicago, IL 60618** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Builders Cabinets**<br>**401 N. Western Ave.**<br>**Chicago, IL 60612** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **CTS Central Tile Services**<br>**15252 W. 143rd Street- Suite A**<br>**Homer Glen, IL 60491** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cubellis MGDF**<br>**P.O.Box S47855**<br>**Boston, MA 02284-7855** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Daley & George, Ltd.**<br>**20 S. Clark St., Suite 400**<br>**Chicago, IL 60603** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Exclusive Stone**<br>**1361 W. Jarvis**<br>**Elk Grove Village, IL 60007** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **First Insurance Funding**<br>**8075 Innovation Way**<br>**Chicago, IL 60682** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **IL Environmental Protection Agency**<br>**1021 N Grand Ave E.**<br>**P.O.Box 19276**<br>**Springfield, IL 62794-9276** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Jaime Ochoa**<br>**7301 W. 61st Place**<br>**Summit Argo, IL 60501** |

Sheet __21__ of __75__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

In re   **Anthony F. DeGrazia**                                          ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **John's Heating, Inc**<br>**2940 S. Wentworth**<br>**Chicago, IL 60616-2715** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Louis K Walter, Jr. & Assoc., Inc.**<br>**215 Industrial Lane**<br>**Wheeling, IL 60090-6301** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Magnum Transportation, Inc.**<br>**3619 South Normal**<br>**Chicago, IL 60609** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **PAPA CTO Services**<br>**120 W. Madison**<br>**Chicago, IL 60602** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Parksite Appliance Solutions**<br>**33170 Treasury Center**<br>**Chicago, IL 60694** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **PC Marble, Inc**<br>**5859 117th Place**<br>**Alsip, IL 60803-6018** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Prosperity Electric**<br>**277 W. Raye St**<br>**Chicago Heights, IL 60411** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **R.R. Rasmussen & Assoc.**<br>**1510 Old Deerfield Rd**<br>**Highland Park, IL 60035** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Richco Structures**<br>**1409 Red Maple Rd**<br>**De Pere, WI 54115** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Selections Solutions**<br>**70 West Burton Pl.**<br>**Chicago, IL 60610** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Service Sanitation**<br>**135 Blaine Street**<br>**Gary, IN 46406** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Stealth Security**<br>**736 Burnham Avenue**<br>**Calumet City, IL 60409** |

Sheet __22__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Stock Building Supply LLC**<br>**1331 Davis Road**<br>**Elgin, IL 60123** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Tony's Carpet**<br>**3415 N Pioneer Avenue**<br>**Chicago, IL 60634-2827** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **US Plumbing**<br>**54 E Saint Charles Road Suite 1**<br>**Villa Park, IL 60181** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **V3 Companies**<br>**7325 Janes Ave**<br>**Suite 100**<br>**Woodridge, IL 60517** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Vans Iron Works, Inc**<br>**9738 Warwick Court**<br>**Munster, IN 46321** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago- Water Management**<br>**333 S State Street**<br>**Customer Service, Suite LL10**<br>**Chicago, IL 60602** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __23__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                         ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **89th & State LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **95th Street Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Patricia Smith and Shirlee Smith**<br>**c/o WOLFE & POLOVIN**<br>**180 N LASALLE #2420**<br>**Chicago, IL 60601** |
| **969 Land LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Laughill Construction, LLC**<br>**c/o DALEY & GEORGE LTD**<br>**20 S CLARK ST#400**<br>**Chicago, IL 60603** |

Sheet __24__ of __75__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re    **Anthony F. DeGrazia**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **969 Land LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **ACME Refining Company**<br>**3357 S. Justine**<br>**Chicago, IL 60608** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **AGM Holdings, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Green Investment Group, Inc**<br>**c/o Edward Eshoo**<br>**500 N Dearborn Ste 1200**<br>**Chicago, IL 60654** |
| **Alton Recovery LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Belmont Bank**<br>**c/o GOMBERG & SHARFMAN LTD**<br>**208 S LASALLE SUITE**<br>**Chicago, IL 60604** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **CitiMortgage**<br>**c/o Codilis & Associates, P.C.**<br>**15 W 030 North Frontage Rd, Ste 100**<br>**Burr Ridge, IL 60527** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Stahl's Fund ATTN: Jeffrey J Stahl**<br>**c/o PFS Wright LLC/ Stahl, Cowen, C**<br>**55 W Monroe Street, Suite 1200**<br>**Chicago, IL 60603** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Rudy Sabbagha, MD**<br>**680 Lake Shore Drive**<br>**Suite 1430**<br>**Chicago, IL 60611** |
| **Antonetta Passarelli**<br>**256 W 33rd St.**<br>**Chicago, IL 60616** | **Belmont Bank**<br>**c/o GOMBERG & SHARFMAN LTD**<br>**208 S LASALLE SUITE**<br>**Chicago, IL 60604** |
| **Antonetta Passarelli**<br>**256 W 33rd St.**<br>**Chicago, IL 60616** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |

Sheet __25__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                        ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antonetta Passarelli**<br>**256 W 33rd St.**<br>**Chicago, IL 60616** | **JP Morgan Chase Bank NA**<br>**c/o FISHER & SHAPIRO LLC**<br>**2121 WAUKEGAN #301**<br>**BANNOCKBURN, IL 60015** |
| **Antonetta Passarelli**<br>**256 W 33rd St.**<br>**Chicago, IL 60616** | **Stahl's Fund ATTN: Jeffrey J Stahl**<br>**c/o PFS Wright LLC/ Stahl, Cowen, C**<br>**55 W Monroe Street, Suite 1200**<br>**Chicago, IL 60603** |
| **ARM Leasing**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Caterpillar Financial Services Corp**<br>**P.O. Box 730669**<br>**Dallas, TX 75373-0669** |
| **ARM Leasing**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **Autumn Green at Wright Campus Condo** | **Bank of America**<br>**Correspondence Unit CA6-919-01-41**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **360 Design Group**<br>**2517 South Archer Avenue**<br>**Chicago, IL 60608** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **AAA Rental System**<br>**P.O. Box 918**<br>**Homewood, IL 60430-0918** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Accurate Computer Consulting, Inc.**<br>**1 Old Oak Trail**<br>**Palos Heights, IL 60463** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Chicago Party Rental**<br>**9480 W. 55th Street**<br>**La Grange, IL 60525** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Clear Channel Outdoor**<br>**P.O. Box 847247**<br>**Dallas, TX 75284-7247** |

Sheet __26__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **DeBat Media**<br>**P.O. Box 578309**<br>**Chicago, IL 60657-8309** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **First Insurance Funding**<br>**8075 Innovation Way**<br>**Chicago, IL 60682** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **IL Environmental Protection Agency**<br>**1021 N Grand Ave E.**<br>**P.O.Box 19276**<br>**Springfield, IL 62794-9276** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Intelli-Space Modular Buildings**<br>**P.O. Box 898**<br>**Oswego, IL 60543** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Louik/Schneider & Associates, Inc.**<br>**54 W Hubbard St**<br>**Suite 210**<br>**Chicago, IL 60610** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Magnum Transportation, Inc.**<br>**3619 South Normal**<br>**Chicago, IL 60609** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Mersino Dewatering, Inc**<br>**10162 E. Coldwater**<br>**Detroit, MI 48243** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **National Power Rodding Corp**<br>**2500 W Arthington Street**<br>**Chicago, IL 60612-4108** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **PAPA CTO Services**<br>**120 W. Madison**<br>**Chicago, IL 60602** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |

Sheet   **27**   of   **75**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re      **Anthony F. DeGrazia**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **RentalMax of Chicago**<br>**8522 S. Pulaski Rd.**<br>**Chicago, IL 60652** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Roy Fry, Inc**<br>**13624 Eileen Court**<br>**Orland Park, IL 60462** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Service Sanitation**<br>**135 Blaine Street**<br>**Gary, IN 46406** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **The Blueprint Shoppe, Inc.**<br>**5130 North Elston Avenue**<br>**Chicago, IL 60630** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **V3 Companies**<br>**7325 Janes Ave**<br>**Suite 100**<br>**Woodridge, IL 60517** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Vision Group Realty & Marketing, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** |
| **Colfax Homes, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Center Capital Corp**<br>**c/o DRESSLER & PETERS LLC**<br>**111 W WASHINGTON SUITE 190**<br>**Chicago, IL 60602** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Recycling Systems, Inc**<br>**c/o CLARK HILL PLC**<br>**150 N MICHIGAN#2700**<br>**Chicago, IL 60601** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **First Niagra Bank**<br>**c/o DEBORAH S. ASHEN LTD LAW**<br>**217 N JEFFERSON #600**<br>**Chicago, IL 60661** |

Sheet __28__ of __75__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Terrence J Hancock**<br>**c/o DOWD, BLOCH & BENNETT**<br>**8 South Michigan Avenue, 19th Floor**<br>**Chicago, IL 60603** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Heartland Recycling, LLC**<br>**c/o CONNOLLY STEVEN J**<br>**115 WEST 55TH STREET**<br>**Clarendon Hills, IL 60514** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wastequip Manufacturing Company**<br>**c/o TELLER LEVIT SILVERTRUST**<br>**11 EAST ADAMS 8THFL**<br>**Chicago, IL 60603** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ashland**<br>**16414 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T Real Yellow Pages**<br>**8519 Innovation Way**<br>**Chicago, IL 60682** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Emerald Insurance**<br>**12855 S. Cicero Avenue**<br>**Alsip, IL 60803** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **FedEx**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **First Niagra Bank**<br>**6950 S Transit Rd**<br>**Lockport, NY 14095** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Grand Aberdeen Service**<br>**1100 W Grand Ave.**<br>**Chicago, IL 60622** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **IL Dept. of Employment Security**<br>**P.O. Box 3637**<br>**Springfield, IL 62708** |

Sheet __29__ of __75__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re    **Anthony F. DeGrazia**
_____ ,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **IL Department of Revenue**<br>**Springfield, IL 62794-9004** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Illinois Tollway**<br>**P.O. Box 5201**<br>**Lisle, IL 60532-5201** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Junior's Tire Service, Inc**<br>**2240 W. 141St Street**<br>**Dixmoor, IL 60424** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K& H Corp**<br>**2358 Hearle Ave**<br>**Twin Lakes, WI 53181** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Liberty Mutual Insurance Group**<br>**75 Remittance Dr, Suite 1837**<br>**Chicago, IL 60675-1837** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lily White Products**<br>**626 West 47th St.**<br>**Chicago, IL 60609** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lindahl Brothers, Inc.**<br>**622 East Green Street**<br>**Bensenville, IL 60106-2579** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Local 731:Pension, Welfare & Fringe**<br>**1000 Burr Ridge Pkwy**<br>**Burr Ridge, IL 60527** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Magnum Transportation, Inc.**<br>**3619 South Normal**<br>**Chicago, IL 60609** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **MB Financial Bank, N.A.**<br>**1200 N. Ashland**<br>**Chicago, IL 60622** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Northland Capital**<br>**333 33rd Ave. South**<br>**Saint Cloud, MN 56301** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Office of Emergency Mgmt. & Comm**<br>**121 N LaSalle St**<br>**City Hall**<br>**Chicago, IL 60602** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Oscar Franco (Grand Express)**<br>**5334 W Grand Ave**<br>**Chicago, IL 60639** |

Sheet __30__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Progressive Insurance**<br>**PO Box 30108**<br>**Tampa, FL 33630-3108** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **R.H. Donnelley**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Robert's Sheet Metal Works**<br>**4347 W. Kinzie**<br>**Chicago, IL 60624** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **RSI Recycling Systems, Inc.**<br>**3152 South California**<br>**Chicago, IL 60608** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Satellite Industries**<br>**2530 Xenium Ln N**<br>**Minneapolis, MN 55441** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Southside Fuel Center Plus, Inc**<br>**970 West Pershing**<br>**Chicago, IL 60609** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **State Auto Insurance Companies**<br>**PO Box 182738**<br>**Columbus, OH 43218-2738** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **State Farm**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** |
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Stepp Equipment**<br>**5400 Stepp Drive**<br>**Summit Argo, IL 60501** |

Sheet __31__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                          ,   Case No. _____
                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Travelers Insurance**<br>**Claim Remittance Center**<br>**Hartford, CT 06183-1008** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **M&M Drywall Specialists, Inc**<br>**c/o TRISTAN & GONZALEZ LLC**<br>**11 E ADAMS SUITE 110**<br>**Chicago, IL 60603** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AABAC Heating & Cooling**<br>**309 W 59th Street #1**<br>**Hinsdale, IL 60521** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ajax Waste Services**<br>**PO Box 2102**<br>**Joliet, IL 60434** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alliance Electric**<br>**7831 Lamon**<br>**Burbank, IL 60459** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Beverly Asphalt Paving Co.**<br>**1514 W. Pershing Road**<br>**Chicago, IL 60609** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Builders Cabinets**<br>**401 N. Western Ave.**<br>**Chicago, IL 60612** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **CTS Central Tile Services**<br>**15252 W. 143rd Street- Suite A**<br>**Homer Glen, IL 60491** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Reyes Painting**<br>**9233 S. 50th**<br>**Oak Lawn, IL 60453** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Exclusive Stone**<br>**1361 W. Jarvis**<br>**Elk Grove Village, IL 60007** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Exterior Pro Inc.**<br>**1745 Evergreen Lane**<br>**Park Ridge, IL 60068** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Garcia Caulking**<br>**3914 W 51st Street**<br>**Chicago, IL 60632** |

Sheet __32__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                    ,   Case No. _____
_____
                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Green Acres Lawn Care**<br>**PO Box 1315**<br>**New Lenox, IL 60451** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Helson's Garage Door Store, Ltd.**<br>**5737 S. Harlem Ave**<br>**Chicago, IL 60638** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **KC Perfect Tile**<br>**3633 N. Oriole**<br>**Chicago, IL 60634** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **M & M Drywall Specialist**<br>**7831 Lamon**<br>**Burbank, IL 60459** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **M&M Flooring**<br>**3836 S. Union Ave.**<br>**Chicago, IL 60609** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Maxwell Plumbing**<br>**19715 LaGrange Road**<br>**Mokena, IL 60448** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **MP Snow Plow Service, LLC**<br>**3401 South Hoyne Avenue**<br>**Chicago, IL 60608** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **MRG Excavation & Concrete Spclsts**<br>**7831 Lamon Ave.**<br>**Burbank, IL 60459** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Nawkaw Corporation**<br>**4N352 84 Court**<br>**Hanover Park, IL 60133** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **New Era Painting, Inc.**<br>**3935 W. 67th Place**<br>**Chicago, IL 60629** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Olaf Landscaping**<br>**3720 W 78th Place**<br>**Chicago, IL 60652** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Parksite Appliance Solutions**<br>**33170 Treasury Center**<br>**Chicago, IL 60694** |

Sheet __33__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                    ,   Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Patriot Electric**<br>**10746 Eagle Ridge Dr**<br>**Orland Park, IL 60467** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Roberto Chavez**<br>**1525 S. 61st Ct.**<br>**Cicero, IL 60804** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Truck Tire Sales, Inc.**<br>**426 West Pershing Road**<br>**Chicago, IL 60609** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wesley D. Carpentry Inc.**<br>**5742 S Neva**<br>**Chicago, IL 60638** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **YZ Carpet Distributors**<br>**3306 S. Halsted St.**<br>**Chicago, IL 60608** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **D&G Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **DeGrazia Development Co.**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **DeGrazia Development Co.**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Albert C. Hanna**<br>**c/o Draper and Kramer Inc.**<br>**33 W Monroe St. Suite 1900**<br>**Chicago, IL 60603** |

Sheet __34__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re      **Anthony F. DeGrazia**                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Development Co.**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **CitiMortgage**<br>**c/o Codilis & Associates, P.C.**<br>**15 W 030 North Frontage Rd, Ste 100**<br>**Burr Ridge, IL 60527** |
| **DeGrazia Development Co.**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Jerry Ryce Masonry Inc**<br>**c/o SAPERSTEIN GERALD W**<br>**555 SKOKIE BLVD # 50**<br>**Northbrook, IL 60062** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Bridgeview Bank Group**<br>**4753 N. Broadway**<br>**Chicago, IL 60640** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Austin Bank**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON Suite 1000**<br>**Chicago, IL 60602** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Brian Webster**<br>**c/o LEVIN RIBACK LAW GROUP**<br>**60 W RANDOLPH 333**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Community Bank**<br>**c/o MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Commonwealth Edison Company**<br>**c/o COMMONWEALTH EDISON CLAIM**<br>**THREE LINCOLN CENTER**<br>**Villa Park, IL 60181** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **FireStar Communications Inc**<br>**c/o SHELIST LAW FIRM LLC**<br>**415 N LASALLE STREET**<br>**Chicago, IL 60610** |

Sheet   **35**   of   **75**   continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                        ,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **First Niagra Bank**<br>**c/o DEBORAH S. ASHEN LTD LAW**<br>**217 N JEFFERSON #600**<br>**Chicago, IL 60661** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Laughill Construction, LLC**<br>**c/o DALEY & GEORGE LTD**<br>**20 S CLARK ST#400**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Leibson, McGrath, Mankedick, LLC**<br>**c/o BEERMANN SWERDLOVE W**<br>**161 N CLARK ST #2600**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Gregory Hudalla**<br>**c/o SOSTRIN AND SOSTRIN PC**<br>**33 W. Monroe Street, #1510**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |

Sheet  __36__  of  __75__  continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                    ,    Case No. _____

                                                      Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Magnum Transportation, Inc.**<br>**c/o DOERRER JOHN A**<br>**1705 N RUTHERFORD**<br>**Elmwood Park, IL 60707** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **M&M Drywall Specialists, Inc**<br>**c/o TRISTAN & GONZALEZ LLC**<br>**11 E ADAMS SUITE 110**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Mersino Dewatering, Inc**<br>**c/o TELLER LEVIT SILVERTRUST**<br>**11 EAST ADAMS 8THFL**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Mary Robinson and Michael Chambers**<br>**COLEMAN MARTIN & BROWN**<br>**70 E LAKE ST #540**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Stock Building Supply, LLC**<br>**1331 Davis Road**<br>**Elgin, IL 60123** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Volvo Financial Services**<br>**c/o ULMER & BERNE LLP**<br>**500 W MADISON #3600**<br>**Chicago, IL 60661** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |

Sheet __37__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**
_____,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cowan Electric, Inc.**<br>**P.O. Box 5066**<br>**Elgin, IL 60121** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cremieux Supply Co.**<br>**3015 S. Archer Ave**<br>**Chicago, IL 60608-5512** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Exclusive Stone**<br>**1361 W. Jarvis**<br>**Elk Grove Village, IL 60007** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **GMAC**<br>**PO Box 9001952**<br>**Louisville, KY 40290-1952** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lorman Education Services**<br>**PO Box 509**<br>**Eau Claire, WI 54702-0509** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Magnum Transportation, Inc.**<br>**3619 South Normal**<br>**Chicago, IL 60609** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Mauge, Inc.**<br>**1629 N. Milwaukee Ave.**<br>**Chicago, IL 60647** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Near North National Title. LLC**<br>**222 North LaSalle Street**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Nedjeljko Vasiljevic**<br>**2625 W. Berwyn Ave #1**<br>**Chicago, IL 60625** |

Sheet __**38**__ of __**75**__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                        ,   Case No. _____
                                        Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **PAPA CTO Services**<br>**120 W. Madison**<br>**Chicago, IL 60602** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pitney Bowes**<br>**Equipment Lease-Mail Machines**<br>**PO Box 856390**<br>**Louisville, KY 40285** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Reyes Painting**<br>**9233 S. 50th**<br>**Oak Lawn, IL 60453** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Stahl Cowen Crowley LLC**<br>**55 West Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **State Farm**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Blueprint Shoppe, Inc.**<br>**5130 North Elston Avenue**<br>**Chicago, IL 60630** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Travelers Insurance**<br>**Claim Remittance Center**<br>**Hartford, CT 06183-1008** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Truck Tire Sales, Inc.**<br>**426 West Pershing Road**<br>**Chicago, IL 60609** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **W-T Land Surveying, Inc.**<br>**39 E. Scully Drive**<br>**Schaumburg, IL 60193** |

Sheet __39__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                  ,    Case No. _____
_____
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Illinois Dept Employment Security**<br>**Chicago Region - Revenue**<br>**527 s. Wells Street, Suite 100**<br>**Chicago, IL 60607** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __**40**__ of __**75**__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**
_____, Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Energy**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Jerry Ryce Masonry Inc**<br>**c/o SAPERSTEIN GERALD W**<br>**555 SKOKIE BLVD # 50**<br>**Northbrook, IL 60062** |
| **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Local 150**<br>**6200 Joliet Road**<br>**Countryside, IL 60525** |

Sheet __41__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Bridgeview Bank Group**<br>**4753 N. Broadway**<br>**Chicago, IL 60640** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Center Capital Corp**<br>**c/o DRESSLER & PETERS LLC**<br>**111 W WASHINGTON SUITE 190**<br>**Chicago, IL 60602** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Austin Bank**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON Suite 1000**<br>**Chicago, IL 60602** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **First Niagra Bank**<br>**c/o DEBORAH S. ASHEN LTD LAW**<br>**217 N JEFFERSON #600**<br>**Chicago, IL 60661** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **360 Design Group**<br>**2517 South Archer Avenue**<br>**Chicago, IL 60608** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AAA All County Board Up**<br>**3524 W 111th Street**<br>**Chicago, IL 60655** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cubellis MGDF**<br>**P.O.Box S47855**<br>**Boston, MA 02284-7855** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **IL Environmental Protection Agency**<br>**1021 N Grand Ave E.**<br>**P.O.Box 19276**<br>**Springfield, IL 62794-9276** |

Sheet __**42**__ of __**75**__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                      ,    Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Louik/Schneider & Associates, Inc.**<br>**54 W Hubbard St**<br>**Suite 210**<br>**Chicago, IL 60610** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Louis K Walter, Jr. & Assoc., Inc.**<br>**215 Industrial Lane**<br>**Wheeling, IL 60090-6301** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **North Star Trust Company**<br>**Land Trust Services**<br>**P.O.Box 371**<br>**Gurnee, IL 60031** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **PAPA CTO Services**<br>**120 W. Madison**<br>**Chicago, IL 60602** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Reyes & Bonoma, Ltd.**<br>**1 N LaSalle**<br>**Suite 4500**<br>**Chicago, IL 60602** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Richard Indyke**<br>**221 N LaSalle Suite 1200**<br>**Chicago, IL 60601** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **The Blueprint Shoppe, Inc.**<br>**5130 North Elston Avenue**<br>**Chicago, IL 60630** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **V3 Companies**<br>**7325 Janes Ave**<br>**Suite 100**<br>**Woodridge, IL 60517** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** | **Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** |
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Bank of America**<br>**Correspondence Unit CA6-919-01-41**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** |

Sheet __43__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                          Case No. _____
                                                                            ,
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DeGrazia Investments, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **William Kaplan**<br>**111 E. Wacker Drive**<br>**Suite 2400**<br>**Chicago, IL 60601** |
| **Eric Gonzalez**<br>**4544 S Komensky**<br>**Chicago, IL 60632** | **Amcore Bank**<br>**1210 S Alpine Rd**<br>**Rockford, IL 61108** |
| **Eric Gonzalez**<br>**4544 S Komensky**<br>**Chicago, IL 60632** | **Austin Bank**<br>**1301 W Taylor**<br>**Chicago, IL 60607** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Bridgeview Bank Group**<br>**4753 N. Broadway**<br>**Chicago, IL 60640** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Center Capital Corp**<br>**c/o DRESSLER & PETERS LLC**<br>**111 W WASHINGTON SUITE 190**<br>**Chicago, IL 60602** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Austin Bank**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON Suite 1000**<br>**Chicago, IL 60602** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Chicago Community Bank**<br>**c/o MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **974 Condominium Association**<br>**c/o Kovitz, Shifrin, Nesbit**<br>**750 Lake Cook Rd, Suite 350**<br>**Buffalo Grove, IL 60089** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |

Sheet  __44__  of __75__  continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                                ,   Case No. _____
                                                   Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **First Niagra Bank**<br>**c/o DEBORAH S. ASHEN LTD LAW**<br>**217 N JEFFERSON #600**<br>**Chicago, IL 60661** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Terrence J Hancock**<br>**c/o DOWD, BLOCH & BENNETT**<br>**8 South Michigan Avenue, 19th Floor**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Heartland Recycling, LLC**<br>**c/o CONNOLLY STEVEN J**<br>**115 WEST 55TH STREET**<br>**Clarendon Hills, IL 60514** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **PNC Bank**<br>**c/o PIERCE & ASSOCIATES**<br>**1 N DEARBORN #1300**<br>**Chicago, IL 60602** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Residential Credit Solutions**<br>**c/o CODILIS ERNEST J JR**<br>**15W030 N FRONTAGE RD**<br>**Burr Ridge, IL 60527** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Patricia Smith and Shirlee Smith**<br>**c/o WOLFE & POLOVIN**<br>**180 N LASALLE #2420**<br>**Chicago, IL 60601** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **JP Morgan Chase Bank NA**<br>**c/o FISHER & SHAPIRO LLC**<br>**2121 WAUKEGAN #301**<br>**BANNOCKBURN, IL 60015** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Ramone L Davis**<br>**c/o KAVATHAS & CASTANES**<br>**33 N DEARBORN**<br>**Chicago, IL 60602** |

Sheet   **45**   of   **75**   continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                    Case No. _____
                                                            ,
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Amcore Bank**<br>**1210 S Alpine Rd**<br>**Rockford, IL 61108** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Austin Bank**<br>**1301 W Taylor**<br>**Chicago, IL 60607** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Albert C. Hanna**<br>**c/o Draper and Kramer Inc.**<br>**33 W Monroe St. Suite 1900**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Frank Mirabella,Donna-Joe Mirabella**<br>**& Genevieve Mirabella**<br>**3314 S Normal Ave**<br>**Chicago, IL 60616-3513** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Stahl's Fund ATTN: Jeffrey J Stahl**<br>**c/o PFS Wright LLC/ Stahl, Cowen, C**<br>**55 W Monroe Street, Suite 1200**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Aries Capital**<br>**350 West Erie**<br>**Chicago, IL 60610** |
| **Michael Passarelli**<br>**256 W. 33rd Street**<br>**Chicago, IL 60616** | **Local 520:Pension, Welfare & Fringe**<br>**520 Engineers Road**<br>**Granite City, IL 62040** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Commraider**<br>**c/o ADLER ARTHUR B & ASSOC**<br>**25 E WASHINGTON #500**<br>**Chicago, IL 60602** |

Sheet   **46**   of   **75**   continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                                    , Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment Sales Co, Inc**<br>**c/o EMALFARB SWAN & BAIN**<br>**440 CENTRAL AV.**<br>**Highland Park, IL 60035** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lou-Bob Oil Company**<br>**c/o POPUCH STEVEN L**<br>**650 N DEARBORN#750**<br>**Chicago, IL 60610** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Accurate Computer Consulting, Inc.**<br>**1 Old Oak Trail**<br>**Palos Heights, IL 60463** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Acton Mobile Industries**<br>**P.O. Box 758689**<br>**Baltimore, MD 21275-8689** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AEW**<br>**558 W 37th St. PMB 300**<br>**Chicago, IL 60609** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Airgas Mid America**<br>**PO Box 802615**<br>**Chicago, IL 60680-2615** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alliance Environmental Control**<br>**P.O. Box 5230**<br>**Chicago, IL 60616** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **American Truck Products & Asses.**<br>**P.O. Box 701**<br>**Chicago Heights, IL 60412** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Amerisafe**<br>**3990 Enterprise Court**<br>**Aurora, IL 60504** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Amor Perez**<br>**9419 Southmoor Ave Apt. 17**<br>**Highland, IN 46322** |

Sheet __47__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                              ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **B & R Welding Company**<br>**375 E. 60th Street**<br>**Chicago, IL 60637** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Barbaro Construction Co., Inc.**<br>**2453 S. Archer., Suite C**<br>**Chicago, IL 60616** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Carpet Center, Inc.**<br>**1550 W. PERSHING ROAD**<br>**P. O. BOX 09730**<br>**Chicago, IL 60608** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Messenger Service**<br>**1600 S. Ashland Ave.**<br>**Chicago, IL 60608-2013** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Office of the Circuit Court Clerk**<br>**Judicial Office Facility**<br>**505 County Farm Road**<br>**Wheaton, IL 60187** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **CommRaider**<br>**9701 S. Keen Ave**<br>**Palos Hills, IL 60465** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Contractors Access Equipment**<br>**2222 South Halsted St.**<br>**Chicago, IL 60608** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **D&M Rolloff Inc.**<br>**P.O. Box 95335**<br>**Palatine, IL 60095** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Eddie's Welding Equipment**<br>**2719 Fifth Street, Unit J**<br>**Stafford, TX 77477** |

Sheet __**48**__ of __**75**__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Everlights**<br>**231267 Momentum Place**<br>**Chicago, IL 60689-5311** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Exodus**<br>**6659 Sturbridge PL.**<br>**Youngstown, OH 44514** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Frontier Hauling LLC**<br>**P.O. Box 190815**<br>**Saint Louis, MO 63119** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Genesis Attachments LLC**<br>**24124 Network Place**<br>**Chicago, IL 60673-1241** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Great Lakes Equipment Co.**<br>**P.O. Box 1331**<br>**Elmhurst, IL 60126-8331** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Helders Motor Service Co.**<br>**3201 S. Kostner Ave**<br>**Chicago, IL 60623** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Holiday Inn**<br>**3800 Homer Adams Parkway**<br>**Alton, IL 62002** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hydraulic Design & Repair**<br>**110 S. Broad Street**<br>**Griffith, IN 46319** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Illinois American Water**<br>**PO Box 94551**<br>**Palatine, IL 60094-4551** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ilmo Products Company**<br>**PO Box 790**<br>**Jacksonville, IL 62651-0790** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **J.L. Nash Enterprises Inc.**<br>**PO Box 130**<br>**Jerseyville, IL 62052** |

Sheet __49__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re  **Anthony F. DeGrazia**                                           ,   Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **John Heating Inc.**<br>**2940 S Wentworth**<br>**Chicago, IL 60616** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kostova Properties**<br>**3224 Locust #555**<br>**Saint Louis, MO 63103** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment**<br>**1050 Drop Off Drive**<br>**Summerville, SC 29483** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Landstar Inway, Inc.**<br>**12793 Collections Ctr Dr**<br>**Chicago, IL 60693** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lee Mechanical Contractors**<br>**P.O. Box 663**<br>**Park Hills, MO 63601** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Local 150:Pension, Welfare & Fringe**<br>**6200 Joliet Road**<br>**Countryside, IL 60525** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **McAllister Equipment Co.**<br>**12500 S Cicero Ave**<br>**Alsip, IL 60803** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Midwest Material Mgt**<br>**566 Rock Road Drive, Unit 1**<br>**Dundee, IL 60118** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Morningfields**<br>**800 W Devon**<br>**Park Ridge, IL 60068** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **NCCI- Illinois**<br>**1374 Vos Court**<br>**Antioch, IL 60002-2746** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Osco Fuel**<br>**P.O. box 70**<br>**Lemont, IL 60439-0070** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Patten Industries**<br>**635 W Lake Street**<br>**Elmhurst, IL 60126-1465** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Paul Woznicki, L.L.C.**<br>**221 N. LaSalle Street, 38th Floor**<br>**Chicago, IL 60601** |

Sheet __50__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                              Case No. _____
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pirtek**<br>**1916 Woodson Road**<br>**Saint Louis, MO 63114** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pit Stop**<br>**2351 Powis Road**<br>**West Chicago, IL 60185** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pitney Bowes**<br>**Equipment Lease-Mail Machines**<br>**PO Box 856390**<br>**Louisville, KY 40285** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Premium Trust Acct.**<br>**P.O. Box 740042**<br>**Atlanta, GA 30374-0042** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Professional Ins. Services**<br>**3525 W. Peterson Ave Ste 601**<br>**Chicago, IL 60659-9954** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Progressive Insurance**<br>**PO Box 30108**<br>**Tampa, FL 33630-3108** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Purchase Power**<br>**PO BOX 856042**<br>**Louisville, KY 40285-6042** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rapid Recovery -CHI**<br>**8971 W. Bloomfield Road**<br>**Peoria, AZ 85381** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rex Radiator**<br>**1440 West 38th Street**<br>**Chicago, IL 60609-2114** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ricoh Americas Corporation**<br>**Lease Administration**<br>**1000 Omega Dr Ste 1170**<br>**Pittsburgh, PA 15250-7992** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Roland Machinery Co.**<br>**NW 7899, P.O. Box 1450**<br>**Minneapolis, MN 55485-7899** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rose Pest Solutions**<br>**1809 W. North Ave**<br>**Chicago, IL 60622-1307** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **RSI Recyling Systems, Inc.**<br>**3152 S California**<br>**Chicago, IL 60609** |

Sheet   **51**   of   **75**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re    **Anthony F. DeGrazia** _____,   Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ryan Harris**<br>**9 Townsquare Blvd.**<br>**Columbiana, OH 44408** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Sargents Equipment & Repair Service**<br>**P.O. Box 2387**<br>**Palatine, IL 60067** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Southside Fuel Center Plus, Inc**<br>**970 West Pershing**<br>**Chicago, IL 60609** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Stahl Cowen Crowley LLC**<br>**55 West Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Staples**<br>**Dept.00-05063938**<br>**The Lakes, NV 88901-6721** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **State Farm**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Technology Insurance Company**<br>**P.O. Box 740042**<br>**Atlanta, GA 30374-0042** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Security Professionals, Inc.**<br>**5650 S. Archer Avenue**<br>**Chicago, IL 60638** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Thoesen Tractor & Equipment Co**<br>**3142 Lincoln Highway**<br>**Chicago Heights, IL 60411-7728** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Thompson Rental**<br>**21 W 550 North Ave**<br>**Lombard, IL 60148** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **United Rent-A-Fence**<br>**1213 Capitol Dr. #6**<br>**Addison, IL 60101** |

Sheet __**52**__ of __**75**__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wight Construction**<br>**2500 North Frontage Road**<br>**Darien, IL 60561** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **William Burns**<br>**5256 S Paulina**<br>**Chicago, IL 60609** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wisco**<br>**PO Box 88666**<br>**Chicago, IL 60680-1666** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Zimmerman Trucking & Excavating**<br>**4603 Hedge Road**<br>**Roxana, IL 62084** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Local 520:Pension, Welfare & Fringe**<br>**520 Engineers Road**<br>**Granite City, IL 62040** |
| **RAM Management Services**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** |
| **RAM Wrecking**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111**☐☐<br>**South Roxana, IL 62087** |
| **Richard Lilly**<br>**836 W 36th Street**<br>**Chicago, IL 60609** | **Center Capital Corp**<br>**c/o DRESSLER & PETERS LLC**<br>**111 W WASHINGTON SUITE 190**<br>**Chicago, IL 60602** |
| **Richard Lilly**<br>**836 W 36th Street**<br>**Chicago, IL 60609** | **First Niagra Bank**<br>**c/o DEBORAH S. ASHEN LTD LAW**<br>**217 N JEFFERSON #600**<br>**Chicago, IL 60661** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chase Home Finance LLC**<br>**c/o FANDRE SCOTT J**<br>**171 N CLARK ST**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Community Bank**<br>**c/o MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** |

Sheet __53__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**_____, Case No. _____
                                              Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Community Bank**<br>**c/o MARTIN & KARCAZES LTD**<br>**161 N.CLARK ST. SUITE 550**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Colleen Harper**<br>**c/o MARINO HERMAN J**<br>**53 W JACKSON #1442**<br>**Chicago, IL 60604** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**Chicago, IL 60602** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **M&M Drywall Specialists, Inc**<br>**c/o TRISTAN & GONZALEZ LLC**<br>**11 E ADAMS SUITE 110**<br>**Chicago, IL 60603** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Richco Structures**<br>**1409 Red Maple Rd**<br>**De Pere, WI 54115** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **FireStar Communications Inc**<br>**c/o SHELIST LAW FIRM LLC**<br>**415 N LASALLE STREET**<br>**Chicago, IL 60610** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **3 Blocks Up**<br>**3427 Elmwood Ave**<br>**Berwyn, IL 60402** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **A&S Glass Co.**<br>**6234 South Kildare**<br>**Chicago, IL 60629** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **FireStar Interactive**<br>**211 East Ontario, Suite 700**<br>**Chicago, IL 60611** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Adam Bors**<br>**9463 Bay Colony Dr.**<br>**Des Plaines, IL 60018** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **ADT Security Services**<br>**P.O. Box 371490**<br>**Pittsburgh, PA 15250-7490** |

Sheet __54__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**       ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Alliance Electric<br>7831 Lamon<br>Burbank, IL 60459 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Fronczak Hardware<br>2606 W 47th St<br>Chicago, IL 60632 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Astro Insulation, Inc.<br>4418 Route 31<br>Ringwood, IL 60072 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Garcia Caulking<br>3914 W 51st Street<br>Chicago, IL 60632 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | B & H Industries<br>80 W. Seegers Rd.<br>Arlington Heights, IL 60005 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Helson's Garage Door Store, Ltd.<br>5737 S. Harlem Ave<br>Chicago, IL 60638 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | IL Environmental Protection Agency<br>1021 N Grand Ave E.<br>P.O.Box 19276<br>Springfield, IL 62794-9276 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Beeper Carpet Cleaners<br>7949 W. Westport Dr.<br>Frankfort, IL 60423 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Ingenii, LLC<br>112 S. Elmwood Ave.<br>Oak Park, IL 60302 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Brook Furniture Rental<br>4078 Payshere Circle<br>Chicago, IL 60674 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Builders Cabinets<br>401 N. Western Ave.<br>Chicago, IL 60612 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | L&M Cultured Marble Co.<br>3421 W. 48th Pl.<br>Chicago, IL 60632 |
| Riverside Homes, LLC<br>1300 W. Exchange<br>Chicago, IL 60609 | Chicago Community Bank<br>1110 W. 35th St<br>Chicago, IL 60609 |

Sheet __55__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**_____,   Case No. _____

                                                 Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Landmark Engineering Corp.**<br>**7808 W. 103rd St.**<br>**Palos Hills, IL 60465** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Spies**<br>**4407 N. Milwaukee**<br>**Chicago, IL 60630** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Leibson, McGrath, Mankedick, LLC**<br>**c/o BEERMANN SWERDLOVE W**<br>**161 N CLARK ST #2600**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Louis K Walter, Jr. & Assoc., Inc.**<br>**215 Industrial Lane**<br>**Wheeling, IL 60090-6301** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **M.C. Exterior Finishes**<br>**936 W. Villa Drive**<br>**Des Plaines, IL 60016** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Magnum Transportation, Inc.**<br>**c/o DOERRER JOHN A**<br>**1705 N RUTHERFORD**<br>**Elmwood Park, IL 60707** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **CTS Central Tile Services**<br>**15252 W. 143rd Street- Suite A**<br>**Homer Glen, IL 60491** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Mauge, Inc.**<br>**1629 N. Milwaukee Ave.**<br>**Chicago, IL 60647** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Maxwell Plumbing**<br>**19715 LaGrange Road**<br>**Mokena, IL 60448** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Daniel Weinbach & Partners, LTD**<br>**53 West Jackson, Suite 250**<br>**Chicago, IL 60604** |

Sheet  __56__  of  __75__  continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**
_____ ,   Case No. _____
                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **DeGrazia Development Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Exclusive Stone**<br>**1361 W. Jarvis**<br>**Elk Grove Village, IL 60007** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Midwest Siding Supply Inc.**<br>**1001 Aucutt Rd.**<br>**Montgomery, IL 60538** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **MRG Excavation & Concrete Spclsts**<br>**7831 Lamon Ave.**<br>**Burbank, IL 60459** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Near North National Title. LLC**<br>**222 North LaSalle Street**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Nedjeljko Vasiljevic**<br>**2625 W. Berwyn Ave #1**<br>**Chicago, IL 60625** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wirtz Rentals Co**<br>**5707 Archer Rd,**<br>**Summit Argo, IL 60501** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **New Generation Imports, Inc.**<br>**825 Bonnie Lane**<br>**Elk Grove Village, IL 60007** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wawel P.A. Inc.**<br>**4 Robinhood Court**<br>**Lincolnshire, IL 60069** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Vari Architects**<br>**824 N. Racine Ave**<br>**Chicago, IL 60622** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Olaf Landscaping**<br>**3720 W 78th Place**<br>**Chicago, IL 60652** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **PAPA CTO Services**<br>**120 W. Madison**<br>**Chicago, IL 60602** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Vans Iron Works, Inc**<br>**9738 Warwick Court**<br>**Munster, IN 46321** |

Sheet  __57__  of  __75__  continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____
                                                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **US Plumbing**<br>**54 E Saint Charles Road Suite 1**<br>**Villa Park, IL 60181** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Parksite Appliance Solutions**<br>**33170 Treasury Center**<br>**Chicago, IL 60694** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **To The Top Home Elevators**<br>**557 N. Wolf Road**<br>**Wheeling, IL 60090** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Hartford**<br>**P.O. Box 2907**<br>**Hartford, CT 06104-2907** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Blueprint Shoppe, Inc.**<br>**5130 North Elston Avenue**<br>**Chicago, IL 60630** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Stock Building Supply LLC**<br>**1331 Davis Road**<br>**Elgin, IL 60123** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Reyes Painting**<br>**9233 S. 50th**<br>**Oak Lawn, IL 60453** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Selections Solutions**<br>**70 West Burton Pl.**<br>**Chicago, IL 60610** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Schaaf Window Co., Inc.**<br>**18445 Thompson Court**<br>**Tinley Park, IL 60477** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Salsbury Industries**<br>**1010 East 62nd St.**<br>**Los Angeles, CA 90001** |

Sheet  __58__  of  __75__  continuation sheets attached to the Schedule of Codebtors

In re      **Anthony F. DeGrazia**
_____,     Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Sara Whitely Design**<br>**142 Touisset ave.**<br>**Swansea, MA 02777** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Satellite Shelters, Inc.**<br>**2530 Xenium Lane N.**<br>**Minneapolis, MN 55441-3695** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Menards**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet  **59**  of  **75**  continuation sheets attached to the Schedule of Codebtors

In re **Anthony F. DeGrazia**, Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**☐☐<br>**130 East Randolph Drive**☐☐<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**☐☐<br>**130 East Randolph Drive**☐☐<br>**Chicago, IL 60601** |

Sheet __**60**__ of __**75**__ continuation sheets attached to the Schedule of Codebtors

In re  **Anthony F. DeGrazia**                                    , Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |

Sheet __61__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                          ,   Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Jerry Ryce Masonry Inc**<br>**c/o SAPERSTEIN GERALD W**<br>**555 SKOKIE BLVD # 50**<br>**Northbrook, IL 60062** |
| **Riverside Homes, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ferro DiPiazza Inc.**<br>**c/o Thomas DiPiazza & Richard Ferro**<br>**3611 S. Normal**<br>**Chicago, IL 60609-1723** |

Sheet __62__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**_____,    Case No. _____

_____Debtor_____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RMR Group**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111☐☐**<br>**South Roxana, IL 62087** |
| **Senior Lifestyles**<br>**111 E. Wacker Drive**<br>**Suite 2400**<br>**Chicago, IL 60601** | **Bank of America**<br>**Correspondence Unit CA6-919-01-41**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Brian Webster**<br>**c/o LEVIN RIBACK LAW GROUP**<br>**60 W RANDOLPH 333**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cole Taylor Bank**<br>**c/o GOLDBERG KOHN LTD**<br>**55 E MONROE #3300**<br>**Chicago, IL 60603** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **System Electric Inc**<br>**2727 South Mary Street**<br>**Chicago, IL 60608** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Builders Cabinets**<br>**401 N. Western Ave.**<br>**Chicago, IL 60612** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Central Tile Services**<br>**15252 W 143rd Street**<br>**Homer Glen, IL 60491** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Agent Publishing, LLC**<br>**2000 N. Racine**<br>**Chicago, IL 60614** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |

Sheet __63__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re　**Anthony F. DeGrazia**　　　　　　　　　　　　　　　　　　，　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Daley & George, Ltd.**<br>**20 S. Clark St., Suite 400**<br>**Chicago, IL 60603** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Garcia Caulking**<br>**3914 W 51st Street**<br>**Chicago, IL 60632** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **FireStar Communications Inc**<br>**c/o SHELIST LAW FIRM LLC**<br>**415 N LASALLE STREET**<br>**Chicago, IL 60610** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **George Bilhorn & Co**<br>**918 Prairie Lawn Road**<br>**Glenview, IL 60025-4054** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Gregory Hudalla**<br>**315 Havens Drive**<br>**Downers Grove, IL 60515** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Guerard, Kalina & Butkus**<br>**100 West Roosevelt Road**<br>**Wheaton, IL 60187** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Jones & Jacobs**<br>**77 West Washington Street**<br>**Suite 2100**<br>**Chicago, IL 60602** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Leibson, McGrath, Mankedick, LLC**<br>**400 Skokie Blvd. Suite 590**<br>**Northbrook, IL 60062** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Maxwell Plumbing**<br>**19715 LaGrange Road**<br>**Mokena, IL 60448** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **New West Realty, LLC**<br>**1440 W. Taylor Street**<br>**Chicago, IL 60607** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **OSHA**<br>**1600 167th Street, Suite 9**<br>**Calumet City, IL 60409** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Parksite Appliance Solutions**<br>**33170 Treasury Center**<br>**Chicago, IL 60694** |

Sheet __**64**__ of __**75**__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **PC Marble, Inc**<br>**5859 117th Place**<br>**Alsip, IL 60803-6018** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Roseland Draperies & Blinds**<br>**25 W. Sauk Trail**<br>**Chicago Heights, IL 60411** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Sara Whitely Design**<br>**142 Touisset ave.**<br>**Swansea, MA 02777** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Schaaf Window Co., Inc.**<br>**18445 Thompson Court**<br>**Tinley Park, IL 60477** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Vari Architects**<br>**824 N. Racine Ave**<br>**Chicago, IL 60622** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Vision Group Realty & Marketing, LLC**<br>**1300 W. Exhange**<br>**Chicago, IL 60609** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __65__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                    ,    Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __66__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __67__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

Sheet __68__ of __75__  continuation sheets attached to the Schedule of Codebtors

In re      **Anthony F. DeGrazia**                                    ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **COM ED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |

Sheet __69__ of __75__  continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |

Sheet __**70**__ of __**75**__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                            ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |

Sheet __71__ of __75__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Anthony F. DeGrazia**                                            ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |

Sheet __72__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                                    ,    Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Peoples Gas**<br>**Attn: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |

Sheet __73__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re    **Anthony F. DeGrazia**                                              ,    Case No. _____

                                                                     Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Residences at Morgan Street, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Cook County Treasurer**<br>**118 N Clark St # 112**<br>**Chicago, IL 60602** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Volvo Financial Services**<br>**c/o ULMER & BERNE LLP**<br>**500 W MADISON #3600**<br>**Chicago, IL 60661** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Al Warren Oil Co.**<br>**P.O. Box 40**<br>**Summit Argo, IL 60501** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Allied North America Insurance**<br>**P.O. Box 2044**<br>**Carol Stream, IL 60132** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Cananwill Inc.**<br>**P.O.Box 19639**<br>**Newark, NJ 07195-0639** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Essex Insurance Company**<br>**4521 Highwoods Parkway**<br>**Glen Allen, VA 23060-6148** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Jaime Ochoa**<br>**7301 W. 61st Place**<br>**Summit Argo, IL 60501** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **McAllister Equipment Co.**<br>**12500 S Cicero Ave**<br>**Alsip, IL 60803** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Plante & Moran, PLLC**<br>**225 W. Washington Street**<br>**Suite 2700**<br>**Chicago, IL 60606** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Truck Tire Sales, Inc.**<br>**426 West Pershing Road**<br>**Chicago, IL 60609** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Volvo Financial Services**<br>**P.O.Box 7247-0236**<br>**Philadelphia, PA 19170-0236** |
| **Tierra Excavation, LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Windy City Heavy Equipment**<br>**12500 S. Cicero Ave.**<br>**Alsip, IL 60803** |

Sheet __74__ of __75__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony F. DeGrazia**                                                ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Titan Wrecking & Environmental LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |
| **Titan Wrecking & Environmental LLC**<br>**1300 W Exchange**<br>**Chicago, IL 60609** | **Lou-Bob Oil Company**<br>**c/o POPUCH STEVEN L**<br>**650 N DEARBORN#750**<br>**Chicago, IL 60610** |
| **William Kaplan**<br>**111 E. Wacker Drive**<br>**Suite 2400**<br>**Chicago, IL 60601** | **Bank of America**<br>**Correspondence Unit CA6-919-01-41**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** |

Sheet   __75__   of   __75__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  Anthony F. DeGrazia                                      Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter | AGE(S):<br>4 1/2 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Realtor | Manager |
| Name of Employer | Unemployed | AGM Management, Inc. |
| How long employed | | 9 months |
| Address of Employer | | 1300 W. Exchange<br>Chicago, IL 60609 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 2,916.09 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 2,916.09 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 2,916.09 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 2,383.33 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): Cash Income | $ | 0.00 | $ | 705.62 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 3,088.95 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 6,005.04 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 6,005.04 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   Anthony F. DeGrazia _____   Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,707.00 |
| a. Are real estate taxes included?            Yes ___          No  X | | |
| b. Is property insurance included?            Yes ___          No  X | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 54.00 |
| c. Telephone | $ | 100.00 |
| d. Other  Cable (basic) | $ | 70.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 147.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 750.00 |
| d. Auto | $ | 220.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  Real Estate Tax | $ | 550.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 1,082.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Preschool | $ | 320.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,850.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,005.04 |
| b.   Average monthly expenses from Line 18 above | $ | 6,850.00 |
| c.   Monthly net income (a. minus b.) | $ | -844.96 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Anthony F. DeGrazia

Debtor(s)

Case No.

Chapter   7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___262___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February 28, 2011

Signature   /s/ Anthony F. DeGrazia

Anthony F. DeGrazia

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Anthony F. DeGrazia

Debtor(s)

Case No.

Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $2,917.00 | 2008 Wages |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $36,000.00 | 2009 Rental Income |
| $19.00 | 2008 Interest Income |

2

| AMOUNT | SOURCE |
|---|---|
| $9,000.00 | 2008 Rental Income |

---

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Austin Bank v 51st St Residences, LLC, Anthony DeGrazia, et al. 09 CH 16843 | Foreclosure | Cook County, IL | Pending |
| Belmont Bank v 51st Place Enterprises, LLC, Anthony DeGrazia, et al. 10 CH 28400 | Foreclosure | Cook County, IL | Pending |
| Brian Webster v Residences Morgan St, LLC 06 L 009455 | Personal Injury | Cook County, IL | Pending ($50,000) |
| Center Capital Corp v Continental Disposal, LLC, Anthony DeGrazia, et al. 09 L 050472 | Replevin | Cook County, IL | Unknown ($30,001.00) |
| Chase Home Finance LLC v Riverside Homes LLC, et. al (contingent corp. obligation) 08 CH 28805 | Foreclosure | Cook County, IL | Pending |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chicago Community Bank v 885 E. 87th LLC, Anthony DeGrazia, et al. 10 CH 09237 | Foreclosure | Cook County, IL | Pending |
| Chicago Community Bank v Riverside Homes, LLC, Anthony DeGrazia, et al. 09 CH 47952 | Foreclosure | Cook County | Pending |
| Chicago Community Bank v 885 East 87th LLC, Anthony DeGrazia, et al. 10 CH 04098 | Foreclosure | Cook County, IL | Unknown |
| Chicago Community Bank v Riverside Homes, LLC, et al. (contigent corporate obligation) 10 CH 06221 | Foreclosure | Cook, IL | Pending |
| City of Chicago v 3227 S Halsted Condominiums LLC, et al. (Contingent Corporate Obligation) 09 BS 1037A | Municiple Code Violation | Cook County, IL | Judgment ($1,040.00) |
| Cole Taylor v 89th & State, LLC, Anthony DeGrazia 08 CH 43605 consolidated with 09 CH 08524 | Foreclosure | Cook County, IL | MORTGAGE FORCLOSURE DISPOSED / SHERIFFS SALE APPROVED ($4,668,626.45) |
| Cole Taylor v 37th Place Homes II, Anthony DeGrazia, et al. 09 CH 08529 | Mechanic Lien | Cook, IL | UNKNOWN |
| Cole Taylor v The Residences at Morgan Street, LLC, Anthony DeGrazia, et al. 08 CH 26035 | Foreclosure | Cook County, IL | MORTGAGE FORCLOSURE DISPOSED / SHERIFFS SALE APPROVED ($3,630,242.60) |
| Cole Taylor Bank v The Residences at Morgan Street, LLC, Anthony DeGrazia, et al. 08 CH 43599 | Foreclosure | Cook County, IL | Pending ($3,630,242.60) |
| 974 Condominium v Michael Passarelli 10 M1 714212 | Breach of Contract | Cook County, IL | JUDGMENT ($4,797.98) |
| Recycling Systems, Inc v Continental Disposal LLC, et al. 08 L 003510 | Breach of Contract | Cook County, IL | Judgment ($125,301.76) |
| Chicago Community Bank v 500 West 31st, LLC, et al. (Contingent Corporate Obligation) 10 CH 28259 | Foreclosure | Cook County, IL | UNKNOWN |
| Commonwealth Edison Company v DeGrazia Development Co. (Cont. Corp Obligation) 09 M1 112085 | Breach of Contract | Cook County, IL | UNKNOWn |
| Commraider v RAM Management Services (Cont. Corp Obligation) 10 M1 131297 | Breach of Contract | Cook County, IL | UNKNOWN |
| Terry Cornell, Jr v 51st Street Townhomes, LLC 09 L 001834 | Personal Injury | Cook County, IL | UNKNOWN |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Department of Buildings v 3227-31 S Halsted Condominiums, LLC (Cont. Corp Obligation) 508T0190723 | Administrative Complaint | Cook County, IL | UNKNOWN |
| FireStar Communications Inc. v DeGrazia Development (Cont. Corp Obligation) 09 M1 116194 | Breach of Contract | Cook County, IL | Unknown |
| First Niagra Bank v Continental Disposal, LLC, Anthony DeGrazia, et al. 09 L 008157 | Breach of Contract | Cook County, IL | UNKNOWN |
| Green Investment Group, Inc v AGM Holdings, LLC, et al. (Cont Corp Obligation) 10 L 00850 | Breach of Contract | Madison County, IL | Pending ($50,001) |
| Terrence J Hancock, et al. v Continental Disposal LLC, et al. (Cont Corp Obligation) 09 cv 4491 | Breach of Contract | US District Court, Northern District of Illinois, Eastern Division | Judgment |
| Colleen Harper v Riverside Homes LLC (Cont. Corp Obligation) 08 CH 34113 | Breach of Contract | Cook County, IL | Unknown |
| Heartland Recycling, LLC v Continental Disposal, LLC, et al. (Contigent Corp Obligation) 09 M5 1400 | Breach of Contract, Small claims ($6457.69) | Cook County, (5th District) Illinois | UNKNOWN |
| Kuhn Equipment Sales Co, Inc., v 51st Place Enterprises, Anthony DeGrazia, et al. 10 CH 28883 | Mechanic Lien ($649,333.36) | Cook County, Illinois | Unknown |
| Laborers' Pension Fund et al. v RAM Management, et al. (Cont Corp Obligation) 09-cv-5081 | Breach of Contract | U.S. District Court, Northern District of Illinois, Eastern Division | Judgment ($28,976.24) |
| Laughill Contruction, Inc v 969 Land LLC, et al. (Corp Contingent Obligation) 09 CH 13716 | Mechanics Lein | Cook County, Illinois | Unknown |
| Leibson, McGrath, Mankedick, LLC, et al. v Anthony DeGrazia, et al. 07 L 009513 | Breach of Contract | Cook County, IL | Judgment ($16,634.00) |
| LOU-BOB Oil Company v RAM Management Services LLC, et al. (Cont Corp Obligation) 09 M1 108181 | Breach of Contract | Cook County, IL | Judgment ($4255.75) |
| K&G Services, LTD, et al. v DeGrazia Development Company, Anthony DeGrazia, et al 09 CH 08529 | Breach of Contract/Foreclosure | Cook County, IL | Mechanic Lein |
| Gregory Hudalla v DeGrazia Development 08-003478  ($688,000.00) | ILLINOIS WAGE PAYMENT AND COLLECTION | State of IL, Department of Labor | UNKNOWN |
| K&G Services, LTD, et al. v DeGrazia Development, Anthony DeGrazia, et al. 08 CH 26035 | Foreclosure/ Breach of Contract/ Mechanic Lein | Cook County, Illinois | Pending |
| K&G Services et al. v DeGrazia Development, Anthony DeGrazia, et al. 08 CH 26041 | Foreclosure/ Breach of Contract/ Mechanics Lein | Cook County, IL | Pending |
| K&G Services, et al. v DeGrazia Development, Anthony DeGrazia, et al.(Cont. Corp obligations)  08 CH 26045 | Foreclosure/ Breach of Contract/ Mechanics Lein | Cook County, IL | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| K&G Services, Ltd, et al. v DeGrazia Development Company, et al (Cont. Corp obligation)  09 CH 08530 | Foreclosure/ Breach of Contract/ Mechanics Lein | Cook County, IL | Pending |
| Gregory Hudalla v DeGrazia Development Co, et al. (Cont Corp Obligation)  09 CH 08525 | Foreclosure/ Breach of Contract/ Mechanics Lein | Cook County, IL | UNKNOWN |
| K & G Services, LTD, et al. v DeGrazia Development Company, et al. (Cont Corp Obligation)  09 CH 08519 | Mechanic Lien | Cook County, IL | Pending |
| K & G Services, LTD, et al. v DeGrazia Development Company, et al. (Cont Corp Obligation)  09 CH 08520 | Mechanic Lien | Cook County, IL | Pending |
| K&G Services, Ltd, et al., v DeGrazia Development Company, Anthony DeGrazia, et al.  09 CH 08524 | Mechanic Lien | Cook County, IL | Judgment |
| K&G Services, Ltd, et al., v DeGrazia Development Company, Anthony DeGrazia, et al.  09 CH 08523 | Mechanic Lien | Cook County, IL | Pending |
| Magnum Transportation Inc v DeGrazia Development Company  08 L 012014 (Cont Corp Obligation) | Breach of Contract | Cook County, IL | Judgment ($45,947.95) |
| M&M Drywall Specialists, Inc.v Riverside Homes, LLC, Anthony DeGrazia, et al.  08 L 000075 | Contract | Cook County, IL | Judgment ($59407.00) |
| Mersino Dewatering, Inc v DeGrazia Development (Cont Corp Obligation)  09 M1 132268 | Breach of Contract | Cook County, IL | Judgment ($21151.23) |
| Old Syle Iron Works, Inc v 3227-31 S. Halsted Condominiums, LLC | Subcontractors Notice & Claim for Mechanics Lien | Cook County, IL | UNKNOWN |
| PNC v Michael Passarelli, et al. (Cont corp obligation)  10 CH 04042 | Foreclosure | Cook County, IL | Pending |
| Recycling Systems Inc, v Continental Disposal, LLC, Anthony DeGrazia  08 L 003510 | Breach of Contract | Cook County, IL | Judgment ($125,302.00) |
| Residential Credit Solutions v Michael J Passarelli, et al. (cont corp obligation)  10 CH 24441 | Foreclosure | Cook County, IL | Pending |
| Richco Structures, et al. v Riverside Homes, LLC, et al. (Cont corp obligation) | Mechanic Lien | Cook County, IL | Lein |
| Mary Robinson and Michael Chambers v 89th & State LLC, et al. (cont corp obligation)  10 L 006867 | Breach of Contract | Cook County, IL | Pending ($50,000) |
| Patricia Smith and Shirlee Smith v Colfax Homes, LLC, Anthony DeGrazia, et al.  08 L 10564 | Breach of Contract | Cook County, IL | Pending ($487,000.00) |
| Stock Building Supply, LLC v DeGrazia Development, Anthony DeGrazia, et al.  09 AR 1290 | Breach of Contract | Lake County, IL | UNKNOWN ($29,207.75) |

6

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| System Electric Inc v The Residences at Morgan Street LLC | Mechanic Lien | Cook Count, IL | Mechanic's Lein |
| Volvo Financial Services v Tierra Excavation LLC, et al. (Cont Corp Obligation)   10 L 004786 | Breach of Contract | Cook County, IL | Unknown ($83,576.12) |
| Wastequip Manufacturing Company v Continental Disposal, LLC (cont corp obligation)   08 L 10748 | Breach of Contract | Cook County, IL | Judgment ($43,822.00) |
| Willie Bros. Co v 89th & State LLC, et al (cont corp obligation) | Mechanic Lien | Cook County, IL | Mechanic's Lein |
| JP Morgan Chase Bank NA, v Michael J Passarelli, et al. (cont corp obligation)   10 CH 28720 | Foreclosure | Cook County, IL | Pending |
| Ramone L Davis v Michael Passarelli (cont corp liability)   08 L 012456 | Premises Liability | Cook County, IL | Pending ($50000.00) |
| City of Chicago v Michael Passarelli (cont. corp obligation)   BSW 0305948 | Collection | Cook County, IL | Judgment ($1070.45) |
| Jerry Ryce Masonry v DeGrazia Development (Contingent Corp Obligation)   06 M2 003135 | Breach of Contract | Cook County, IL | Unknown ($25,168.00) |
| Jerry Ryce Masonry Inc v Degrazia Development, Riverside Homes, et al.(Contingent Corp Obligation)   06 CH 27299 | Mechanic Lien | Cook County, IL | Unknown |
| CitiMortgage, Inc v Anthony DeGrazia, et al.   10 CH 007004 | Foreclosure | Cook County, IL | Pending |
| Abatement Management, Inc v RMR Group Inc, Ram Wrecking (Contingent Corporate Obligation)   09-CH-91 | Unknown | Madison County, IL | Pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Golan & Christie LLP<br>70 West Madison<br>Suite 1500<br>Chicago, IL 60602 | February 2011-Loretta DeGrazia, Mother | $3,000.00 |
| CredAbility<br>270 Peachtree Street, NW<br>Suite 1800<br>Atlanta, GA 30303 | Oct 2010 | $50.00 |
| Golan & Christie LLP<br>70 West Madison<br>Suite 1500<br>Chicago, IL 60602 | February 2011- Anthony DiSensi<br>(Brother-in-law) | $3000.00 |

**10.  Other transfers**

None ☐
    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Chicago Community Bank<br>180 N. Michigan Avenue<br>Chicago, IL 60601 | 7/14/2010 | 2833 S. Broad, Chicago, Illinois - $520,000 |
| Chicago Community Bank<br>180 N. Michigan Avenue<br>Chicago, IL 60601 | 7/14/2010 | 2835 S. Broad, Chicago, Illinois - $520,000 |
| Chicago Community Bank<br>180 N. Michigan Avenue<br>Chicago, IL 60601 | 7/14/2010 | 2847 S. Broad, Chicago, Illinois - $520,000 |

None ■
    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■
    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■
    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■
    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■
    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| DeGrazia Development Co. | 74-3123962 | 1300 W. Exhange Chicago, IL 60609 | Real Estate Development | 2004-present |
| Continental Disposal LLC | 22-3941493 | 1300 W. Exhange Chicago, IL 60609 | Disposal Services | 2006-present |
| Vision Group Realty & Marketing, LLC | 06-1761513 | 1300 W. Exhange Chicago, IL 60609 | Real Estate Brokerage | 2005-present |
| Tierra Excavation, LLC | 43-2095145 | 1300 W. Exhange Chicago, IL 60609 | Excavation Sub-Contractor | 2005-Present |
| DeGrazia Investments, LLC | 03-0571986 | 1300 W. Exhange Chicago, IL 60609 | Real Estate Investment | 2006-present |
| D&G Homes, LLC | 41-2117977 | 1300 W. Exchange Chicago, IL 60609 | Single Asset Real Estate | 2003-2008 |
| 3227-31 S Halsted Condos, LLC | 14-1903524 | 1300 W. Exchange Chicago, IL 60609 | Single Asset Real Estate | 2004-present |
| The Residences at Morgan Street, LLC | 30-0261077 | 1300 W. Exchange Chicago, IL 60609 | Single Asset Real Estate | 2004-present |
| 3465 Lituanica Commercial LLC | 26-2554545 | 1300 W. Exchange Chicago, IL 60609 | Single Asset Real Estate | 2007-present |
| 3465 Lituanica, LLC | 43-2095150 | 1300 W. Exchange Chicago, IL 60609 | Single Asset Real Estate | 2006-present |
| 51st Street Townhomes, LLC | 61-1472007 | 1300 W. Exchange Chicago, IL 60609 | Single Asset Real Estate | 2004-2008 |
| Riverside Homes, LLC | 80-0115453 | 1300 W. Exchange Chicago, IL 60609 | Single Asset Real Estate | 2004-present |
| E & A Development, LLC | 20-2894966 | 1300 W. Exhange Chicago, IL 60609 | Single Asset Real Estate | 05/05-Unknown |
| 95th Street Homes, LLC | 22-3915374 | 1300 W. Exhange Chicago, IL 60609 | Single Asset Real Estate | 2003-present |
| 37th Place Homes, LLC | 01-0782653 | 1300 W. Exhange Chicago, IL 60609 | Single Asset Real Estate | 1/04-Present |
| 37th Place Homes II, LLC | 52-2421621 | 1300 W. Exhange Chicago, IL 60609 | Single Asset Real Estate | 2006-present |
| 36th Street Townhomes LLC | 35-2226713 | 1300 W Exchange Chicago, IL 60609 | Single Asset Real Estate | 1/1/05-12/31/05 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 42nd Street Townhomes, LLC | 75-3140270 | 1300 W Exchange Chicago, IL 60609 | Single Asset Real Estate | 12/03-12/05 |
| 34th & Racine LLC | 26 0074392 | 1300 W. Exhange Chicago, IL 60609 | Single Asset Real Estate | 8/03-12/05 |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☐

| NAME | ADDRESS |
|---|---|
| D&G Homes, LLC | 1300 W. Exchange Chicago, IL 60609 |
| 3227-31 S Halsted Condos, LLC | 1300 W. Exchange Chicago, IL 60609 |
| The Residences at Morgan Street, LLC | 1300 W. Exchange Chicago, IL 60609 |
| 3465 Lituanica Commercial LLC | 1300 W. Exchange Chicago, IL 60609 |
| 3465 Lituanica, LLC | 1300 W. Exchange Chicago, IL 60609 |
| 51st Street Townhomes, LLC | 1300 W. Exchange Chicago, IL 60609 |
| Riverside Homes, LLC | 1300 W. Exchange Chicago, IL 60609 |
| E & A Development, LLC | 1300 W. Exhange Chicago, IL 60609 |
| 95th Street Homes, LLC | 1300 W. Exhange Chicago, IL 60609 |
| 37th Place Homes, LLC | 1300 W. Exhange Chicago, IL 60609 |
| 37th Place Homes II, LLC | 1300 W. Exhange Chicago, IL 60609 |
| 36th Street Townhomes LLC | 1300 W Exchange Chicago, IL 60609 |
| 42nd Street Townhomes, LLC | 1300 W Exchange Chicago, IL 60609 |
| 34th & Racine LLC | 1300 W. Exhange Chicago, IL 60609 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Deb Smyth<br>977 Elm Court<br>Naperville, IL 60540 | Bookkeeper, 2004- Present |
| Scalise & Asscoiately, Ltd<br>3841 S. Emerald<br>Chicago, IL 60609 | Accountant, 2007-Present |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   February 28, 2011      Signature   /s/ Anthony F. DeGrazia
                                                   Anthony F. DeGrazia
                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Anthony F. DeGrazia                              Case No. _____

                                  Debtor(s)           Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>Ally Financial | **Describe Property Securing Debt:**<br>2008 GMAC Yukon SLE |
|---|---|

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>Bridgeview Bank Group | **Describe Property Securing Debt:**<br>Secured by:<br>1) Single Family Residence- 523 W 25th Place Chicago, IL 60616 (Value: $562,500)<br>2)Commercial Property- 3465 Lituanica<br>2nd & 3rd Floors Chicago, IL 60608(Value: $539,500) |
|---|---|

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance | **Describe Property Securing Debt:**<br>Single Family Residence<br>523 W. 25th Place<br>Chicago, Illinois 60616<br><br>*Consists of first mortgage to Chase Home Finance ($354,216.00) and second mortgage to Bridgeview Bank Group ($828,250.00) |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                                   ☐ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Recycling Systems Inc | **Describe Property Securing Debt:**<br>Judgment Lien against 3033-3039 S Archer Chicago, IL 60608 |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
■ Other.  Explain  §522(f)   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                                   ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  February 28, 2011

Signature  /s/ Anthony F. DeGrazia

Anthony F. DeGrazia

Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    Anthony F. DeGrazia                           Case No.

                                       Debtor(s)           Chapter     7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 6,000.00 |
| Prior to the filing of this statement I have received | $ | 6,000.00 |
| Balance Due | $ | 0.00 |

2.  $ __299.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    Loretta DeGrazia, Mother
                                                          Anthony DiSensi, Brother in law

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __February 28, 2011__              /s/ Robert R. Benjamin
                                               Robert R. Benjamin
                                             Golan & Christie LLP
                                             70 W. Madison
                                             Suite 1500
                                             Chicago, IL 60602
                                             (312) 263-2300  Fax: (312) 263-0939

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Anthony F. DeGrazia _____    Case No. _____

_____ Debtor(s)    Chapter  7 _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Anthony F. DeGrazia _____    X  /s/ Anthony F. DeGrazia          February 28, 2011
Printed Name(s) of Debtor(s)                  Signature of Debtor          Date

Case No. (if known) _____    X  _____
                                               Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    Anthony F. DeGrazia                                              Case No.
                                              Debtor(s)                   Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    421

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    February 28, 2011                    /s/ Anthony F. DeGrazia
                                              Anthony F. DeGrazia
                                              Signature of Debtor

.

3 Blocks Up
3427 Elmwood Ave
Berwyn, IL 60402


3227-31 S Halsted Condominiums, LLC
1300 W Exchange
Chicago, IL 60609


3437 Morgan LLC
1300 W Exchange
Chicago, IL 60609


3456 Lituanica, LLC
1300 W. Exchange
Chicago, IL 60609


3465 Lituanica, LLC
1300 W. Exchange
Chicago, IL 60609


34th & Racine LLC
1300 W. Exhange
Chicago, IL 60609


360 Design Group
2517 South Archer Avenue
Chicago, IL 60608


36th Street Townhomes LLC
1300 W Exchange
Chicago, IL 60609


37th Place Homes II, LLC
1300 W. Exhange
Chicago, IL 60609


37th Place Homes, LLC
1300 W Exchange
Chicago, IL 60609


37th Place Homes, LLC
1300 W. Exhange
Chicago, IL 60609

38th Street Townhomes, LLC
1300 W Exchange
Chicago, IL 60609


42nd Street Townhomes, LLC
1300 W Exchange
Chicago, IL 60609


500 West 31st, LLC
1300 W Exchange
Chicago, IL 60609


51st Place Enterprises, LLC
1300 W Exchange
Chicago, IL 60609


51st Street Residential, LLC
1300 W Exchange
Chicago, IL 60609


51st Street Townhomes, LLC
1300 W. Exchange
Chicago, IL 60609


885 E 87th LLC
1300 W Exchange
Chicago, IL 60609


89th & State LLC
1300 W Exchange
Chicago, IL 60609


95th Street Homes, LLC
1300 W Exchange
Chicago, IL 60609


969 Land LLC
1300 W Exchange
Chicago, IL 60609


974 Condominium Association
c/o Kovitz, Shifrin, Nesbit
750 Lake Cook Rd, Suite 350
Buffalo Grove, IL 60089

A&S Glass Co.
6234 South Kildare
Chicago, IL 60629


A-1 Roofing
1425 Chase Ave
Elk Grove Village, IL 60007


AAA All County Board Up
3524 W 111th Street
Chicago, IL 60655


AAA Rental System
P.O. Box 918
Homewood, IL 60430-0918


AABAC Heating & Cooling
309 W 59th Street #1
Hinsdale, IL 60521


Abatement Management, Inc
6990 State Route 111
South Roxana, IL 62087


ABT Appliances
1200 N Milwaukee Avenue
Glenview, IL 60025


Accurate Computer Consulting, Inc.
1 Old Oak Trail
Palos Heights, IL 60463


ACME Refining Company
3357 S. Justine
Chicago, IL 60608


ACPS
6808 Hobson Valley Drive, Unit 101
Woodridge, IL 60517


Acton Mobile Industries
P.O. Box 758689
Baltimore, MD 21275-8689

Adam Bors
9463 Bay Colony Dr.
Des Plaines, IL 60018


ADT Security
P.O. Box 371490
Pittsburgh, PA 15250-7490


ADT Security Services
P.O. Box 371490
Pittsburgh, PA 15250-7490


AEW
558 W 37th St. PMB 300
Chicago, IL 60609


AGM Holdings, LLC
1300 W Exchange
Chicago, IL 60609


Airgas Mid America
PO Box 802615
Chicago, IL 60680-2615


Ajax Waste Services
PO Box 2102
Joliet, IL 60434


Al Warren Oil Co.
P.O. Box 40
Summit Argo, IL 60501


Albert C. Hanna
c/o Draper and Kramer Inc.
33 W Monroe St. Suite 1900
Chicago, IL 60603


Alliance Electric
7831 Lamon
Burbank, IL 60459


Alliance Environmental Control
P.O. Box 5230
Chicago, IL 60616

Allied North America Insurance
500 N. Michigan Ave, Ste 2050
Chicago, IL 60611

Allied North America Insurance
P.O. Box 2044
Carol Stream, IL 60132

Ally Financial
P.O. Box 380902
Bloomington, MN 55438

Alpha Environmental
5 Pembroke Circle
Streamwood, IL 60107

Alton Recovery LLC
1300 W Exchange
Chicago, IL 60609

Amcore Bank
1210 S Alpine Rd
Rockford, IL 61108

American Heritage
3054 N. Western
Chicago, IL 60618

American International Companies
P.O. Box 409
Parsippany, NJ 07054-0409

American Truck Products & Asses.
P.O. Box 701
Chicago Heights, IL 60412

Amerisafe
3990 Enterprise Court
Aurora, IL 60504

Amor Perez
9419 Southmoor Ave Apt. 17
Highland, IN 46322

Angela DeGrazia
523 W 25th Place
Chicago, IL 60616


Antonetta Passarelli
256 W 33rd St.
Chicago, IL 60616


Appraisal Research Counselors
400 East Randolph Street, Suite 715
Chicago, IL 60601-7388


Aries Capital
350 West Erie
Chicago, IL 60610


ARM Leasing
1300 W Exchange
Chicago, IL 60609


Around The Clock
3942 N. Central St.
Chicago, IL 60634


Ashland
16414 Collections Center Drive
Chicago, IL 60693


Astro Insulation, Inc.
4418 Route 31
Ringwood, IL 60072


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


AT&T
PO Box 8100
Aurora, IL 60507-8100


AT&T Real Yellow Pages
8519 Innovation Way
Chicago, IL 60682

Austin Bank
c/o ROBBINS SALOMON & PATT
25 E WASHINGTON Suite 1000
Chicago, IL 60602


Austin Bank
1301 W Taylor
Chicago, IL 60607


Autumn Green at Wright Campus Condo


B & H Industries
80 W. Seegers Rd.
Arlington Heights, IL 60005


B & R Welding Company
375 E. 60th Street
Chicago, IL 60637


Bank of America
Correspondence Unit CA6-919-01-41
PO Box 5170
Simi Valley, CA 93062


Barbaro Construction Co., Inc.
2453 S. Archer., Suite C
Chicago, IL 60616


Bathworks
3956 N. Elston Ave
Chicago, IL 60618


Beeper Carpet Cleaners
7949 W. Westport Dr.
Frankfort, IL 60423


Belmont Bank
c/o GOMBERG & SHARFMAN LTD
208 S LASALLE SUITE
Chicago, IL 60604


Best Imaging Solutions
20 E. Randolph, Mezzanine Level
Chicago, IL 60601

Beverly Asphalt Paving Co.
1514 W. Pershing Road
Chicago, IL 60609


Brian Webster
c/o LEVIN RIBACK LAW GROUP
60 W RANDOLPH 333
Chicago, IL 60601


Bridgeview Bank and Trust
7940 S Harlem Bridgeview, Il 60455
Bridgeview, IL 60455


Bridgeview Bank Group
4753 N. Broadway
Chicago, IL 60640


Bright Pages
PO Box 3505
New York, NY 10008-3505


Brook Furniture Rental
222 N. LaSalle Street, Suite 140□□
Chicago, IL 60601


Brook Furniture Rental
4078 Payshere Circle
Chicago, IL 60674


Builders Cabinets
401 N. Western Ave.
Chicago, IL 60612


Cananwill Inc.
P.O.Box 19639
Newark, NJ 07195-0639


Caterpillar Financial Services Corp
P.O. Box 730669
Dallas, TX 75373-0669


Center Capital Corp
c/o DRESSLER & PETERS LLC
111 W WASHINGTON SUITE 190
Chicago, IL 60602

Central Tile Services
15252 W 143rd Street
Homer Glen, IL 60491


Chase Home Finance
P.O. Box 24696
Columbus, OH 43224


Chase Home Finance LLC
c/o FANDRE SCOTT J
171 N CLARK ST
Chicago, IL 60601


Chicago Agent Publishing, LLC
2000 N. Racine
Chicago, IL 60614


Chicago Association of Realtors
3154 Paysphere Circle
Chicago, IL 60674


Chicago Carpet Center, Inc.
1550 W. PERSHING ROAD
P. O. BOX 09730☐☐
Chicago, IL 60608


Chicago Community Bank
c/o MARTIN & KARCAZES LTD
161 N.CLARK ST. SUITE 550
Chicago, IL 60601


Chicago Community Bank
c/o MARTIN & KARCAZES LTD
161 N.CLARK ST. SUITE 550
Chicago, IL 60601


Chicago Community Bank
1110 W. 35th Street
Chicago, IL 60609


Chicago Community Bank
1110 W. 35th St
Chicago, IL 60609

Chicago Messenger Service
1600 S. Ashland Ave.
Chicago, IL 60608-2013


Chicago Party Rental
9480 W. 55th Street
La Grange, IL 60525


Chicago Spies
4407 N. Milwaukee
Chicago, IL 60630


CitiMortgage
c/o Codilis & Associates, P.C.
15 W 030 North Frontage Rd, Ste 100
Burr Ridge, IL 60527


City of Chicago
Department of Revenue
121 North LaSalle St. Room 107
Chicago, IL 60602


City of Chicago
Department of Buildings
120 North Rachine Ave
Chicago, IL 60607


City of Chicago
Business Affairs
121 North LaSalle St. Room 800
Chicago, IL 60602


City of Chicago- Water Management
333 S State Street
Customer Service, Suite LL10
Chicago, IL 60602


Clear Channel Outdoor
P.O. Box 847247
Dallas, TX 75284-7247


CM Expert Flooring Company
6225 N Whipple St
Chicago, IL 60659

Cole Taylor Bank
c/o GOLDBERG KOHN LTD
55 E MONROE #3300
Chicago, IL 60603


Cole Taylor Bank
P.O. Box 804427
Chicago, IL 60680


Colfax Homes, LLC
1300 W Exchange
Chicago, IL 60609


Colleen Harper
c/o MARINO HERMAN J
53 W JACKSON #1442
Chicago, IL 60604


Collier County
Public Utilities Division
4420 Mercantile Ave
Naples, FL 34104


COM ED
Bill Payment Center
Chicago, IL 60668-0001


COM ED
Bill Payment Center
Chicago, IL 60668


Commonwealth Edison Company
c/o COMMONWEALTH EDISON CLAIM
THREE LINCOLN CENTER
Villa Park, IL 60181


Commraider
c/o ADLER ARTHUR B & ASSOC
25 E WASHINGTON #500
Chicago, IL 60602


CommRaider
9701 S. Keen Ave
Palos Hills, IL 60465

Continental Disposal, LLC
1300 W. Exchange
Chicago, IL 60609


Contractors Access Equipment
2222 South Halsted St.
Chicago, IL 60608


Convention Center Drive, LLC
600 W. Jackson Street
Suite 275
Chicago, IL 60661


Convention Center Drive, LLC
c/o Mark IV Realty Group
600 W Jackson, Ste 275
Chicago, IL 60661


Cook County Treasurer
118 N Clark St # 112□□
Chicago, IL 60602


Cook County Treasurer
118 N Clark St # 112
Chicago, IL 60602


Cowan Electric, Inc.
P.O. Box 5066
Elgin, IL 60121


Cranberry Crossing Village Assoc
TIB Bank Lockbox
P.O. Box 61767
Fort Myers, FL 33906-1767


CredStar
P.O. Box 405897
Atlanta, GA 30384-5897


Cremieux Supply Co.
3015 S. Archer Ave
Chicago, IL 60608-5512

CTS Central Tile Services
15252 W. 143rd Street- Suite A
Homer Glen, IL 60491


Cubellis MGDF
P.O.Box S47855
Boston, MA 02284-7855


D&G Homes, LLC
1300 W. Exchange
Chicago, IL 60609


D&M Rolloff Inc.
P.O. Box 95335
Palatine, IL 60095


Daley & George, Ltd.□□
20 S. Clark St., Suite 400
Chicago, IL 60603


Daniel Weinbach & Partners, LTD
53 West Jackson, Suite 250
Chicago, IL 60604


Dave O'Connor
974 W. 35th Place, Unit 505
Chicago, IL 60609


DeBat Media
P.O. Box 578309
Chicago, IL 60657-8309


DeGrazia Development
1300 W. Exchange
Chicago, IL 60609


DeGrazia Development Co.
1300 W. Exhange
Chicago, IL 60609


DeGrazia Development Company
1300 W. Exchange
Chicago, IL 60609

DeGrazia Investments, LLC
1300 W. Exchange
Chicago, IL 60609


DeGrazia Investments, LLC
1300 W. Exhange
Chicago, IL 60609


Dunn-Rite Plumbing
9205 South 84th Avenue
Hickory Hills, IL 60457


Eddie's Welding Equipment
2719 Fifth Street, Unit J
Stafford, TX 77477


Emerald Insurance
12855 S. Cicero Avenue
Alsip, IL 60803


Eric Gonzalez
4544 S Komensky
Chicago, IL 60632


Essex Insurance Company
4521 Highwoods Parkway
Glen Allen, VA 23060


Essex Insurance Company
4521 Highwoods Parkway
Glen Allen, VA 23060-6148


Everlights
231267 Momentum Place
Chicago, IL 60689-5311


Exclusive Stone
1361 W. Jarvis
Elk Grove Village, IL 60007


Exodus
6659 Sturbridge PL.
Youngstown, OH 44514

Exterior Pro Inc.
1745 Evergreen Lane
Park Ridge, IL 60068


Extreme Guard & K-9 Security, Inc.
2925 225th Street
Chicago Heights, IL 60411


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Ferro DiPiazza Inc.
c/o Thomas DiPiazza & Richard Ferro
3611 S. Normal
Chicago, IL 60609-1723


FireStar Communications Inc
c/o SHELIST LAW FIRM LLC
415 N LASALLE STREET
Chicago, IL 60610


FireStar Communications, Inc
211 E Ontario, Suite 700
Chicago, IL 60611


FireStar Interactive
211 East Ontario, Suite 700
Chicago, IL 60611


First Insurance Funding
8075 Innovation Way
Chicago, IL 60682


First Niagra Bank
c/o DEBORAH S. ASHEN LTD LAW
217 N JEFFERSON #600
Chicago, IL 60661


First Niagra Bank
6950 S Transit Rd
Lockport, NY 14095

FitzGerald Associates Architects
912 West Lake Street
Chicago, IL 60607


Florida Power and Light
c/o ONLINE COLLECTIONS
P.O. Box 1489
Winterville, NC 28590-1489


Forth Group
22 E. Cullterton #1
Chicago, IL 60616-4877


Frank Mirabella,Donna-Joe Mirabella
& Genevieve Mirabella
3314 S Normal Ave
Chicago, IL 60616-3513


Frank O'Neill
6321 Skilbourn
Chicago, IL 60629


Frank Pineda
3220 S. Lowe Ave
Chicago, IL 60616


Fremont Investment & Loan
PO Box 25100
Santa Ana, CA 92799


Fronczak Hardware
2606 W 47th St
Chicago, IL 60632


Frontier Hauling LLC
P.O. Box 190815
Saint Louis, MO 63119


Garcia Caulking
3914 W 51st Street
Chicago, IL 60632


Genesis Attachments LLC
24124 Network Place
Chicago, IL 60673-1241

Genesis Attachments, LLC
24124 Network Place
Chicago, IL 60673


GEO Bilhorn
918 Prairie Lawn
Glenview, IL 60025


George Bilhorn & Co
918 Prairie Lawn Road
Glenview, IL 60025-4054


GMAC
PO Box 9001952
Louisville, KY 40290-1952


Grand Aberdeen Service
1100 W Grand Ave.
Chicago, IL 60622


Great Lakes Equipment Co.
P.O. Box 1331
Elmhurst, IL 60126-8331


Green Acres Lawn Care
PO Box 1315
New Lenox, IL 60451


Green Investment Group, Inc
c/o Edward Eshoo
500 N Dearborn Ste 1200
Chicago, IL 60654


Gregory Hudalla
c/o SOSTRIN AND SOSTRIN PC
33 W. Monroe Street, #1510
Chicago, IL 60603


Gregory Hudalla
315 Havens Drive
Downers Grove, IL 60515


Guerard, Kalina & Butkus
100 West Roosevelt Road
Wheaton, IL 60187

Heartland Recycling, LLC
c/o CONNOLLY STEVEN J
115 WEST 55TH STREET
Clarendon Hills, IL 60514


Helders Motor Service Co.
3201 S. Kostner Ave
Chicago, IL 60623


Helson's Garage Door Store, Ltd.
5737 S. Harlem Ave
Chicago, IL 60638


Hertz Equipment Rental Corporation
P.O. Box 650280
Dallas, TX 75265-0280


Holiday Inn
3800 Homer Adams Parkway
Alton, IL 62002


Hydraulic Design & Repair
110 S. Broad Street
Griffith, IN 46319


Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072-2214


IL Department of Revenue
Springfield, IL 62794-9004


IL Dept. of Employment Security
P.O. Box 3637
Springfield, IL 62708


IL Environmental Protection Agency
1021 N Grand Ave E.
P.O.Box 19276
Springfield, IL 62794-9276


Illinois American Water
PO Box 94551
Palatine, IL 60094-4551

Illinois Dept Employment Security
Chicago Region - Revenue
527 s. Wells Street, Suite 100
Chicago, IL 60607


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201


Ilmo Products Company
PO Box 790
Jacksonville, IL 62651-0790


Ingenii, LLC
112 S. Elmwood Ave.
Oak Park, IL 60302


Intelli-Space Modular Buildings
P.O. Box 898
Oswego, IL 60543


J.L. Nash Enterprises Inc.
PO Box 130
Jerseyville, IL 62052


Jaime Ochoa
7301 W. 61st Place
Summit Argo, IL 60501


Jerry Ryce Masonry Inc
c/o SAPERSTEIN GERALD W
555 SKOKIE BLVD # 50
Northbrook, IL 60062


Jerry Ryce Masonry Inc.
3736 S Campbell Avenue
Chicago, IL 60632


John Heating Inc.
2940 S Wentworth
Chicago, IL 60616


John's Heating, Inc
2940 S. Wentworth
Chicago, IL 60616-2715

Jones & Jacobs
77 West Washington Street
Suite 2100
Chicago, IL 60602


JP Morgan Chase Bank NA
c/o FISHER & SHAPIRO LLC
2121 WAUKEGAN #301
BANNOCKBURN, IL 60015


Junior's Tire Service, Inc
2240 W. 141St Street
Dixmoor, IL 60424


K& H Corp
2358 Hearle Ave
Twin Lakes, WI 53181


K&G Services, LTD
c/o RIECK & CROTTY P C
55 W MONROE
Chicago, IL 60603


K&G Services, LTD
c/o ROBBINS SALOMON & PATT
25 E WASHINGTON 1000
Chicago, IL 60602


KC Perfect Tile
3633 N. Oriole
Chicago, IL 60634


Kostova Properties
3224 Locust #555
Saint Louis, MO 63103


Kuhn Equipment
1050 Drop Off Drive
Summerville, SC 29483


Kuhn Equipment Sales Co, Inc
c/o EMALFARB SWAN & BAIN
440 CENTRAL AV.
Highland Park, IL 60035

L&M Cultured Marble Co.
3421 W. 48th Pl.
Chicago, IL 60632


Laborer's Pension Fund
c/o Office of Fund Counsel
111 West Jackson Blvd. #1415 □□
Chicago, IL 60604


Landmark Engineering Corp.
7808 W. 103rd St.
Palos Hills, IL 60465


Landstar Inway, Inc.
12793 Collections Ctr Dr
Chicago, IL 60693


Laughill Construction, LLC
c/o DALEY & GEORGE LTD
20 S CLARK ST#400
Chicago, IL 60603


LDL Architects
2517 S. Archer Ave
Chicago, IL 60608


Lee Mechanical Contractors
P.O. Box 663
Park Hills, MO 63601


Leibson, McGrath, Mankedick, LLC
c/o BEERMANN SWERDLOVE W
161 N CLARK ST #2600
Chicago, IL 60601


Leibson, McGrath, Mankedick, LLC
400 Skokie Blvd. Suite 590
Northbrook, IL 60062


Liberty Mutual Insurance Group
75 Remittance Dr, Suite 1837
Chicago, IL 60675-1837

Lifto-matic Elevator
P.O. Box 114
Lombard, IL 60148


Lily White Products⬜⬜
626 West 47th St.
Chicago, IL 60609


Lindahl Brothers, Inc.
622 East Green Street
Bensenville, IL 60106-2579


Local 150
6200 Joliet Road
Countryside, IL 60525


Local 150:Pension, Welfare & Fringe
6200 Joliet Road
Countryside, IL 60525


Local 520:Pension, Welfare & Fringe
520 Engineers Road
Granite City, IL 62040


Local 731:Pension, Welfare & Fringe
1000 Burr Ridge Pkwy
Burr Ridge, IL 60527


Lorman Education Services
PO Box 509
Eau Claire, WI 54702-0509


Lou-Bob Oil Company
c/o POPUCH STEVEN L
650 N DEARBORN#750
Chicago, IL 60610


Lou-Bob Oil Company
3650 S. Homan Ave
Chicago, IL 60632


Louik/Schneider & Associates, Inc.
54 W Hubbard St
Suite 210
Chicago, IL 60610

Louis K Walter, Jr. & Assoc., Inc.
215 Industrial Lane
Wheeling, IL 60090-6301


M & M Drywall Specialist
7831 Lamon
Burbank, IL 60459


M&M Drywall Specialists, Inc
c/o TRISTAN & GONZALEZ LLC
11 E ADAMS SUITE 110
Chicago, IL 60603


M&M Flooring
3836 S. Union Ave.
Chicago, IL 60609


M&M Flooring
3836 S. Union Ave.
Chicago, IL 60609


M.C. Exterior Finishes
936 W. Villa Drive
Des Plaines, IL 60016


Maggio Rent-A-Fence
2225 West North Avenue
Melrose Park, IL 60160-1107


Magnum Transportation, Inc.
c/o DOERRER JOHN A
1705 N RUTHERFORD
Elmwood Park, IL 60707


Magnum Transportation, Inc.
3619 South Normal
Chicago, IL 60609


Mark Gonzalez
1012 W Diversey Pkwy
Chicago, IL 60657

Mary Robinson and Michael Chambers
COLEMAN MARTIN & BROWN
70 E LAKE ST #540
Chicago, IL 60601


Master Fence
3745 Cooper Place
Crete, IL 60417


Mauge, Inc.
1629 N. Milwaukee Ave.
Chicago, IL 60647


Maxwell Plumbing
19715 LaGrange Road
Mokena, IL 60448


MB Financial Bank, N.A.
1200 N. Ashland
Chicago, IL 60622


McAllister Equipment Co.
12500 S Cicero Ave
Alsip, IL 60803


Menards
P.O. Box 17602
Baltimore, MD 21297


Mersino Dewatering, Inc
c/o TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603


Mersino Dewatering, Inc
10162 E. Coldwater
Detroit, MI 48243


Metro Fence Company
3617 West 83rd Street
Chicago, IL 60652


Metro Fence Company
3617 West 83rd Street
Chicago, IL 60652

Michael Passarelli
256 W. 33rd Street
Chicago, IL 60616


Midway Moving & Storage, Inc.
4100 Ferdinand Ave.
Chicago, IL 60624


Midwest Material Mgt
566 Rock Road Drive, Unit 1
Dundee, IL 60118


Midwest Siding Supply Inc.
1001 Aucutt Rd.
Montgomery, IL 60538


Morningfields
800 W Devon
Park Ridge, IL 60068


MP Snow Plow Service, LLC
3401 South Hoyne Avenue
Chicago, IL 60608


MRG Excavation & Concrete Spclsts
7831 Lamon Ave.
Burbank, IL 60459


NAI Hiffman
Attention: Douglas Mueller
One Oakbrook Terrace, Suite 600
Oak Brook Terrace, IL 60181


National Power Rodding Corp
2500 W Arthington Street
Chicago, IL 60612-4108


Nawkaw Corporation
4N352 84 Court
Hanover Park, IL 60133


Nawkaw Corporation
4N352 84 Court
Hanover Park, IL 60133

NCCI- Illinois
1374 Vos Court
Antioch, IL 60002-2746


Near North National Title. LLC
222 North LaSalle Street
Chicago, IL 60601


Nedjeljko Vasiljevic
2625 W. Berwyn Ave #1
Chicago, IL 60625


New Era Painting, Inc.
3935 W. 67th Place
Chicago, IL 60629


New Generation Imports, Inc.
825 Bonnie Lane
Elk Grove Village, IL 60007


New West Realty, LLC
1440 W. Taylor Street
Chicago, IL 60607


North Star Trust Company
Land Trust Services
P.O.Box 371
Gurnee, IL 60031


Northland Capital
333 33rd Ave. South
Saint Cloud, MN 56301


Northwestern Medical Faculty Founda
38693 Eagle Way
Chicago, IL 60678-1386


OB/GYN Ultrasound, S.C
P.O. Box 11690
Chicago, IL 60611-1690


Office of Emergency Mgmt. & Comm
121 N LaSalle St
City Hall
Chicago, IL 60602

Office of the Circuit Court Clerk
Judicial Office Facility
505 County Farm Road
Wheaton, IL 60187


Olaf Landscaping
3720 W 78th Place
Chicago, IL 60652


Olaf Landscaping
3720 W 78th Place
Chicago, IL 60652


Old Style Iron Works, Inc
7843 S Claremont Ave
Chicago, IL 60620


OPC Communications Inc
9654 West 131st Street
Palos Park, IL 60464


Oscar Franco (Grand Express)
5334 W Grand Ave
Chicago, IL 60639


Osco Fuel
P.O. box 70
Lemont, IL 60439-0070


Osco Incorporated
13351 Main Street
Lemont, IL 60439


OSHA
1600 167th Street, Suite 9
Calumet City, IL 60409


PAPA CTO Services
120 W. Madison
Chicago, IL 60602


Parksite Appliance Solutions
33170 Treasury Center
Chicago, IL 60694

Patricia Smith and Shirlee Smith
c/o WOLFE & POLOVIN
180 N LASALLE #2420
Chicago, IL 60601


Patriot Electric
10746 Eagle Ridge Dr
Orland Park, IL 60467


Patten Industries
635 W Lake Street
Elmhurst, IL 60126-1465


Paul Woznicki, L.L.C.
221 N. LaSalle Street, 38th Floor
Chicago, IL 60601


PC Marble, Inc
5859 117th Place
Alsip, IL 60803-6018


Penny Mac
P.O. Box 514387
Los Angeles, CA 90051-4387


Peoples Energy
Attn: Customer Service
130 East Randolph Drive
Chicago, IL 60601


Peoples Gas
Attn: Customer Service
130 East Randolph Drive
Chicago, IL 60601


Peoples Gas
Attn: Customer Service
130 East Randolph Drive
Chicago, IL 60601


Pirtek
1916 Woodson Road
Saint Louis, MO 63114

Pit Stop
2351 Powis Road
West Chicago, IL 60185


Pitney Bowes
Equipment Lease-Mail Machines
PO Box 856390
Louisville, KY 40285


Plante & Moran, PLLC
225 W. Washington Street
Suite 2700
Chicago, IL 60606


Plante & Moran, PLLC
225 W. Washington Street
Suite 2700
Chicago, IL 60606


PNC Bank
c/o PIERCE & ASSOCIATES
1 N DEARBORN #1300
Chicago, IL 60602


Prairie Material Sales, Inc.
P.O. Box 917
Bedford Park, IL 60499


Premium Trust Acct.
P.O. Box 740042
Atlanta, GA 30374-0042


Professional Ins. Services
3525 W. Peterson Ave Ste 601
Chicago, IL 60659-9954


Progressive Insurance
PO Box 30108
Tampa, FL 33630-3108


Prosperity Electric
277 W. Raye St
Chicago Heights, IL 60411

Purchase Power
PO BOX 856042
Louisville, KY 40285-6042


R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682-0085


R.R. Rasmussen & Assoc.
1510 Old Deerfield Rd
Highland Park, IL 60035


RAM Management Services
1300 W. Exchange
Chicago, IL 60609


RAM Wrecking
1300 W. Exchange
Chicago, IL 60609


Ramone L Davis
c/o KAVATHAS & CASTANES
33 N DEARBORN
Chicago, IL 60602


Rapid Recovery -CHI
8971 W. Bloomfield Road
Peoria, AZ 85381


Ray's Lawn Care
3324 S. Leavitt St.
Chicago, IL 60608


Raymond Tominello
2806 S. Shields
Chicago, IL 60616


Recycling Systems Inc
3152 S California
Chicago, IL 60608


Recycling Systems, Inc
c/o CLARK HILL PLC
150 N MICHIGAN#2700
Chicago, IL 60601

Reliable Electric
2853 South Emerald
Chicago, IL 60616


RentalMax of Chicago
8522 S. Pulaski Rd.
Chicago, IL 60652


Residential Credit Solutions
c/o CODILIS ERNEST J JR
15W030 N FRONTAGE RD
Burr Ridge, IL 60527


Rex Radiator
1440 West 38th Street
Chicago, IL 60609-2114


Reyes & Bonoma, Ltd.
1 N LaSalle
Suite 4500
Chicago, IL 60602


Reyes Decorating
9233 S. 50th
Oak Lawn, IL 60453


Reyes Painting
9233 S. 50th
Oak Lawn, IL 60453


Richard Indyke
221 N LaSalle Suite 1200
Chicago, IL 60601


Richard Lilly
836 W 36th Street
Chicago, IL 60609


Richco Structures
1409 Red Maple Rd
De Pere, WI 54115

Ricoh Americas Corporation
Lease Administration
1000 Omega Dr Ste 1170
Pittsburgh, PA 15250-7992


Riverside Homes, LLC
1300 W. Exchange
Chicago, IL 60609


RMR Group
1300 W Exchange
Chicago, IL 60609


Robert's Sheet Metal Works
4347 W. Kinzie
Chicago, IL 60624


Roberto Chavez
1525 S. 61st Ct.
Cicero, IL 60804


Roland Machinery Co.
NW 7899, P.O. Box 1450
Minneapolis, MN 55485-7899


Rose Pest Solutions
1809 W. North Ave
Chicago, IL 60622-1307


Roseland Draperies & Blinds
25 W. Sauk Trail
Chicago Heights, IL 60411


Roy Fry, Inc
13624 Eileen Court
Orland Park, IL 60462


RSI Recycling Systems, Inc.
3152 South California
Chicago, IL 60608


RSI Recyling Systems, Inc.
3152 S California
Chicago, IL 60609

Rudy Sabbagha, MD
680 Lake Shore Drive
Suite 1430
Chicago, IL 60611


Rush University Medical Center
c/o Nationwide Credit & Collection
815 Commerce Drive, Ste 100
Oak Brook, IL 60523


Rush University Medical Group
c/o Trustmark Recovery Services
541 Otis Bowen Drive
Munster, IN 46321


Ryan Harris
9 Townsquare Blvd.
Columbiana, OH 44408


Salsbury Industries
1010 East 62nd St.
Los Angeles, CA 90001


Sara Whitely Design
142 Touisset ave.
Swansea, MA 02777


Sargents Equipment & Repair Service
P.O. Box 2387
Palatine, IL 60067


Satellite Industries
2530 Xenium Ln N
Minneapolis, MN 55441


Satellite Shelters, Inc.
2530 Xenium Lane N.
Minneapolis, MN 55441-3695


Schaaf Window Co., Inc.
18445 Thompson Court
Tinley Park, IL 60477

Schoenberg Finkel Newman LLC
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606


Secretary of State
213 State Capitol
Springfield, IL 62756


Selections Solutions
70 West Burton Pl.
Chicago, IL 60610


Senior Lifestyles
111 E. Wacker Drive
Suite 2400
Chicago, IL 60601


Service Sanitation
135 Blaine Street
Gary, IN 46406


Sign Options
2996 S Archer Ave
Chicago, IL 60608


Smyth Accounting & Financial
977 Elm Ct.
Naperville, IL 60540


Souma Diagnostics, Ltd.
P.O. Box 11690
Chicago, IL 60611-1690


Southside Fuel Center Plus, Inc
970 West Pershing
Chicago, IL 60609


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181

Stahl Cowen Crowley LLC
55 West Monroe Street
Suite 1200
Chicago, IL 60603


Stahl's Fund ATTN: Jeffrey J Stahl
c/o PFS Wright LLC/ Stahl, Cowen, C
 55 W Monroe Street, Suite 1200
Chicago, IL 60603


Standard Bank & Trust
7800 W 95th Street
Hickory Hills, IL 60457


Staples
Dept.00-05063938
The Lakes, NV 88901-6721


State Auto Insurance Companies
PO Box 182738
Columbus, OH 43218-2738


State Farm
P.O. Box 680001
Dallas, TX 75368


Stealth Security
736 Burnham Avenue
Calumet City, IL 60409


Stepp Equipment
5400 Stepp Drive
Summit Argo, IL 60501


Stock Building Supply LLC
1331 Davis Road
Elgin, IL 60123


Stock Building Supply, LLC
1331 Davis Road
Elgin, IL 60123


Studnicka & Associates, Ltd.
2025 Jackson Branch Dr.
New Lenox, IL 60451

System Electric Inc
2727 South Mary Street
Chicago, IL 60608


Technology Insurance Company
P.O. Box 740042
Atlanta, GA 30374-0042


Terrence J Hancock
c/o DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603


Terry Cornell Jr
c/o GOLDSTEIN FLUXGOLD LTD LO
33 N DEARBORN ST1930
Chicago, IL 60602


The Blueprint Shoppe, Inc.
5130 North Elston Avenue
Chicago, IL 60630


The Dust Connection
42358 46th Street
Lawrence, MI 49064


The Dust Connection
42358 46th Street
Lawrence, MI 49064


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


The Parksite Group
33170 Treasury Center
Chicago, IL 60694


The Parksite Group
33170 Treasury Center
Chicago, IL 60694


The Residences at Morgan Street, LLC
1300 W. Exchange
Chicago, IL 60609

The Security Professionals, Inc.
5650 S. Archer Avenue
Chicago, IL 60638


The Travelers Insurance
Claim Remittance Center
Hartford, CT 06183-1008


Thoesen Tractor & Equipment Co
3142 Lincoln Highway
Chicago Heights, IL 60411-7728


Thompson Rental
21 W 550 North Ave
Lombard, IL 60148


Tierra Excavation, LLC
1300 W Exchange
Chicago, IL 60609


Titan Wrecking & Environmental LLC
1300 W Exchange
Chicago, IL 60609


To The Top Home Elevators
557 N. Wolf Road
Wheeling, IL 60090


Tony's Carpet
3415 N Pioneer Avenue
Chicago, IL 60634-2827


Total Alpha Enviromental
5 Pembroke Ct.
Bloomingdale, IL 60108


Truck Tire Sales, Inc.
426 West Pershing Road
Chicago, IL 60609


Trustmark Recoveery Services
541 Otis Bowen Drive
Munster, IN 46321

United Rent-A-Fence
1213 Capitol Dr. #6
Addison, IL 60101


University Opthalmology Assoc LTD
1725 W Harrison St #918
Chicago, IL 60612


US Plumbing
54 E Saint Charles Road Suite 1
Villa Park, IL 60181


V3 Companies
7325 Janes Ave
Suite 100
Woodridge, IL 60517


Vacant Property Security
329 West 18th Street, Suite 714
Chicago, IL 60616


Vacant Property Security
329 West 18th Street, Suite 714
Chicago, IL 60616


Vans Iron Works, Inc
9738 Warwick Court
Munster, IN 46321


Vari Architects
824 N. Racine Ave
Chicago, IL 60622


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Vision Group Realty & Marketing, LLC
1300 W. Exhange
Chicago, IL 60609


Volvo Financial Services
c/o ULMER & BERNE LLP
500 W MADISON #3600
Chicago, IL 60661

Volvo Financial Services
P.O.Box 7247-0236
Philadelphia, PA 19170-0236


W-T Land Surveying, Inc.
39 E. Scully Drive
Schaumburg, IL 60193


Wastequip Manufacturing Company
c/o TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603


Wawel P.A. Inc.□□
4 Robinhood Court□□
Lincolnshire, IL 60069


Wawel P.A. Inc.□□
4 Robinhood Court
Lincolnshire, IL 60069


Wesley D. Carpentry Inc.
5742 S Neva
Chicago, IL 60638


West Loop University Medicine, LTD
1730 Park St, Suite 101
Naperville, IL 60563-1290


Wight Construction
2500 North Frontage Road
Darien, IL 60561


William Burns
5256 S Paulina
Chicago, IL 60609


William Kaplan
111 E. Wacker Drive
Suite 2400
Chicago, IL 60601


Willie Bros. Co
15800 South Lamon
Oak Forest, IL 60452

Windy City Heavy Equipment
12500 S. Cicero Ave.
Alsip, IL 60803


Wirtz Rentals Co
5707 Archer Rd,
Summit Argo, IL 60501


Wisco
PO Box 88666
Chicago, IL 60680-1666


YZ Carpet Distributors
3306 S. Halsted St.
Chicago, IL 60608


Zimmerman Trucking & Excavating
4603 Hedge Road
Roxana, IL 62084